RECD IN PRO SE OFFICE
APR 19 '24 PM4:30

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

JN BAPTISTE MURAH

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

ALSTOM AIR TRAIN AT JFK AIRPORT

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**24-cv-03032-AMD-LB**

**Complaint for Employment Discrimination**

Case No. 520-2023-07042

*(to be filled in by the Clerk's Office)*

Jury Trial:  ☒ Yes  ☐ No
*(check one)*

**Donnelly, J**
**Bloom, MJ**

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name            MURAH JN BAPTISTE
Street Address  1311 EAST 70th STREET, APT #2
City and County BROOKLYN, KINGS COUNTY
State and Zip Code N Y , 11234
Telephone Number  7867118363
E-mail Address  MURAHJEANBAPTISTE@GMAIL.COM

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1
Name                ALSTOM
Job or Title         TECHNIAN VEHICLE
(if known)
Street Address      402 PAN-AM ROAD, BUILDING 402
City and County     JAMAICA, QUEENS
State and Zip Code   N Y
Telephone Number     7186874465
E-mail Address      CHRISTA.CARTER-MARK@ALSTOMGROUP.COM
(if known)

Defendant No. 2
Name                MV TRANSPORTATION
Job or Title         DRIVER
(if known)
Street Address      1882 ATLANTIC AVENUE
City and County     BROOKLYN, KINGS COUNTY

2

State and Zip Code ___NY, 11233___
Telephone Number ___7182451349___
E-mail Address
(if known) _____

## C. Place of Employment

The address at which I sought employment or was employed by the defendant(s)
is:

Name ___ALSTOM___
Street Address ___402 PAN-AM ROAD, BUILDING-402___
City and County ___JAMAICA, QUEENS___
State and Zip Code ___NY, 11430___
Telephone Number ___718 687 4465___

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☒ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

3

☐ Other federal law *(specify the federal law)*:
*EMPLOYMENT RETALIATION*

☐ Relevant state law *(specify, if known)*:
*STATUS DISCRIMINATION*

☐ Relevant city or county law *(specify, if known)*:
*RETALIATION DISCRIMINATION*

### III.  Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.  The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐ Failure to hire me.

☒ Termination of my employment.

☐ Failure to promote me.

☐ Failure to accommodate my disability.

☒ Unequal terms and conditions of my employment.

☒ Retaliation.

☐ Other acts *(specify)*:  *STATUS, RACE, NATIONALITY*

*(Note:  Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.  It is my best recollection that the alleged discriminatory acts occurred on date(s)
*01/24/2023  AROUND 11:00 PM*

4

C.   I believe that defendant(s) *(check one)*:

   ☒   is/are still committing these acts against me.

   ☐   is/are not still committing these acts against me.

D.   Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

   ☒   race  CARIBEAN AFRICAN

   ☒   color  BLACK

   ☐   gender/sex _____

   ☐   religion _____

   ☒   national origin  HAITI

   ☐   age.  My year of birth is _____.  *(Give your year of birth only if you are asserting a claim of age discrimination.)*

   ☐   disability or perceived disability *(specify disability)*

   _____

E.   The facts of my case are as follows.  Attach additional pages if needed.

   I SEND SOME EVIDENCE DOCUMENTS WITH MY CLAIM. SO, I SUFFER FRAUD, ABUSE AND DISCRIMINAT, AND PERSECUTION, IN EVERYTHIND AND EVERYWHERE, EVEN HUMAN BEING INTERACTION, THEY USE THEM AS A TRAP TO ABUSE ME I CANNOT FIND JOB, MY FAMILY DIED CAUSE I CANNOT TAKE CARE OF THEM. MY LIFE IS IN PERIL, I CANNOT PAY MY RENT, AND BUY FOOD. I ALMOST KEEP OUT FROM MY ROOM, THAT'S A BIG CRIME I AM SUFFING.

*(Note:  As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

5

**IV.    Exhaustion of Federal Administrative Remedies**

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

10/29/2023

B.    The Equal Employment Opportunity Commission *(check one)*:

☐    has not issued a Notice of Right to Sue letter.

☒    issued a Notice of Right to Sue letter, which I received on *(date)*

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.    Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐    60 days or more have elapsed.

☐    less than 60 days have elapsed.

**V.    Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

SINCE 2020 TO PRESENT, I AM SUFFERING AND VICTIM, DISCRIMINATION, FRAUD, ABUSE, PERSECUTION IN EMPLOYMENT, RETALIATION, I SUFFER MORE THAN 12 WRONGFUL TERMINATION, THAT ABUSE CAUSE MY FAMILY DIED WITH HARD PAIN AND SUFFERING, MY LIFE IS IN PERIL, DISTROY, PLEASE, JUSTICE, HELP ME.

6

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 04/19, 20 24

Signature of Plaintiff    MURAH 3N BAPTISTE

Printed Name of Plaintiff    MURAH 3N BAPTISTE

7



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

New York District Office
33 Whitehall St, 5th Floor
New York, NY 10004
(929) 506-5270
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 02/01/2024

**To:** Mr. Murah Jn Baptiste
1311 East 70th, Apt #2
BROOKLYN, NY 11234
Charge No: 520-2023-07042

EEOC Representative and email:     SILVIA DENG-BATISTA
Federal Investigator
silvia.deng-batista@eeoc.gov

## DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission,

Digitally Signed By:Yaw Gyebi, Jr.
02/01/2024

Yaw Gyebi, Jr.
District Director

MURAH JN BAPTISTE          DATE: 04/19/2024

SS#

Enclosure with EEOC Notice of Closure and Rights (01/22)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

### IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* this Notice**. Receipt generally means the date when you (or your representative) opened this email or mail. You should **keep a record of the date you received this notice**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving it (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA, the ADEA, or the PWFA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA, the ADEA or the PWFA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of this Notice and within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

### ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

### HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a Freedom of Information Act (FOIA) request or 2) a "Section 83" request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of this notice, please submit your FOIA and/or Section 83 request for the charge file promptly to allow sufficient time for EEOC to respond and for your review.

**To make a FOIA request for your charge file**, submit your request online at https://eeoc.arkcase.com/foia/portal/login (this is the preferred method). You may also submit a FOIA request for your charge file by U.S. Mail by submitting a signed, written request identifying your request as a "FOIA Request" for Charge Number 520-2023-07042 to the

MURAH JN BAPTISTE        DATE: 04/19/2024

SS#:

Enclosure with EEOC Notice of Closure and Rights (01/22)

District Director at Yaw Gyebi, Jr., 33 Whitehall St 5th Floor, New York, NY 10004.

**To make a Section 83 request for your charge file**, submit a signed written request stating it is a "Section 83 Request" for Charge Number 520-2023-07042 to the District Director at Yaw Gyebi, Jr., 33 Whitehall St 5th Floor, New York, NY 10004.

You may request the charge file up to 90 days after receiving this Notice of Right to Sue. After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA requests, go to https://www.eeoc.gov/eeoc/foia/index.cfm.

For more information on submitted Section 83 requests, go to https://www.eeoc.gov/foia/section-83-disclosure-information-charge-files.

**Name:    Murah Jn Baptiste**           Email: murahjeanbaptiste@gmail.com

**Address:** 1311 East 70ᵗʰ street APT #2,  Brooklyn, NY,  11234     **Phone: 7867148363**

**Statement for Retaliation against me.**

Company  MV Transportation Retaliation against me, Make me suffer a lot of abuse and discrimination from others companies.I was working for MV Transportation **From**: 01/06/2020 **To**: 03/09/2021. Fired me on 03/09/2021, Cause of i defend my right for fraud they do in my employment, violate my right, they didn't pay me my benefits; Vacation, sick day. And abuse me in my New York State driver license ID registration, abuse me in IRS federal tax return. Report false accident report on: 06/20/2020, to Geico insurance and DMV.

1- MV Transportation retaliation against me make me suffer a lot of wrongful Job termination from others companies, more than 12 companies terminations, track me in my job application, and abuse me in the job interviews with all companies I applied job.

2- MV Transportation retaliation against me make me suffer abuse in network T-mobil and others, abuse me in all my network account online. They create ADP APP account fraud in my name and in my Identity ID.  They discriminate me and prohibit me in my cellphone number: 7867148363 and in my email: murahjeanbaptiste@gmail.com  for verification code in PayCOM APP, so I can't get a job from any companies use PayCom Application for paper work employment. **They make companies to force me use incorrect Name in ADP APP. As  ( Murah Baptiste ) that name is incorrect. Please**, investigate in all Bank in America if the false name: Murah  Baptiste, received any payment benefits, if do, that's a fraud.

My Correct name: **( First Name : MURAH**        Last Name:  **JN BAPTISTE )**

My correct full name:  **MURAH  JN BAPTISTE**

3- Company MV Transportation retaliation against me make me suffer abuse and discrimination from  School bus companies Such as: **Total Transportation school bus Corp**, Pride Transportation. L&M school bus Transportation, Hoyt transportation.
First step  school bus, ( Thomas school bus ) said to me all companies school bus will never hire me ,because I made a complaint **to NYS DOL Division, Case #: LS20 2022001417.**I think that's a discrimination.

4- Company MV Transportation retaliation against me make me suffer discrimination at: USTA, US Open, ( Levy Restaurant ) for my immigration Status, they refuse Federal order of work permit application extension  receipt.

5- **I will send or attach all documents for verification.**

MURAH  JN BAPTISTE           DATE: 04/19/2024

SS#: 791156018

**From:**

First Name:  Murah

Last Name:  Jn Baptiste

Adress: 1311 East 70th street, APT 2

Brooklyn, New York, 11234.

Phone: 7867148363

Email: murahjeanbaptiste@gmail.com

**To:**

**New York State Human Right**

**Notice:** Please, my name should be write correctly like that:  **Murah  Jn Baptiste.**

# I am not call Mr Baptiste, that's a fraud.

My statement according to the respondent ( ALSTOM ) response, for Case number:………. in reason the retaliation discrimination I am suffering and persecuting me an everything and everywhere cause of retaliation against me **From company MV Transportation** because I defend my right for Fraud and Abuse this company did such as: Driver license, Identity registration fraud, Employment fraud, Federal Tax return fraud, W2 Fraud, Company false Work location Fraud, Report false accident in my driver license to Geico auto insurance policy.

All training test I pass them successfully, the last date test was: 01/20/2023, after that date 01/20/2023 the trainer told me I have to come to tra1ning overnight for me only because I am black, all others employees white stay in the daytime training, I feel that's discrimination, also all white Guy's employee have Badge, only me don't have badge, they just give hold a visitor badge for training  and change the training schedule to overnight for me only, I received text massage on 01/21/2023 from the trainer, for time training , From 10:00 PM To 06:00 AM, the training was  Monday To Friday, i told the trainer I don' have Badge to open the door to get in at local training at night, they said no, you don't need badge, when the trainer said me that I contact my supervisor and Human Resources office by email, and phone call , i left message to let them know that. When I go to the training overnight  on Monday, January 23, 2023, when I reach to the local I don't have access to open the door to get in, so I stand and wait for until someone  come to open the door for with his badge, one guy ask me why I dress company vest and hat, I said I think that's the policy company to wear the uniform in the local company, the guy said no, you should not wear uniform at night. I was imagine, i just don't say nothing, the guy was very upset cause of I wear uniform vest and hat. During training overnight , in the second overnight training on 01/24/2023, when the trainer come around 10:45 PM, he told me he need to talk to me, after a few minutes, another guy call me, he bring your stuff with you, when I go to talk to him, he told me take off my uniform vest and my company hat , and visitor badge go home the human resources will talk to me, he rushing me to give him back the stuff quick, he told me if you don't give the stuff quick you will have trouble, just go home quick, I obey I give him the company uniform, and I went home , when I reach

MURAH JN BAPTISTE    DATE: 04/19/2024

SS#: 791156018

home I sent an email to my supervisor and human resources to let them they send home and took  the company   stuff .

Human resources Alstom did not give me access to apply for company benefits, I don't have access to paysturb, I don't have access to any account to see payment history, that all others employee have access. Alstom Human resources send me false W2 fraud, with company name false, company work location false they put company address location in W2 another State I never go and never know, they report to New York State Department of Labor that company ALSTOM work physical location was in Pennsylvania State, that is a fraud, I never work in Pennsylvania State,

I did not have company badge, and I do not have access to Clock in, and clock out they just write my name in the paper sometimes, the payment was not correct for my salary $29 per Hour, they didn't pay me the 2nd overnight training on Tuesday, January 24, 2023, that the day the guy told me to remove the company uniform and stuff give him back and  go home, that was around between 10:45 PM  to 11:00 PM, so I went home.  Alstom air train company made direct deposit payment twice  in my Bank of America account,  first direct deposit payment for 40 hours in the date: 01/27/2023.

Second direct deposit payment for 8 hours in the date 02/10/2023, they did not pay me the 2nd   night the trainer told me go home without reason on 01/24/2023, around 11;00 PM at the local Alstom in JFK airport.

BANK OF AMERICA, N.A. (THE "BANK")

MURAH JN BAPTISTE

ADV PLUS BANKING

**** **** 8245

Last Posting Date 04/15/2024          Date/Time Printed  4/16/2024 1:27 PM EST

## Since Last Statement Summary

Last Statement Date 04/12/2024

| | | | | |
|---|---|---|---|---|
| Balance Last Statement ($) | | | $112.78 | |
| Deposits/Credits (+) | # | 2 | $160.00 | Holds (-) |
| Withdrawals/Debits (-) | # | 7 | $353.50 | Pending Credits (+) |
| Available Balance ($) | | | $100.78 | |

#Counts include posted items only-Intraday items are not included in the counts
Balance Last Statement, Deposits/Credits, Withdrawals/Debits may not total to Available Balance.

| Date | Description | | | | Type | Amount | Available Balance |
|---|---|---|---|---|---|---|---|
| 01/27/2023 | ALSTOM | DES:DIRECT DEP ID:370066209555YY5 | INDN:JN BAPTISTE,MURAH | CO | Deposit | $1,629.29 | $1,848.64 |
| | ID:9111111103 PPD | | | | | | |

MURAH JN BAPTISTE          DATE: 04/19/2024

SS#: 791156018

***No More Activity For This Account***

For additional information or service, please contact the Customer Service Center at  1-800-432-1000                              **** **** 8245

* =   Item(s) included in Previous Statement(s).

00-14-9036M  11-2010
NFL

Case 1:24-cv-03032-AMD-LB   Document 1   Filed 04/19/24   Page 15 of 116 PageID #:

# BANK OF AMERICA

BANK OF AMERICA, N.A. (THE "BANK")

MURAH JN BAPTISTE

ADV PLUS BANKING

**** **** 8245

Last Posting Date 04/15/2024      Date/Time Printed  4/16/2024 1:23 PM EST

## Since Last Statement Summary

| | | | |
|---|---|---|---|
| Last Statement Date 04/12/2024 | | | |
| Balance Last Statement ($) | | $112.78 | |
| Deposits/Credits (+) | # 2 | $160.00 | Holds (-) |
| Withdrawals/Debits (-) | # 7 | $353.50 | Pending Credits (+) |
| Available Balance ($) | | $100.78 | |

#Counts include posted items only-Intraday items are not included in the counts
Balance Last Statement, Deposits/Credits, Withdrawals/Debits may not total to Available Balance.

| Date | Description | | Type | Amount | Available Balance |
|---|---|---|---|---|---|
| 02/10/2023 | IRS    DES:USATAXPYMT ID:221344102744528  INDN:MURAH JN BAPTISTE  CO ID:3387702000 PPD | | Other Payment | -$86.00 | $1,705.27 |
| 02/10/2023 | USPS PO 3 1020  02/10 #000917145 PURCHASE  USPS PO 3 10201 F  BROOKLYN  NY | | Debit | -$9.65 | $1,791.27 |
| 02/10/2023 | Zelle Transfer Conf# 999qw9o6w;  BETHSAIDA JEAN | | Transfer | $15.00 | $1,800.92 |
| 02/10/2023 | ALSTOM    DES:DIRECT DEP ID:542064012699YY5  INDN:JN BAPTISTE,MURAH  CO ID:9111111103 PPD | | Deposit | $204.78 | $1,785.92 |

MURAH JN BAPTISTE      DATE: 04/19/2024

SS#: ~~XXXXXXXX~~ 18

***No More Activity For This Account***

For additional information or service, please contact the Customer Service Center at 1-800-432-1000

**** **** 8245

* =   Item(s) included in Previous Statement(s).

00-14-9036M  11-2010
NFL

Case 1:24-cv-03032-AMD-LB    Document 1    Filed 04/19/24    Page 16 of 116 PageID #: 16

≡    M Gmail          Q    Search in mail          ⇄    ○ ∨    ⑦

99+

**Compose**

Mail

| Inbox | 262 |

Chat

Starred

Snoozed

Meet

Important

Sent

**Drafts**    134

Categories

**Social**    3

**Updates**    287

**Forums**    1

**Promotions**    90

More

Labels

[Imap]/Trash    11

Personal

More

✉

# New Hire Package    Inbox ×    ⋮

**CARTER-MA...**    Fri, Dec 23, 2022, 7:17 PM
to me

## Be careful with this message

This message contains one or more attachments that can' verified as safe. Avoid downloading them unless you know sender and are confident that this email is legitimate.

[ Looks safe ]

Good Day,

Welcome to Alstom !

We are pleased to have you onboard. The first day of orient held on **January 09, 2023, at 8:00 AM**, at **JFK Internatic Pan Am Road, Building 402, Jamaica, NY 11432**. Please time and in business casual attire for your first day. **All nev documents attached will need to be completed and sca to (Christa.Carter-Mark@alstomgroup.com) by Januar**y Upon arrival to the building kindly inform the guard that y for new hire orientation. Two valid government ID'S will ne you on **January 09, 2023**.

**Please confirm receipt of this email.**

**Address:**
Pan Am Road, Building 402
Jamaica, NY 11430

Thank you,



MURAH JN BAPTISTE
DATE: 04/19/2024

SS#

**From:** SILVIA DENG-BATISTA
**To:** Murah Jn Baptiste
**Subject:** RE: EEOC Number: 520-2023-07042
**Date:** Friday, February 2, 2024 8:02:00 AM
**Attachments:** Jn Baptiste Notice of Rights to Sue .pdf
FACTS ABOUT FILING in Court (002).pdf
image001.png

Good morning, Mr. Jn Baptiste,
The above-mentioned charge of discrimination regarding **Title VII of the Civil Rights Act of 1964, (Title VII),** has been reviewed according to our charge prioritization procedures. The **Equal Employment Opportunity Commission** (hereinafter referred to as the "**Commission**") has determined that further investigation will unlikely lead to a cause determination. The Commission's processing of this charge has been concluded. Attached on this email, please find the Notice of Dismissal and Rights to Sue letter along with instructions on how to your case in court.  Following this dismissal, you may only pursue this matter by filing suit against the Respondent named in the charge with 90 days of receipt of said notice. Otherwise, you right to sue will be lost.

Respectfully,

Silvia Deng-Batista
Senior Investigator
U.S. Equal Employment Opportunity Commission
New York District Office
33 Whitehall Street, 5th Floor
New York, New York 10004-2112
Email: silvia.deng-batista@eeoc.gov

-



WARNING: The information contained in this e-mail and any attachments (including, but not limited to, any attached e-mails) may be legally privileged and confidential. If you are not the addressee(s), or an employee or agent of the addresses(s), you are hereby notified that any dissemination, distribution or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify the sender and permanently delete the e-mail and any attachments immediately. You should not retain copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the contents to any other person.

MURAH JN BAPTISTE          DATE: 04/19/2024

SSH:

**From:** Murah Jn Baptiste <murahjeanbaptiste@gmail.com>
**Sent:** Monday, January 29, 2024 8:35 AM
**To:** SILVIA DENG-BATISTA <SILVIA.DENG-BATISTA@EEOC.GOV>
**Subject:** EEOC Number: 520-2023-07042

You don't often get email from murahjeanbaptiste@gmail.com. Learn why this is important

**CAUTION:** The sender of this message is external to the EEOC network. Please use care when clicking on links and responding with sensitive information. Forward suspicious emails to phishing@eeoc.gov.

Hi !
My name is: MURAH JN BAPTISTE.
Filed retaliation charge against Company ALSTON GROUP,

# EEOC Number:

520-2023-07042

.

I would like to know how is my process about the case, I am really in a peril situation because I can't find job cause of the retaliation. I have to pay my rent, my family sick to death because I can't help and take care them, we are all suffering a lot.
So I wanna know if EEOC is gonna provide or refer me a lawyer.
I would like to meet who handled my case and talk about my case, explain my situation and my family.

Sincerely:
Murah JN Baptiste

Address: 1311 East 70th Street, APT #2
Brooklyn, NY 11234.

Phone: 7867148363
Email: murahjeanbaptiste@gmail.com

MURAH JN BAPTISTE    DATE: 04/19/2024
SSH: ~~████████~~



12:11            100% 🔋

← **+1 631-478-9380, +1 718...** 🔍 ⋮

2 people

Sunday, January 22, 2023

+1 718-608-7937

> Good night sorry for the late text but you guys have training 2200-0600 this entire week..
>
> 10:55 PM

+1 718-608-7937

> Plz reply upon receipt
>
> 10:56 PM

DATE: 04/19/2024

MURAH 3N BAPTISTE

SS#: ⬛⬛⬛⬛⬛⬛



Enter message    +    MMS

◁     ○     □



**M** Gmail          Q  Search in mail

Compose

Mail

| | |
|---|---|
| **Inbox** | 132 |
| Starred | |
| Snoozed | |
| Important | |
| Sent | |
| **Drafts** | 134 |
| Categories | |
| **Social** | 3 |
| **Updates** | 289 |
| **Forums** | 1 |
| **Promotions** | 91 |
| Less | |
| Scheduled | |
| **All Mail** | |
| **Spam** | 783 |
| Trash | |
| Manage labels | |
| Create new label | |

Labels

| | |
|---|---|
| **[Imap]/Trash** | 11 |
| Personal | |
| More | |

Chat

Meet

### Request schedule    Inbox ×

**Murah Jn Baptiste** <murahjeanbaptiste@gmail.com>
to CARTER-MARK, RAGUSA, hrteam

Hi dear !
As you know i am a new hire for Alstom, i would like you send me the schedule training for this week, and see the attached s

Also, i want to remind you that i don't get Badge ID yet, i don't receive any email from HR Team Data Connect yet, so to get a
Have access to set up company email, and put my information in the system.

Thanks, waiting for your reply.

Sincerely:

Murah Jn Baptiste

Phone Number: 7867148363

**One attachment** · Scanned by Gmail

+1 631-478-9380, +1 718...

Good night sorry for
the late text but you
guys have training

**Murah Jn Baptiste** <murahjeanbaptiste@gmail.com>
to CARTER-MARK, RAGUSA, HR

murahjeanbaptiste@gmail.com

Murah JN Baptiste

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>
to me

MURAH Jn BAPTISTE   DATE: 04/19/2024
SS# ~~████~~ 6018





MURAH JN BAPTISTE DATE: 04/19/2024

SS#: ⬛⬛⬛⬛⬛⬛⬛⬛

Menu    Department of Labor

# Official Record of Benefit Payment History

**Current Claim**

| Name: | Murah Jn baptiste |
|---|---|
| Social Security Number: | XXX-XX-6018 |
| Start/Effective Date: | 08/14/2023 |
| Benefit Year Ending Date: | 08/18/2024 |
| Weekly Benefit Amount: | $278.00 |
| Maximum Amount Payable: | $7,228.00 |
| Effective Days Remaining: | 20 |

## Latest Transaction(s) as of 02/08/2024

- You last certified for benefits for the week ending 02/04/2024.
- Your payment for the week ending 01/14/2024 was released on 01/16/2024.
- Weekly payments for $600 showing "0" under the "Effective Days" column, and Debit Card or Direct Deposit under the "Type" column, are the Federal Pandemic Unemployment Compensation (FPUC) payments.

### Effective Days

Each day in a week (Monday through Sunday) that you qualify for benefits is called an effective day. There is a maximum of 4 effective days each week, and you must qualify for all 4 effective days in order to receive your total weekly benefit rate. For each day in the week that you are not eligible to receive benefits, you will receive one less effective day, which is equivalent to one fourth of your weekly benefit rate. For example, if you are not available to work one day in a week, or if you have worked any part of a day, or have received vacation or holiday pay for one day in a week, your benefits will be reduced by one effective day (the same as one-quarter of your benefit rate). You can receive a maximum of 104 effective days on your claim.

Once your claim becomes payable, you may see fewer effective days remaining. This means you are being paid for those days and will soon see this change reflected via the funds in your bank account or debit card.

If three days have passed since a payment was released and the funds are not in your account, you

MURAH JN BAPTISTE    DATE: 04/19/2024

SS#:

should contact the Way2Go Program Customer Service line at (844) 649-9845 if you have a debit card. If you have direct deposit, contact your bank. If there is a holiday in a given week, payments may be delayed by one day that week.

**Payment History**

| Week Ending | Total Amount | Net Amount | Effective Days | Release Date | Type |
|---|---|---|---|---|---|
| 01/14/2024 | $278.00 | $243.25 | 4 | 01/16/2024 | Debit Card |
| 01/07/2024 | $278.00 | $243.25 | 4 | 01/08/2024 | Debit Card |
| 12/31/2023 | $278.00 | $243.25 | 4 | 01/02/2024 | Debit Card |
| 12/24/2023 | $278.00 | $243.25 | 4 | 12/26/2023 | Debit Card |
| 12/17/2023 | $278.00 | $243.25 | 4 | 12/18/2023 | Debit Card |
| 12/10/2023 | $278.00 | $243.25 | 4 | 12/11/2023 | Debit Card |
| 12/03/2023 | $278.00 | $243.25 | 4 | 12/04/2023 | Debit Card |
| 11/26/2023 | $278.00 | $243.25 | 4 | 11/27/2023 | Debit Card |
| 11/19/2023 | $278.00 | $243.25 | 4 | 11/20/2023 | Debit Card |
| 11/12/2023 | $278.00 | $243.25 | 4 | 11/13/2023 | Debit Card |
| 11/05/2023 | $278.00 | $243.25 | 4 | 11/06/2023 | Debit Card |
| 10/29/2023 | $278.00 | $243.25 | 4 | 10/30/2023 | Debit Card |
| 10/22/2023 | $278.00 | $243.25 | 4 | 10/24/2023 | Debit Card |
| 10/15/2023 | $278.00 | $243.25 | 4 | 10/16/2023 | Debit Card |
| 10/08/2023 | $278.00 | $243.25 | 4 | 10/12/2023 | Debit Card |
| 10/01/2023 | $278.00 | $243.25 | 4 | 10/12/2023 | Debit Card |
| 09/24/2023 | $278.00 | $243.25 | 4 | 10/12/2023 | Debit Card |
| 09/17/2023 | $278.00 | $243.25 | 4 | 10/12/2023 | Debit Card |
| 09/10/2023 | $278.00 | $243.25 | 4 | 10/12/2023 | Debit Card |
| 09/03/2023 | $278.00 | $243.25 | 4 | 10/12/2023 | Debit Card |
| 08/27/2023 | $278.00 | $243.25 | 4 | 10/12/2023 | Debit Card |
| 08/20/2023 | $0.00 | $0.00 | 4 | 10/10/2023 | Waiting week |

# Unemployment Insurance Terms

## Unemployment Insurance Terms

### Benefit Year Ending Date

The Benefit Year Ending date (BYE) is the date your unemployment insurance claim ends and you can no longer collect benefits on that claim.

## Payment History Terms

### Total Amount

The benefit amount to which you are entitled for the week.

If you remain unemployed after the BYE date and believe that you had sufficient employment to qualify for a new claim, you must immediately file a new claim.

### Weekly Benefit Amount

The amount of money to which a claimant may be entitled each week. The amount is based on the claimant's wages paid during the base period.

### Maximum Amount Payable

Although your claim lasts one year, during that time you can only receive 26 times your full weekly rate.

### Net Amount

The total amount minus any deductions (such as child support or Federal tax withholding), i.e. the amount you received.

## Payment Types

### Direct Deposit

Benefit payment was transferred to your checking account on file on the date stated under the "Release Date" column. It may take three business days for payments to be processed.

### Debit Card

Benefit payment was transferred to your debit card on the date stated under the "Release Date" column. It may take three business days for payments to be processed.

### Payment

Benefit payment was issued by a check on the date stated under the "Release Date" column. As of September 2006, paper checks are no longer issued.

### Waiting Week

Before any benefits can be paid, an unpaid waiting period equivalent to one full week of unemployment benefits must be served. You are subject to the same eligibility requirements for this period as you are when you claim a benefit payment. If you work at all during the first week of your claim, or for other reasons do not serve a full waiting week, the unpaid time extends into the next week(s).

### Adjustment

Payment was issued as a result of a correction or change made to payment(s) previously issued. Payment was issued to either your checking account or your Direct Payment Card.

### Offset

Payment was used to recoup outstanding prior overpayments by withholding and offsetting current benefits.

### Forfeit

Payment was used to liquidate a prior forfeit penalty by withholding and offsetting current benefits. A forfeit is a penalty imposed for willful false statement(s) or misrepresentation(s) made in order to obtain unemployment benefits.

 Gmail

**Murah Jn Baptiste <murahjeanbaptiste@gmail.com>**

## New Hire Package

6 messages

**CARTER-MARK Christa** <christa.carter-mark@alstomgroup.com>          Fri, Dec 23, 2022 at 7:16 PM
To: "murahjeanbaptiste@gmail.com" <murahjeanbaptiste@gmail.com>

Good Day,

Welcome to Alstom !

We are pleased to have you onboard. The first day of orientation will be held on **January 09, 2023, at 8:00 AM**, at **JFK International Airport, Pan Am Road, Building 402, Jamaica, NY 11432**. Please arrive on time and in business casual attire for your first day. **All new hire documents attached will need to be completed and scanned back to (Christa.Carter-Mark@alstomgroup.com) by January 4, 2023.** Upon arrival to the building kindly inform the guard that you are here for new hire orientation. Two valid government ID'S will need to be with you on **January 09, 2023**.

**Please confirm receipt of this email.**

**Address:**

Pan Am Road, Building 402

Jamaica, NY 11430

Thank you,

**Christa Carter-Mark**

Human Resources Business Partner JFK

Alstom

Mobile: 718-483-0491
Email: christa.carter-mark@alstomgroup.com
**www.alstom.com**

*MURAH JN BAPTISTE                    DATE: 04/19/2024*



*\*\* Mes heures de travail peuvent ne pas correspondre à vos heures de travail. Ne ne vous sentez pas obligé(e) de répondre à cet e-mail en dehors de vos heures de travail normales.\*\**

*\*\*My working hours may not be your working hours. Please do not feel obligated to respond to this e-mail outside of your normal working hours.\*\**

CONFIDENTIALITY : This e-mail and any attachments are confidential and may be privileged. If you are not a named recipient, please notify the sender immediately and do not disclose the contents to another person, use it for any purpose or store or copy the information in any medium.

**36 attachments**

**Murah Baptiste (VT) JFK.pdf**
112K

**1 - Employment Application_REV 05.02.17 BTHoldings Entity dlees.pdf**
40K

**6 - CODE OF ETHICS_ENG.pdf**
1188K

**6- Annex - Code of Ethics.pdf**
47K

**8 - Intellectual Property Policy and Ackkmgt.pdf**
78K

**10 - AME_New York Anti-Harassment Policy 10.1.2018.pdf**
71K

**10 - AME_New York Anti-Harassment_Factsheet NYC 9.2018.pdf**
102K

**10 - AME_New York State Anti-Harassment Policy Acknowledgement 10.1.2018.pdf**
56K

**10 - Anti-Harassment USA Policy Acknowledgement.pdf**
23K

**10- AME_Anti-Harassment Policy USA Rev 1_ 10.1.2018.pdf**
120K

**11 - Electronic Payslips HRTeam Instruction_Privacy Statement_ For Information only 9.2020.pdf**
83K

**11 - Electronic Payslips HRTeam Instruction_SYS_My Data (HRConnect) End User Guide_CA_en 9.2020.pdf**
1472K

**11 - Electronic Payslips HRTeam Instructions_Form of acknowledgement_To be signed 9.2020.pdf**
151K

**13 - AME-5_Drug_and_Alcohol_Use_and_Testing_as_Sites_-_AME_US_2.1.2011 rev 4FINALDL.pdf**
192K

**13 - Drug and Alcohol Policy Acknowledgment 2.2.2011.pdf**
12K

**22 - Pregnancy and Breastfeeding Policy_New York Acknowledgement.pdf**
23K

**22 - Pregnancy and Breastfeeding Policy_New York-Final.pdf**
100K

**2022 - W4 Form.pdf**
172K

**2022 NY IT-2104 Form.pdf**
6036K

**Alstom_New Hire Guide BT_2022.1.pdf**
5533K

**Alstom-BT_Key Contact List 2022.pdf**
360K

**Badge Holder Agreement.docx**
37K

**BMT New Hire Flyer Final - Alstom (003).pdf**
137K

**Bombarider Airport site Handbook.pdf**
2394K

**Code of Ethics Acknowledgement.docx**
23K

**Conf-Non-Comp-Non Solicitation.pdf**
147K

**EAP- Lifeworks.pdf**
543K

**EHS-GB-POL-002 Ver. H Drugs  Alcohol Policy Statement 21.pdf**
137K

**Form of acknowledgement_To be signed_.pdf**
147K

**HR Connect_Password Reset.pdf**
145K

**I-9-paper-version (1).pdf**
900K

**JFK Mobile Phone Directive.pdf**
816K

**Mobile Phone Acknowledgement.pdf**
62K

**New Hire Form Candidate_US_en.xls**
112K

**PaidSafeSickLeave-MandatoryNotice-English.pdf**
150K

**Union Agreement Sign Off.pdf**
244K

**Murah Jn Baptiste** <murahjeanbaptiste@gmail.com>                    Mon, Dec 26, 2022 at 11:57 AM
To: CARTER-MARK Christa <christa.carter-mark@alstomgroup.com>

Received, thank you. Only thing, i would like you write my name correctly in the paper work.

Correct name is:

First name:   MURAH

Last name:   JN BAPTISTE.

Happy New year 2023.
[Quoted text hidden]

**12 attachments**



image001.png
12K

image002.png
2K

image003.png
2K

image004.png
2K

image005.png
2K

image006.png
2K

image003.png
2K

image004.png
2K

image006.png
2K

image005.png
2K

image001.png
12K

image002.png
2K

---

**CARTER-MARK Christa** <christa.carter-mark@alstomgroup.com>                    Thu, Dec 29, 2022 at 8:48 AM
To: Murah Jn Baptiste <murahjeanbaptiste@gmail.com>

Good Day,

Welcome to Alstom !

We are pleased to have you onboard. The first day of orientation will be held on **January 09, 2023, at 8:00 AM**, at **JFK International Airport, Pan Am Road, Building 402, Jamaica, NY 11432**. Please arrive on time and in business casual attire for

your first day. **All new hire documents attached will need to be completed and scanned back to (Christa.Carter-Mark@alstomgroup.com) by January 4, 2023.** Upon arrival to the building kindly inform the guard that you are here for new hire orientation. Two valid government ID'S will need to be with you on **January 09, 2023.**

**Please confirm receipt of this email.**

**Address:**

Pan Am Road, Building 402

Jamaica, NY 11430

Thank you,

**Christa Carter-Mark**

Human Resources Business Partner JFK

Alstom

Mobile: 718-483-0491
Email: christa.carter-mark@alstomgroup.com
www.alstom.com



** *Mes heures de travail peuvent ne pas correspondre à vos heures de travail. Ne ne vous sentez pas obligé(e) de répondre à cet e-mail en dehors de vos heures de travail normales.* **

** *My working hours may not be your working hours. Please do not feel obligated to respond to this e-mail outside of your normal working hours.* **

[Quoted text hidden]
[Quoted text hidden]

**36 attachments**

1 - Employment Application_REV 05.02.17 BTHoldings Entity dlees.pdf
40K

**6 - CODE OF ETHICS_ENG.pdf**
1188K

**6- Annex - Code of Ethics.pdf**
47K

**8 - Intellectual Property Policy and Ackkmgt.pdf**
78K

**10 - AME_New York Anti-Harassment Policy 10.1.2018.pdf**
71K

**10 - AME_New York Anti-Harassment_Factsheet NYC 9.2018.pdf**
102K

**10 - AME_New York State Anti-Harassment Policy Acknowledgement 10.1.2018.pdf**
56K

**10 - Anti-Harassment USA Policy Acknowledgement.pdf**
23K

**10- AME_Anti-Harassment Policy USA Rev 1_ 10.1.2018.pdf**
120K

**11 - Electronic Payslips HRTeam Instruction_Privacy Statement_ For Information only 9.2020.pdf**
83K

**11 - Electronic Payslips HRTeam Instruction_SYS_My Data (HRConnect) End User Guide_CA_en 9.2020.pdf**
1472K

**11 - Electronic Payslips HRTeam Instructions_Form of acknowledgement_To be signed 9.2020.pdf**
151K

**13 - AME-5_Drug_and_Alcohol_Use_and_Testing_as_Sites_-_AME_US_2.1.2011 rev 4FINALDL.pdf**
192K

**13 - Drug and Alcohol Policy Acknowledgment 2.2.2011.pdf**
12K

**22 - Pregnancy and Breastfeeding Policy_New York Acknowledgement.pdf**
23K

**22 - Pregnancy and Breastfeeding Policy_New York-Final.pdf**
100K

**2022 - W4 Form.pdf**
172K

**2022 NY IT-2104 Form.pdf**
6036K

**Alstom_New Hire Guide BT_2022.1.pdf**
5533K

**Alstom-BT_Key Contact List 2022.pdf**
360K

**Badge Holder Agreement.docx**
37K

**BMT New Hire Flyer Final - Alstom (003).pdf**
137K

**Bombarider Airport site Handbook.pdf**
2394K

**Code of Ethics Acknowledgement.docx**
23K

**Conf-Non-Comp-Non Solicitation.pdf**
147K

📄 **EAP- Lifeworks.pdf**
543K

📄 **EHS-GB-POL-002 Ver. H Drugs  Alcohol Policy Statement 21.pdf**
137K

📄 **Form of acknowledgement_To be signed_.pdf**
147K

📄 **HR Connect_Password Reset.pdf**
145K

📄 **I-9-paper-version (1).pdf**
900K

📄 **JFK Mobile Phone Directive.pdf**
816K

📄 **Mobile Phone Acknowledgement.pdf**
62K

📄 **New Hire Form Candidate_US_en.xls**
112K

📄 **PaidSafeSickLeave-MandatoryNotice-English.pdf**
150K

📄 **Union Agreement Sign Off.pdf**
244K

📄 **Murah Jn Baptiste (VT) JFK.pdf**
112K

---

**Murah Jn Baptiste** <murahjeanbaptiste@gmail.com>                    Wed, Nov 29, 2023 at 1:45 PM
To: Murah Jn Baptiste <murahjeanbaptiste@gmail.com>


Murah JN Baptiste
[Quoted text hidden]

---

**54 attachments**

 **image001.png**
12K

🐦 **image002.png**
2K

🖼 **image003.png**
2K

🖼 **image004.png**
2K

🖼 **image005.png**
2K

🖼 **image006.png**
2K

🐦 **image002.png**
2K

in **image003.png**
2K

**image002.png**
2K

**image004.png**
2K

**image003.png**
2K

**image006.png**
2K

**ALSTOM**
**· mobility by nature ·**

**image001.png**
12K

**image004.png**
2K

**ALSTOM**
**· mobility by nature ·**

**image001.png**
12K

**image006.png**
2K

**image005.png**
2K

**image005.png**
2K

**1 - Employment Application_REV 05.02.17 BTHoldings Entity dlees.pdf**
40K

**6 - CODE OF ETHICS_ENG.pdf**
1188K

**6- Annex - Code of Ethics.pdf**
47K

**8 - Intellectual Property Policy and Ackkmgt.pdf**
78K

**10 - AME_New York Anti-Harassment Policy 10.1.2018.pdf**
71K

**10 - AME_New York Anti-Harassment_Factsheet NYC 9.2018.pdf**
102K

**10 - AME_New York State Anti-Harassment Policy Acknowledgement 10.1.2018.pdf**
56K

**10 - Anti-Harassment USA Policy Acknowledgement.pdf**
23K

**10- AME_Anti-Harassment Policy USA Rev 1_ 10.1.2018.pdf**
120K

**11 - Electronic Payslips HRTeam Instruction_Privacy Statement_ For Information only 9.2020.pdf**
83K

**11 - Electronic Payslips HRTeam Instruction_SYS_My Data (HRConnect) End User Guide_CA_en 9.2020.pdf**
1472K

**11 - Electronic Payslips HRTeam Instructions_Form of acknowledgement_To be signed 9.2020.pdf**
151K

**13 - AME-5_Drug_and_Alcohol_Use_and_Testing_as_Sites_-_AME_US_2.1.2011 rev 4FINALDL.pdf**
192K

**13 - Drug and Alcohol Policy Acknowledgment 2.2.2011.pdf**
12K

**22 - Pregnancy and Breastfeeding Policy_New York Acknowledgement.pdf**
23K

**22 - Pregnancy and Breastfeeding Policy_New York-Final.pdf**
100K

**2022 - W4 Form.pdf**
172K

**2022 NY IT-2104 Form.pdf**
6036K

**Alstom_New Hire Guide BT_2022.1.pdf**
5533K

**Alstom-BT_Key Contact List 2022.pdf**
360K

**Badge Holder Agreement.docx**
37K

**BMT New Hire Flyer Final - Alstom (003).pdf**
137K

**Bombarider Airport site Handbook.pdf**
2394K

**Code of Ethics Acknowledgement.docx**
23K

**Conf-Non-Comp-Non Solicitation.pdf**
147K

**EAP- Lifeworks.pdf**
543K

**EHS-GB-POL-002 Ver. H Drugs  Alcohol Policy Statement 21.pdf**
137K

**Form of acknowledgement_To be signed_.pdf**
147K

**HR Connect_Password Reset.pdf**
145K

**I-9-paper-version (1).pdf**
900K

**JFK Mobile Phone Directive.pdf**
816K

**Mobile Phone Acknowledgement.pdf**
62K

**New Hire Form Candidate_US_en.xls**
112K

**PaidSafeSickLeave-MandatoryNotice-English.pdf**
150K

**Union Agreement Sign Off.pdf**
244K

**Murah Jn Baptiste (VT) JFK.pdf**
112K

# ALST⊙M

**ALSOTOM TRANSPORT USA INC.** Americas
Region

John F. Kennedy International Airport
Pan Am Road, Building #402
Jamaica, NY 11430, United States
Phone: +1 718-687-4465
Fax: +1 718-570-1047
www.alstom.com

December 29, 2022

Dear Murah Jn Baptiste:

Congratulations! On behalf of the Company, I am pleased to confirm our offer of full time employment to you and acknowledge your acceptance of the position of **Vehicle Technician.** Joseph Ragusa, your Manager is looking forward to having you join his team on January 09, 2023, at 8:00 am

## Base Salary
Your hourly rate of pay will be $28.14 per hour.

## Benefits
You will be eligible to enroll in benefits on the first day of the month following your employment. You will participate in the American benefits plan and it will be reviewed with you on your first day of employment.

## Code of Ethics
This offer of employment is conditional of your acceptance of the Alstom, Code of Ethics, a copy is enclosed. By signing this acknowledgement you are confirming that you have received a copy of the Code, you have read it and you understand it and you will comply with it during your employment with Alstom.

## This offer of employment is contingent upon you meeting the following conditions of employment; if they are not met this offer will be rescinded.
- Pre-employment drug and alcohol testing with physical examine is required. Results must be negative for employment. If results are positive this offer will be rescinded. Please read and follow the instructions in the enclosed letter of Authorization for Pre-Employment Alcohol and Drug testing and Physical. These tests must be completed

Alstom Transportation USA Inc.

MURAH JN BAPTISTE    DATE: 04/19/2024
SS# 7911 56018

# ALSTOM

within 24 hours of receipt of this offer. Human Resources must receive your test results before your first day of work. With or without accommodations you are required to meet health requirements in line with the essential functions of the specific position being offered.

- Authorization to work in the United States. You will be required to complete and provide documentation that will verify your eligibility to work in the United States. If your eligibility can not be confirmed with the Social Security Administration or Department of Homeland Security we will provide you with written instructions and an opportunity to contact SSA and/or DHS before taking any action against you. Form I9 is enclosed for your review.
- Result of a 10 year background and reference checks.
- 40 hour work week, with half hour unpaid lunch period.
- Available to work any shift, weekends and holidays and overtime when needed.

Please be advised that all test results, including any medical information that comes to our attention during the course of your employment, will remain confidential.

- Confidentiality, Non-Competition and Non-Solicitation, Conflict of Interest and Intellectual Property Agreements. These Agreements are necessary, among other things, to protect Alstom's confidential information and trade secrets and to prohibit unfair competition that could do irreparable damage to Alstom. Copies of these Agreements are enclosed for your review.

We are pleased to welcome you to the Alstom team and are confident it will be both challenging and professionally rewarding to you.

Yours truly,

*Christa Carter-Mark*

Human Resources Business Partner

I accept this offer of employment and the conditions outlined in this letter.

Signed: _MURAH 3N BAPTISTE_        Date: _01/03/2023_

Alstom Transportation USA Inc.

**ALSTOM**
·mobility by nature·

7.  The rates of pay for the CCS classification as follows:

| Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|--------|--------|--------|--------|--------|
| 70% | 75% | 80% | 90% | 100% |
| $ 18.85 | $ 20.20 | $ 21.54 | $ 24.24 | $ 26.93 |

If a previous CSS is rehired, progression will take into consideration their prior years of service.

8.  CSS are subject to drug and alcohol testing as other employees are under the CBA, including pre-employment and random. (No physical required).

9.  CSS's will not be required to obtain a TSA SIDA badge unless the airport changes regulations, for now they will be subject to the Company's background check and pre-employment drug screen as all other employees. If the customer changes their requirements, then the Company will notify the Union, but CSS positions will follow customer requirements.

10. All other articles of the current Technician CBA apply to the CSS roles, If there is any question of clarity or intent then both parties agree to meet and discuss.

11. The CSS positions/department will report to our Operations Manager and Foreman.

All other language unchanged will remain in effect. Please note that Alstom acquired Bombardier Transportation January 29, 2021.

Your signature below serves as confirmation that you agree to the above stated changes regarding Customer Communication Specialists:

_____  11/12/2021
Bombardier Transportation        Date

Debra Lees, Industrial Relations USA

_____  11/12/2021
IBEW, Local 589                 Date

Ricardo Sanchez, General Chairman

_____  11/15/2021
Bombardier Transportation        Date

Bruce Browne, Newark Site Director

_____  11/17/21
IBEW, Local 589                 Date

Steven Schmitt, President

## Check-off Agreement Between Bombardier Transportation
## And
## International Brotherhood of Electrical Workers

Dept. _ENGINEERING_          Occupation _VEHICLE TECHNICIAN_

Social Security # _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_

Full Name (print): _MURAH JN BAPTISTE_

Home Address: _1311 EAST 70TH STREET APT #2_
_BROOKLYN, NY 11234_

**Auditor of Disbursements, The Long Island Rail Road Company**

I hereby assign to the International Brotherhood of Electrical Workers that part of my wages necessary to pay my monthly union dues, assessments and initiation fees (not including fines and penalties, nor insurance premiums unless included in the periodic dues), as reported to the Carrier by the Financial Secretary of the International Brotherhood of Electrical Workers or his successors in monthly statements, certified by him, as provided under the Deduction Agreement entered into by and between the Organization and the Carrier on December 8, 1960, and I hereby authorize the Carrier to deduct from my wages all such sums and pay them over to such designated representative of the Organization in accordance with said Deduction Agreement.

I understand that if I do not revoke this assignment by executing a revocation form, as provided in paragraph 2 of the aforesaid Deduction Agreement within fifteen (15) days after the end of one year from the date of the execution hereof, this assignment shall be considered as re-executed and may not be revoked by me for an additional period of one year, unless within such year the aforesaid Deduction Agreement or the rules and working conditions agreement is terminated, and the re-executed assignment shall similarly continue in full force and effect and be considered as re-executed from year to year unless and until I shall execute a revocation form within fifteen (15) days after the end of any such year.

Date: _01/03/2023_         Signature: _MURAH JN BAPTISTE_

"Fees, dues and assessments covered by this authorization are not deductible as charitable contributions for federal income tax purposes."



# IBEW LOCAL UNION 589

INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS

141 Waverly Avenue
Patchogue, NY 11772
Tel (631) 569-4008
Fax (631) 569-4010

## EMPLOYEE INFORMATION

IBEW# OR EIN: _____        BSC ID#: _____

NAME: MURAH Jn BAPTISTE

ADDRESS: 1311 EAST 70th STREET APT #2
BROOKLYN, NY 11234

PHONE: 786 714 8363

SOCIAL SECURITY #: 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

BIRTHDATE: 01/16/1984

SERVICE DATE: 01/09/2023

POSITION: VEHICLE TECHNICIAN

EMAIL ADDRESS: MURAHJEANBAPTISTE@GMAIL.COM
(To receive important Union updates, info about meetings, etc.)

## LOCATION WHERE YOU WORK:

_____ LIRR        ✓ JFK        _____ NEWARK

## Application for Membership  USA



### OBLIGATION OF I.B.E.W.®

"I, the undersigned, in the presence of members of the International Brotherhood of Electrical Workers, promise and agree to conform to and abide by the Constitution and laws of the I.B.E.W.® and its Local Unions. I will further the purposes for which the I.B.E.W.® is instituted.  I will bear true allegiance to it and will not sacrifice its interest in any manner."

**APPLICATION DATE (mm/dd/yyyy)**
01 / 03 / 2023

**TO BE SIGNED BY APPLICANT - PLEASE DO NOT PRINT**

☐ MR   ☐ MS   ☐ MRS   **FIRST NAME** [PLEASE PRINT OR TYPE FULL NAME]   M.I.
MURAH

**LAST NAME**   ☐ JR  ☐ III   ☐ SR  ☐ IV   ☐ II  ☐ V
JN-BAPTISTE

**ADDRESS (STREET & NUMBER)**
1311 EAST 70th STREET

**CITY**   **STATE**   **ZIP CODE+4**
BROOKLYN,   NY   11234 -

**EMAIL ADDRESS**
MURAHSEANBAPTISTE@GMAIL.COM

**DATE OF BIRTH (mm/dd/yyyy)**   **DATE OF HIRE (mm/dd/yyyy)**   **SOCIAL SECURITY NO.**
01 / 16 / 1984   01 / 09 / 2023   791 - 15 - 6018

**TELEPHONE NO.**   **PRESENT EMPLOYER**
( 786 ) 714 - 8363

**CLASSIFICATION**

**INDUSTRY WHERE YOU ARE EMPLOYED**
☐ RAILROAD
☐ GOVERNMENT
☐ INSIDE CONSTRUCTION & MAINTENANCE
☐ OUTSIDE CONSTRUCTION & MAINTENANCE
☐ UTILITY
☐ TELECOMMUNICATIONS
☐ BROADCASTING
☐ MANUFACTURING
☐ OTHER

**HOW DID YOU BECOME AN I.B.E.W.® MEMBER?** [SELECT ONE]
☐ I WAS ORGANIZED
☐ I WAS ORGANIZED AS AN APPRENTICE
☐ I WAS SELECTED FOR AN APPRENTICESHIP
☐ I AM A NEW HIRE
☐ OTHER

**Gender***
☐ MALE
☐ FEMALE

**REGISTERED VOTER?**
☐ DEMOCRAT
☐ REPUBLICAN
☐ INDEPENDENT
☐ OTHER
☐ NOT REGISTERED

**HAVE YOU EVER BEEN A MEMBER OF THE I.B.E.W.®?**
☐ YES   ☐ NO   **LOCAL UNION**   **STATE**
IF SO, WHERE?

**RACE***
☐ WHITE   ☐ HISPANIC ORIGIN
☐ BLACK   ☐ AMERICAN INDIAN
☐ ASIAN   ☐ PACIFIC ISLANDER
☐ OTHER

* This identification is for statistical purposes only, will be kept confidential, and will not be used for any purpose that would violate Title VII of the Civil Rights Act of 1964, as amended.

**EMPLOYEE NUMBER (IF APPLICABLE)**

**THIS PORTION TO BE FILLED IN BY L.U. FINANCIAL SECRETARY**

**INITIATION DATE (mm/dd/yyyy)**
/ /

**TYPE OF MEMBERSHIP**   ☐ "A"   ☐ "BA"

**INITIATION FEE PAID**   **INITIATION FEE DUE**   **TO SHARE (1/2 TO $60)**
$   $   $

**CARD NUMBER**

PAID $2.00 PENSION ADM. FEE? ☐ YES   ☐ NO

Form No. 107 01/17

**NUMBER OF PAYMENTS MADE WITH THIS APPLICATION**   **LOCAL UNION**

Page 1 of 1

# ALSTOM
·mobility by nature·

7. The rates of pay for the CCS classification as follows:

| Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|--------|--------|--------|--------|--------|
| 70% | 75% | 80% | 90% | 100% |
| $ 18.85 | $ 20.20 | $ 21.54 | $ 24.24 | $ 26.93 |

If a previous CSS is rehired, progression will take into consideration their prior years of service.

8. CSS are subject to drug and alcohol testing as other employees are under the CBA, including pre-employment and random. (No physical required).

9. CSS's will not be required to obtain a TSA SIDA badge unless the airport changes regulations, for now they will be subject to the Company's background check and pre-employment drug screen as all other employees. If the customer changes their requirements, then the Company will notify the Union, but CSS positions will follow customer requirements.

10. All other articles of the current Technician CBA apply to the CSS roles, if there is any question of clarity or intent then both parties agree to meet and discuss.

11. The CSS positions/department will report to our Operations Manager and Foreman.

All other language unchanged will remain in effect. Please note that Alstom acquired Bombardier Transportation January 29, 2021.

Your signature below serves as confirmation that you agree to the above stated changes regarding Customer Communication Specialists:

_____  11/12/2021
Bombardier Transportation    Date

Debra Lees, Industrial Relations USA

_____  11/15/2021
Bombardier Transportation    Date

Bruce Browne, Newark Site Director

_____  11/13/2021
IBEW, Local 589    Date

Ricardo Sanchez, General Chairman

_____  11/17/21
IBEW, Local 589    Date

Steven Schmitt, President

| Form **W-4** | **Employee's Withholding Certificate** | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | ▶ Complete Form W-4 so that your employer can withhold the correct federal income tax from your pay.<br>▶ Give Form W-4 to your employer.<br>▶ Your withholding is subject to review by the IRS. | **2022**<br>2023 |

**Step 1:**
**Enter Personal Information**

| (a) First name and middle initial _MURAH_ | Last name _JN BAPTISTE_ | (b) Social security number _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_ |
|---|---|---|
| Address _1311 EAST 70th STREET APT#2_ | | ▶ **Does your name match the name on your social security card?** If not, to ensure you get credit for your earnings, contact SSA at 800-772-1213 or go to www.ssa.gov. |
| City or town, state, and ZIP code _BROOKLYN, NY 11234_ | | |

(c) ☒ Single or Married filing separately
☐ Married filing jointly or Qualifying widow(er)
☐ Head of household (Check only if you're unmarried and pay more than half the costs of keeping up a home for yourself and a qualifying individual.)

**Complete Steps 2–4 ONLY if they apply to you; otherwise, skip to Step 5.** See page 2 for more information on each step, who can claim exemption from withholding, when to use the estimator at www.irs.gov/W4App, and privacy.

**Step 2:**
**Multiple Jobs or Spouse Works**

Complete this step if you (1) hold more than one job at a time, or (2) are married filing jointly and your spouse also works. The correct amount of withholding depends on income earned from all of these jobs.

Do **only one** of the following.

(a) Use the estimator at www.irs.gov/W4App for most accurate withholding for this step (and Steps 3–4); **or**

(b) Use the Multiple Jobs Worksheet on page 3 and enter the result in Step 4(c) below for roughly accurate withholding; **or**

(c) If there are only two jobs total, you may check this box. Do the same on Form W-4 for the other job. This option is accurate for jobs with similar pay; otherwise, more tax than necessary may be withheld . . ▶ ☐

**TIP:** To be accurate, submit a 2022 Form W-4 for all other jobs. If you (or your spouse) have self-employment income, including as an independent contractor, use the estimator.

**Complete Steps 3–4(b) on Form W-4 for only ONE of these jobs.** Leave those steps blank for the other jobs. (Your withholding will be most accurate if you complete Steps 3–4(b) on the Form W-4 for the highest paying job.)

**Step 3:**
**Claim Dependents**

| If your total income will be $200,000 or less ($400,000 or less if married filing jointly): | | |
|---|---|---|
| Multiply the number of qualifying children under age 17 by $2,000 ▶ $ _0_ | | |
| Multiply the number of other dependents by $500 . . . . . ▶ $ _0_ | | |
| Add the amounts above and enter the total here . . . . . . . . . . . . . . | 3 | $ _0_ |

**Step 4 (optional):**
**Other Adjustments**

| (a) **Other income (not from jobs).** If you want tax withheld for other income you expect this year that won't have withholding, enter the amount of other income here. This may include interest, dividends, and retirement income . . . . . . . . | 4(a) | $ _0_ |
|---|---|---|
| (b) **Deductions.** If you expect to claim deductions other than the standard deduction and want to reduce your withholding, use the Deductions Worksheet on page 3 and enter the result here . . . . . . . . . . . . . . . . . . . . . | 4(b) | $ _0_ |
| (c) **Extra withholding.** Enter any additional tax you want withheld each **pay period** . . | 4(c) | $ _0_ |

**Step 5:**
**Sign Here**

Under penalties of perjury, I declare that this certificate, to the best of my knowledge and belief, is true, correct, and complete.

▶ _MURAH JN BAPTISTE_     ▶ _01/03/2023_
**Employee's signature** (This form is not valid unless you sign it.)     **Date**

**Employers Only**

| Employer's name and address | First date of employment | Employer identification number (EIN) |
|---|---|---|
| | | |

For Privacy Act and Paperwork Reduction Act Notice, see page 3.     Cat. No. 10220Q     Form **W-4** (2022)

Case 1:24-cv-03032-AMD-LB   Document 1   Filed 04/19/24   Page 43 of 116 PageID #: 43

# General Instructions

Section references are to the Internal Revenue Code.

## Future Developments

For the latest information about developments related to Form W-4, such as legislation enacted after it was published, go to *www.irs.gov/FormW4*.

## Purpose of Form

Complete Form W-4 so that your employer can withhold the correct federal income tax from your pay. If too little is withheld, you will generally owe tax when you file your tax return and may owe a penalty. If too much is withheld, you will generally be due a refund. Complete a new Form W-4 when changes to your personal or financial situation would change the entries on the form. For more information on withholding and when you must furnish a new Form W-4, see Pub. 505, Tax Withholding and Estimated Tax.

**Exemption from withholding.** You may claim exemption from withholding for 2022 if you meet both of the following conditions: you had no federal income tax liability in 2021 **and** you expect to have no federal income tax liability in 2022. You had no federal income tax liability in 2021 if (1) your total tax on line 24 on your 2021 Form 1040 or 1040-SR is zero (or less than the sum of lines 27a, 28, 29, and 30), or (2) you were not required to file a return because your income was below the filing threshold for your correct filing status. If you claim exemption, you will have no income tax withheld from your paycheck and may owe taxes and penalties when you file your 2022 tax return. To claim exemption from withholding, certify that you meet both of the conditions above by writing "Exempt" on Form W-4 in the space below Step 4(c). Then, complete Steps 1(a), 1(b), and 5. Do not complete any other steps. You will need to submit a new Form W-4 by February 15, 2023.

**Your privacy.** If you prefer to limit information provided in Steps 2 through 4, use the online estimator, which will also increase accuracy.

As an alternative to the estimator: if you have concerns with Step 2(c), you may choose Step 2(b); if you have concerns with Step 4(a), you may enter an additional amount you want withheld per pay period in Step 4(c). If this is the only job in your household, you may instead check the box in Step 2(c), which will increase your withholding and significantly reduce your paycheck (often by thousands of dollars over the year).

**When to use the estimator.** Consider using the estimator at *www.irs.gov/W4App* if you:

1. Expect to work only part of the year;

2. Have dividend or capital gain income, or are subject to additional taxes, such as Additional Medicare Tax;

3. Have self-employment income (see below); or

4. Prefer the most accurate withholding for multiple job situations.

**Self-employment.** Generally, you will owe both income and self-employment taxes on any self-employment income you receive separate from the wages you receive as an employee. If you want to pay these taxes through withholding from your wages, use the estimator at *www.irs.gov/W4App* to figure the amount to have withheld.

**Nonresident alien.** If you're a nonresident alien, see Notice 1392, Supplemental Form W-4 Instructions for Nonresident Aliens, before completing this form.

# Specific Instructions

**Step 1(c).** Check your anticipated filing status. This will determine the standard deduction and tax rates used to compute your withholding.

**Step 2.** Use this step if you (1) have more than one job at the same time, or (2) are married filing jointly and you and your spouse both work.

Option **(a)** most accurately calculates the additional tax you need to have withheld, while option **(b)** does so with a little less accuracy.

If you (and your spouse) have a total of only two jobs, you may instead check the box in option **(c)**. The box must also be checked on the Form W-4 for the other job. If the box is checked, the standard deduction and tax brackets will be cut in half for each job to calculate withholding. This option is roughly accurate for jobs with similar pay; otherwise, more tax than necessary may be withheld, and this extra amount will be larger the greater the difference in pay is between the two jobs.

 *Multiple jobs.* Complete Steps 3 through 4(b) on only one Form W-4. Withholding will be most accurate if you do this on the Form W-4 for the highest paying job.

**Step 3.** This step provides instructions for determining the amount of the child tax credit and the credit for other dependents that you may be able to claim when you file your tax return. To qualify for the child tax credit, the child must be under age 17 as of December 31, must be your dependent who generally lives with you for more than half the year, and must have the required social security number. You may be able to claim a credit for other dependents for whom a child tax credit can't be claimed, such as an older child or a qualifying relative. For additional eligibility requirements for these credits, see Pub. 501, Dependents, Standard Deduction, and Filing Information. You can also include other tax credits for which you are eligible in this step, such as the foreign tax credit and the education tax credits. To do so, add an estimate of the amount for the year to your credits for dependents and enter the total amount in Step 3. Including these credits will increase your paycheck and reduce the amount of any refund you may receive when you file your tax return.

**Step 4 (optional).**

*Step 4(a).* Enter in this step the total of your other estimated income for the year, if any. You shouldn't include income from any jobs or self-employment. If you complete Step 4(a), you likely won't have to make estimated tax payments for that income. If you prefer to pay estimated tax rather than having tax on other income withheld from your paycheck, see Form 1040-ES, Estimated Tax for Individuals.

*Step 4(b).* Enter in this step the amount from the Deductions Worksheet, line 5, if you expect to claim deductions other than the basic standard deduction on your 2022 tax return and want to reduce your withholding to account for these deductions. This includes both itemized deductions and other deductions such as for student loan interest and IRAs.

*Step 4(c).* Enter in this step any additional tax you want withheld from your pay **each pay period**, including any amounts from the Multiple Jobs Worksheet, line 4. Entering an amount here will reduce your paycheck and will either increase your refund or reduce any amount of tax that you owe.

Form W-4 (2022)                                                                                                          Page **3**

## Step 2(b)—Multiple Jobs Worksheet *(Keep for your records.)*

If you choose the option in Step 2(b) on Form W-4, complete this worksheet (which calculates the total extra tax for all jobs) on only **ONE** Form W-4. Withholding will be most accurate if you complete the worksheet and enter the result on the Form W-4 for the highest paying job.

**Note:** If more than one job has annual wages of more than $120,000 or there are more than three jobs, see Pub. 505 for additional tables; or, you can use the online withholding estimator at *www.irs.gov/W4App.*

| | | | |
|---|---|---|---|
| **1** | **Two jobs.** If you have two jobs or you're married filing jointly and you and your spouse each have one job, find the amount from the appropriate table on page 4. Using the "Higher Paying Job" row and the "Lower Paying Job" column, find the value at the intersection of the two household salaries and enter that value on line 1. Then, **skip to line 3** . . . . . . . . . . . . . . . . | **1** | $ _____ |
| **2** | **Three jobs.** If you and/or your spouse have three jobs at the same time, complete lines 2a, 2b, and 2c below. Otherwise, skip to line 3. | | |
| | **a** Find the amount from the appropriate table on page 4 using the annual wages from the highest paying job in the "Higher Paying Job" row and the annual wages for your next highest paying job in the "Lower Paying Job" column. Find the value at the intersection of the two household salaries and enter that value on line 2a . . . . . . . . . . . . . . . . | **2a** | $ _____ |
| | **b** Add the annual wages of the two highest paying jobs from line 2a together and use the total as the wages in the "Higher Paying Job" row and use the annual wages for your third job in the "Lower Paying Job" column to find the amount from the appropriate table on page 4 and enter this amount on line 2b . . . . . . . . . . . . . . . . . . . | **2b** | $ _____ |
| | **c** Add the amounts from lines 2a and 2b and enter the result on line 2c . . . . . . . . . | **2c** | $ _____ |
| **3** | Enter the number of pay periods per year for the highest paying job. For example, if that job pays weekly, enter 52; if it pays every other week, enter 26; if it pays monthly, enter 12, etc. . . . . . . | **3** | _____ |
| **4** | **Divide** the annual amount on line 1 or line 2c by the number of pay periods on line 3. Enter this amount here and in **Step 4(c)** of Form W-4 for the highest paying job (along with any other additional amount you want withheld) . . . . . . . . . . . . . . . . . . . . | **4** | $ _____ |

## Step 4(b)—Deductions Worksheet *(Keep for your records.)*

| | | | |
|---|---|---|---|
| **1** | Enter an estimate of your 2022 itemized deductions (from Schedule A (Form 1040)). Such deductions may include qualifying home mortgage interest, charitable contributions, state and local taxes (up to $10,000), and medical expenses in excess of 7.5% of your income . . . . . . . . . . | **1** | $ _____ |
| **2** | Enter: { • $25,900 if you're married filing jointly or qualifying widow(er) <br> • $19,400 if you're head of household <br> • $12,950 if you're single or married filing separately } . . . . . . . . . | **2** | $ _____ |
| **3** | If line 1 is greater than line 2, subtract line 2 from line 1 and enter the result here. If line 2 is greater than line 1, enter "-0-" . . . . . . . . . . . . . . . . . . . | **3** | $ _____ |
| **4** | Enter an estimate of your student loan interest, deductible IRA contributions, and certain other adjustments (from Part II of Schedule 1 (Form 1040)). See Pub. 505 for more information . . . . | **4** | $ _____ |
| **5** | Add lines 3 and 4. Enter the result here and in **Step 4(b)** of Form W-4 . . . . . . . . . | **5** | $ _____ |

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to carry out the Internal Revenue laws of the United States. Internal Revenue Code sections 3402(f)(2) and 6109 and their regulations require you to provide this information; your employer uses it to determine your federal income tax withholding. Failure to provide a properly completed form will result in your being treated as a single person with no other entries on the form; providing fraudulent information may subject you to penalties. Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation; to cities, states, the District of Columbia, and U.S. commonwealths and possessions for use in administering their tax laws; and to the Department of Health and Human Services for use in the National Directory of New Hires. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by Code section 6103.

The average time and expenses required to complete and file this form will vary depending on individual circumstances. For estimated averages, see the instructions for your income tax return.

If you have suggestions for making this form simpler, we would be happy to hear from you. See the instructions for your income tax return.

Form W-4 (2022)      Page 4

## Married Filing Jointly or Qualifying Widow(er)

| Higher Paying Job Annual Taxable Wage & Salary | Lower Paying Job Annual Taxable Wage & Salary | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $0 - 9,999 | $10,000 - 19,999 | $20,000 - 29,999 | $30,000 - 39,999 | $40,000 - 49,999 | $50,000 - 59,999 | $60,000 - 69,999 | $70,000 - 79,999 | $80,000 - 89,999 | $90,000 - 99,999 | $100,000 - 109,999 | $110,000 - 120,000 |
| $0 - 9,999 | $0 | $110 | $850 | $860 | $1,020 | $1,020 | $1,020 | $1,020 | $1,020 | $1,020 | $1,770 | $1,870 |
| $10,000 - 19,999 | 110 | 1,110 | 1,860 | 2,060 | 2,220 | 2,220 | 2,220 | 2,220 | 2,220 | 2,970 | 3,970 | 4,070 |
| $20,000 - 29,999 | 850 | 1,860 | 2,800 | 3,000 | 3,160 | 3,160 | 3,160 | 3,160 | 3,910 | 4,910 | 5,910 | 6,010 |
| $30,000 - 39,999 | 860 | 2,060 | 3,000 | 3,200 | 3,360 | 3,360 | 3,360 | 4,110 | 5,110 | 6,110 | 7,110 | 7,210 |
| $40,000 - 49,999 | 1,020 | 2,220 | 3,160 | 3,360 | 3,520 | 3,520 | 4,270 | 5,270 | 6,270 | 7,270 | 8,270 | 8,370 |
| $50,000 - 59,999 | 1,020 | 2,220 | 3,160 | 3,360 | 3,520 | 4,270 | 5,270 | 6,270 | 7,270 | 8,270 | 9,270 | 9,370 |
| $60,000 - 69,999 | 1,020 | 2,220 | 3,160 | 3,360 | 4,270 | 5,270 | 6,270 | 7,270 | 8,270 | 9,270 | 10,270 | 10,370 |
| $70,000 - 79,999 | 1,020 | 2,220 | 3,160 | 4,110 | 5,270 | 6,270 | 7,270 | 8,270 | 9,270 | 10,270 | 11,270 | 11,370 |
| $80,000 - 99,999 | 1,020 | 2,820 | 4,760 | 5,960 | 7,120 | 8,120 | 9,120 | 10,120 | 11,120 | 12,120 | 13,150 | 13,450 |
| $100,000 - 149,999 | 1,870 | 4,070 | 6,010 | 7,210 | 8,370 | 9,370 | 10,510 | 11,710 | 12,910 | 14,110 | 15,310 | 15,600 |
| $150,000 - 239,999 | 2,040 | 4,440 | 6,580 | 7,980 | 9,340 | 10,540 | 11,740 | 12,940 | 14,140 | 15,340 | 16,540 | 16,830 |
| $240,000 - 259,999 | 2,040 | 4,440 | 6,580 | 7,980 | 9,340 | 10,540 | 11,740 | 12,940 | 14,140 | 15,340 | 16,540 | 17,590 |
| $260,000 - 279,999 | 2,040 | 4,440 | 6,580 | 7,980 | 9,340 | 10,540 | 11,740 | 12,940 | 14,140 | 16,100 | 18,100 | 19,190 |
| $280,000 - 299,999 | 2,040 | 4,440 | 6,580 | 7,980 | 9,340 | 10,540 | 11,740 | 13,700 | 15,700 | 17,700 | 19,700 | 20,790 |
| $300,000 - 319,999 | 2,040 | 4,440 | 6,580 | 7,980 | 9,340 | 11,300 | 13,300 | 15,300 | 17,300 | 19,300 | 21,300 | 22,390 |
| $320,000 - 364,999 | 2,100 | 5,300 | 8,240 | 10,440 | 12,600 | 14,600 | 16,600 | 18,600 | 20,600 | 22,600 | 24,870 | 26,260 |
| $365,000 - 524,999 | 2,970 | 6,470 | 9,710 | 12,210 | 14,670 | 16,970 | 19,270 | 21,570 | 23,870 | 26,170 | 28,470 | 29,870 |
| $525,000 and over | 3,140 | 6,840 | 10,280 | 12,980 | 15,640 | 18,140 | 20,640 | 23,140 | 25,640 | 28,140 | 30,640 | 32,240 |

## Single or Married Filing Separately

| Higher Paying Job Annual Taxable Wage & Salary | Lower Paying Job Annual Taxable Wage & Salary | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $0 - 9,999 | $10,000 - 19,999 | $20,000 - 29,999 | $30,000 - 39,999 | $40,000 - 49,999 | $50,000 - 59,999 | $60,000 - 69,999 | $70,000 - 79,999 | $80,000 - 89,999 | $90,000 - 99,999 | $100,000 - 109,999 | $110,000 - 120,000 |
| $0 - 9,999 | $400 | $930 | $1,020 | $1,020 | $1,250 | $1,870 | $1,870 | $1,870 | $1,870 | $1,970 | $2,040 | $2,040 |
| $10,000 - 19,999 | 930 | 1,570 | 1,660 | 1,890 | 2,890 | 3,510 | 3,510 | 3,510 | 3,610 | 3,810 | 3,880 | 3,880 |
| $20,000 - 29,999 | 1,020 | 1,660 | 1,990 | 2,990 | 3,990 | 4,610 | 4,610 | 4,710 | 4,910 | 5,110 | 5,180 | 5,180 |
| $30,000 - 39,999 | 1,020 | 1,890 | 2,990 | 3,990 | 4,990 | 5,610 | 5,710 | 5,910 | 6,110 | 6,310 | 6,380 | 6,380 |
| $40,000 - 59,999 | 1,870 | 3,510 | 4,610 | 5,610 | 6,680 | 7,500 | 7,700 | 7,900 | 8,100 | 8,300 | 8,370 | 8,370 |
| $60,000 - 79,999 | 1,870 | 3,510 | 4,680 | 5,880 | 7,080 | 7,900 | 8,100 | 8,300 | 8,500 | 8,700 | 8,970 | 9,770 |
| $80,000 - 99,999 | 1,940 | 3,780 | 5,080 | 6,280 | 7,480 | 8,300 | 8,500 | 8,700 | 9,100 | 10,100 | 10,970 | 11,770 |
| $100,000 - 124,999 | 2,040 | 3,880 | 5,180 | 6,380 | 7,580 | 8,400 | 9,140 | 10,140 | 11,140 | 12,140 | 13,040 | 14,140 |
| $125,000 - 149,999 | 2,040 | 3,880 | 5,180 | 6,520 | 8,520 | 10,140 | 11,140 | 12,140 | 13,320 | 14,620 | 15,790 | 16,890 |
| $150,000 - 174,999 | 2,040 | 4,420 | 6,520 | 8,520 | 10,520 | 12,170 | 13,470 | 14,770 | 16,070 | 17,370 | 18,540 | 19,640 |
| $175,000 - 199,999 | 2,720 | 5,360 | 7,460 | 9,630 | 11,930 | 13,860 | 15,160 | 16,460 | 17,760 | 19,060 | 20,230 | 21,330 |
| $200,000 - 249,999 | 2,970 | 5,920 | 8,310 | 10,610 | 12,910 | 14,840 | 16,140 | 17,440 | 18,740 | 20,040 | 21,210 | 22,310 |
| $250,000 - 399,999 | 2,970 | 5,920 | 8,310 | 10,610 | 12,910 | 14,840 | 16,140 | 17,440 | 18,740 | 20,040 | 21,210 | 22,310 |
| $400,000 - 449,999 | 2,970 | 5,920 | 8,310 | 10,610 | 12,910 | 14,840 | 16,140 | 17,440 | 18,740 | 20,040 | 21,210 | 22,470 |
| $450,000 and over | 3,140 | 6,290 | 8,880 | 11,380 | 13,880 | 16,010 | 17,510 | 19,010 | 20,510 | 22,010 | 23,380 | 24,680 |

## Head of Household

| Higher Paying Job Annual Taxable Wage & Salary | Lower Paying Job Annual Taxable Wage & Salary | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $0 - 9,999 | $10,000 - 19,999 | $20,000 - 29,999 | $30,000 - 39,999 | $40,000 - 49,999 | $50,000 - 59,999 | $60,000 - 69,999 | $70,000 - 79,999 | $80,000 - 89,999 | $90,000 - 99,999 | $100,000 - 109,999 | $110,000 - 120,000 |
| $0 - 9,999 | $0 | $760 | $910 | $1,020 | $1,020 | $1,020 | $1,190 | $1,870 | $1,870 | $1,870 | $2,040 | $2,040 |
| $10,000 - 19,999 | 760 | 1,820 | 2,110 | 2,220 | 2,220 | 2,390 | 3,390 | 4,070 | 4,070 | 4,240 | 4,440 | 4,440 |
| $20,000 - 29,999 | 910 | 2,110 | 2,400 | 2,510 | 2,680 | 3,680 | 4,680 | 5,360 | 5,530 | 5,730 | 5,930 | 5,930 |
| $30,000 - 39,999 | 1,020 | 2,220 | 2,510 | 2,790 | 3,790 | 4,790 | 5,790 | 6,640 | 6,840 | 7,040 | 7,240 | 7,240 |
| $40,000 - 59,999 | 1,020 | 2,240 | 3,530 | 4,640 | 5,640 | 6,780 | 7,980 | 8,860 | 9,060 | 9,260 | 9,460 | 9,460 |
| $60,000 - 79,999 | 1,870 | 4,070 | 5,360 | 6,610 | 7,810 | 9,010 | 10,210 | 11,090 | 11,290 | 11,490 | 11,690 | 12,170 |
| $80,000 - 99,999 | 1,870 | 4,210 | 5,700 | 7,010 | 8,210 | 9,410 | 10,610 | 11,490 | 11,690 | 12,380 | 13,370 | 14,170 |
| $100,000 - 124,999 | 2,040 | 4,440 | 5,930 | 7,240 | 8,440 | 9,640 | 10,860 | 12,540 | 13,540 | 14,540 | 15,540 | 16,480 |
| $125,000 - 149,999 | 2,040 | 4,440 | 5,930 | 7,240 | 8,860 | 10,860 | 12,860 | 14,540 | 15,540 | 16,830 | 18,130 | 19,230 |
| $150,000 - 174,999 | 2,040 | 4,460 | 6,750 | 8,860 | 10,860 | 12,860 | 15,000 | 16,980 | 18,280 | 19,580 | 20,880 | 21,980 |
| $175,000 - 199,999 | 2,720 | 5,920 | 8,210 | 10,320 | 12,600 | 14,900 | 17,200 | 19,180 | 20,480 | 21,780 | 23,080 | 24,180 |
| $200,000 - 449,999 | 2,970 | 6,470 | 9,060 | 11,480 | 13,780 | 16,080 | 18,380 | 20,360 | 21,660 | 22,960 | 24,250 | 25,360 |
| $450,000 and over | 3,140 | 6,840 | 9,630 | 12,250 | 14,750 | 17,250 | 19,750 | 21,930 | 23,430 | 24,930 | 26,420 | 27,730 |

**BOMBARDIER**

# Pregnancy and Breastfeeding New York Policy

I acknowledge the following:

- Receipt of the Pregnancy and Breastfeeding New York Policy.

- I understand that it is my responsibility to read and ensure that I understand all of the provisions contained in the Pregnancy and Breastfeeding New York Policy.

- I understand that any questions regarding these or any other policies should be directed to my local Human Resources Business Partner.

I, the undersigned, acknowledge having received a copy of the Pregnancy and Breastfeeding New York Policy.

_MURAH JN BAPTISTE_
Print Name

_MURAH JN BAPTISTE_
Employee Signature

_01/03/2023_
Date

Reference: Pregnancy and Breastfeeding Policy_Rev00 (Americas Region, Transportation)_April 11, 2019

# BOMBARDIER

## RECEIPT OF ACKNOWLEDGEMENT - DRUG AND ALCOHOL POLICY AME-5
2.2.2011

To: Employee

Please read, sign, and date this form, and return it to Human Resources.

I hereby acknowledge receipt of Bombardier's Drug and Alcohol Policy by signing below and I understand that I am required to review and to become familiar with the contents of this Policy. I understand that I have the opportunity to ask questions of Human Resources staff about any portion of this Policy which is unclear to me. I also understand that violation of this Policy, a refusal to consent to testing in accordance with this Policy, may result in remedial or corrective action up to and including termination of employment.

I understand that the Company may conduct drug or alcohol testing in accordance with this policy and in accordance with and subject to federal, state and local laws and regulations. I further understand that a positive test result may result in disciplinary action, up to and including termination in accordance with Company policy and in accordance with and subject to federal, state and local laws and regulations. If there is any provision of the policy that I do not understand, it is my responsibility to seek clarification.

This Acknowledgment will be placed in my personnel file.

*MURAH JN BAPTISTE*
Printed Name

*MURAH JN BAPTISTE*
Signature

*01/03/2023*
Date

**BOMBARDIER**

**Form of Acknowledgement on the use of private devices to access the ADP My Data (HRConnect) portal:**

Bombardier Transportation concluded a contract with the service provider ADP in accordance with European data protection regulations that stipulates the use of personal data and safety requirements regarding the processing of personal data based on the comprehensive European data protection standards.

The access to the ADP portal from private (mobile) devices is carried out at the user's own responsibility and risk. If the device is infected, third parties may intercept your data communication.

Bombardier Transportation has no influence on the safety settings of private devices and, therefore, cannot be held liable.

By providing my personal

- Mobile phone number
- E-mail address (only needed in case no BT user account exists)

to create a user for the ADP "My Data (HRConnect)" portal, I agree with the conditions specified above. I confirm to having received and read the "My Data (HRConnect)_Privacy Statement".

| CPID | | |
|---|---|---|
| Personal Email address | *Example: test.test@gmx.de* | |
| Personal Mobile Phone number | Format: +XXNNNzzzzzzzzzz Where XX = country code, length can vary (e.g. 44 for UK, or 1 for US) NNN = regional (area) code zzz = Phone number without spaces or other special characters, *Example: +44792649210* | |

*01/03/2023*

Date

MURAH Jn BAPTISTE _____ MURAH Jn BAPTISTE

Signature                          First Name, Last Name (in block capitals)

# BOMBARDIER

**POLICY**

**Americas Region, Transportation**

| **Anti-Harassment Policy (USA)** (This policy is applicable to Bombardier Transportation employees based in the United States except California.) | **HUMAN RESOURCES** |
|---|---|

## Table of Contents

| Section | Page |
|---|---|
| Approval Log | 1 |
| Revision Log | 1 |
| 1 Purpose | 2 |
| 2 General Provisions | 2 |
| 3 Prohibited Conduct under the Policy | 2 |
| 3.1 Harassment | 2 |
| 3.2 Sexual Harassment | 3 |
| 3.3 Bullying | 4 |
| 4 Consensual Relationships in the Workplace | 4 |
| 5 Internal Complaint Procedures | 5 |
| 5.1 Investigations and Confidentiality | 6 |
| 5.2 Retaliation | 7 |
| 6 Training | 7 |

## Approval Log

Approved by: Debra Lees, SR HR Manager & Country HR - USA

## Revision Log

| Revision | Effective Date | Description of Changes |
|---|---|---|
| 00 | February 15, 2017 | First release |
| 01 | October 1, 2018 | Second Release |

The revision level of this document must be validated with ExpressNet, Employee Services, Document Library section prior to its use.

# BOMBARDIER

### POLICY

### Americas Region, Transportation

| **Anti-Harassment Policy (USA)** (This policy is applicable to Bombardier Transportation employees based in the United States except California.) | **HUMAN RESOURCES** |
| --- | --- |

## 1   Purpose

It is the policy of Bombardier to create and promote a positive, harmonious and professional work environment where every employee's physical or psychological integrity and dignity is protected against any form of harassment, including sexual harassment. This policy sets forth Bombardier's policy on all forms of harassment and a procedure for handling complaints in the workplace.

This policy applies to all employees working in the United States except California, regardless of their position. Employees should also refer to any state or local policies as applicable; e.g., California has very stringent guidelines.  This policy also applies to harassment by third parties (e.g., clients, contractors, vendors, etc.) to the extent that their conduct affects the work environment or interferes with the performance of work as described herein.  The company reserves the right to unilaterally revise, suspend, revoke, terminate or change this policy, in whole or in part, with or without notice.

## 2   General Provisions

It is Bombardier's policy to protect its employees from harassment, bullying, and victimization in the workplace, including all forms of sexual, physical, and psychological abuse.  Every employee is entitled to, and is expected to preserve a positive, professional, and harmonious work place.  For that reason, Bombardier will not tolerate unlawful discrimination or harassment of any kind. Through enforcement of this policy and through education of employees, Bombardier will seek to prevent, correct, and, if warranted, discipline behavior that violates either this policy or Bombardier's Code of Ethics and Business Conduct.

Bombardier prohibits retaliation against individuals who complain of discrimination or harassment or who participate in workplace investigations.

## 3   Prohibited Conduct under the Policy

Bombardier, in compliance with all applicable federal, state, and local anti-discrimination and harassment laws and regulations, enforces this policy in accordance with the following:

### 3.1   Harassment

Harassment is any unwelcome verbal or physical conduct prohibited by law directed toward, or differential treatment of, an employee because of his/her membership in any protected group or on any other prohibited basis. Bombardier's policy prohibiting harassment, including sexual harassment, disrespectful or unprofessional conduct applies to all persons involved in the operation of the Company.

Prohibited harassment, disrespectful or unprofessional conduct includes, but is not limited to, the following behavior:

The revision level of this document must be validated with ExpressNet, Employee Services Document Library section prior to its use.

Anti-Harassment Policy (USA)_Rev01                                                                            Page 2 of 7

**BOMBARDIER**                    POLICY

Americas Region, Transportation

| Anti-Harassment Policy (USA)<br><br>(This policy is applicable to Bombardier Transportation employees based in the United States except California.) | HUMAN RESOURCES |
|---|---|

1. Verbal conduct such as name calling, derogatory jokes or comments, slurs, or unwanted sexual advances, invitations, comments, posts or messages;

2. Visual displays such as derogatory and/or sexually-oriented posters, photography, cartoons, drawings or gestures, or computer screen savers;

3. Physical conduct including assault, unwanted touching, intentionally blocking normal movement or interfering with work because of sex, race, or any other protected basis;

4. Threats and demands to submit to sexual requests or sexual advances as a condition of continued employment, or to avoid some other loss, and offers of employment in return for sexual favors;

5. Retaliation for reporting or threatening to report harassment; and,

6. Communication via electronic media of any type that includes any conduct that is prohibited by state and/or federal law or by Company policy.

7. Use of language that is obscene, risqué, religiously, sexually, or ethnically demeaning, disrespectful of a physical or mental disability, regardless of whether it is directed at a passenger, another employee, or the general public

8. Belligerent or malicious behavior towards a passenger or another employee

### 3.2  Sexual Harassment

Sexual harassment is a form of unlawful employment discrimination under Title VII of the Civil Rights Act of 1964 and many state and local regulations, and is prohibited under this policy. According to the Equal Employment Opportunity Commission (EEOC) sexual harassment is defined as "unwelcome sexual advances, requests for sexual favors, and other verbal or physical conduct of a sexual nature when submission to or rejection of such conduct is used as the basis for employment decisions or such conduct has the purpose or effect of creating an intimidating, hostile, or offensive work environment."
There are two types of sexual harassment:

1. **Quid pro Quo harassment**, where submission to harassment is used as the basis for employment decisions, i.e., pay increases, promotions, better working hours, etc. This type of harassment can only be perpetrated by a person in a position of authority, such as a supervisor, as they are the only ones that can grant the employment decision in exchange for the sexual favor. Examples: A supervisor promising an employee a pay increase if she goes on a date with him; a manager telling an employee she will fire him if he does not have sex with her.

2. **Hostile Work Environment** where the harassment creates an offensive and unpleasant working environment. A hostile work environment can be created by anyone in the work environment, i.e.

The revision level of this document must be validated with ExpressNet, Employee Services, Document Library section prior to its use.

Anti-Harassment Policy (USA)_Rev01                                                    Page 3 of 7

**BOMBARDIER**                          POLICY

### Americas Region, Transportation

| Anti-Harassment Policy (USA) | HUMAN RESOURCES |
|---|---|
| (This policy is applicable to Bombardier Transportation employees based in the United States except California.) | |

supervisors; co-workers, customers, etc. Hostile work environment harassment consists of verbiage of a sexual nature, unwelcome sexual materials or even unwelcome physical contact as a regular part of the work environment. Texts, emails, cartoons, or posters of a sexual nature; vulgar or lewd comments or jokes; or unwanted touching or fondling all fall into this category. (In addition to harassment based on sex; a hostile work environment can be created on any other basis protected by federal, state, or local law or ordinance or regulation, i.e. race or religion, etc.).

Sexual harassment may take different forms. The following examples of sexual harassment are intended to be guidelines and are not exclusive when determining whether there has been a violation of this policy:

1. Verbal sexual harassment includes innuendoes, suggestive comments, jokes of a sexual nature, sexual propositions, lewd remarks and threats; requests for any type of sexual favor (this includes repeated, unwelcome requests for dates); and verbal abuse or "kidding" that is orientated toward a prohibited form of harassment, including that which is sexual in nature and unwelcome.

2. Nonverbal sexual harassment includes the distribution, display, or discussion of any written or graphic material, including calendars, posters, and cartoons that are sexually suggestive or show hostility toward an individual or group because of sex; suggestive or insulting sounds; leering; staring; whistling; obscene gestures; content in letters and notes, facsimiles, emails, photos, text messages, tweets and internet postings; or other form of communication that is sexual in nature and could be considered offensive.

3. Physical sexual harassment includes unwelcome, unwanted physical contact, including touching, tickling, pinching, patting, brushing up against, hugging; cornering, kissing and fondling, and forced sexual intercourse or assault.

Courteous, mutually respectful, pleasant, non-coercive interactions between employees, including between men and women, that are appropriate in the workplace and acceptable to and welcomed by both parties are not considered harassment, including sexual harassment.

### 3.3 Bullying

Bullying is repeated inappropriate behavior either direct, or indirect, whether verbal, physical, or otherwise, conducted by one or more persons against another or others, at the workplace and/or in the course of employment. Such behavior will not be tolerated at any Bombardier facility.

### 4 Consensual Relationships in the Workplace

Bombardier strongly discourages romantic or sexual relationships between a manager or other supervisory employee and his/her staff (an employee who directly or indirectly reports to that person) because such relationships tend to create compromising conflicts of interest or the appearance of such conflicts. This would include relationships between Bombardier employees and suppliers, partners, customers, as well

The revision level of this document must be validated with ExpressNet, Employee Services, Document Library section prior to its use.

Anti-Harassment Policy (USA)_Rev01                                    Page 4 of 7

# BOMBARDIER

**POLICY**

## Americas Region, Transportation

| **Anti-Harassment Policy (USA)** (This policy is applicable to Bombardier Transportation employees based in the United States except California.) | **HUMAN RESOURCES** |
|---|---|

as third parties (such as agents). In addition, such a relationship may give rise to the perception by others that there is favoritism or bias in employment decisions affecting the staff member. Moreover, given the uneven balance of power within such relationships, consent by the staff member is suspect and may be viewed by others or, at a later date, by the staff member as having been given as the result of coercion or intimidation. The atmosphere created by such appearances of bias, favoritism, intimidation, coercion, or exploitation undermines the spirit of trust and mutual respect that is essential to a healthy and professional work environment. If there is such a relationship, the parties need to be aware that one or both may be moved to a different department, or other actions may be taken.

If any supervisory employee of Bombardier enters into a consensual relationship that is romantic or sexual in nature with a member of his/her staff (an employee who directly or indirectly reports to him/her), or if one of the parties is in a supervisory capacity in the same department in which the other party works, the parties must notify the Human Resources Business Partner assigned to the workplace in question. Because of potential issues regarding quid pro quo harassment, Bombardier has made reporting mandatory. This requirement does not apply to employees who do not work in the same department nor to parties who do not supervise or otherwise manage responsibilities over the other.

## 5    Internal Complaint Procedures

Bombardier strongly encourages the prompt reporting of all incidents of harassment, bullying, or victimization in the workplace so that complaints can be quickly and fairly resolved.

1.    Employees who feel comfortable doing so should directly inform the person engaging in the harassing conduct that such behavior is offensive and must stop immediately.

2.    Employees who, for whatever reason, do not wish to communicate directly with the person whose behavior is offensive, or if the offender refuses to discontinue the behavior, should immediately contact their manager, any other manager at the site with whom the employee may be more comfortable speaking, or the Site Human Resources Business Partner.

3.    Employees who believe they have been harassed by anyone with supervisory authority, or employees who believe their complaints of harassment have not been remedied, should immediately contact the Regional Human Resources Business Partner, or Vice President of HR.

4.    In addition to the above, a complaint may be filed with the Bombardier Compliance Officer.

Supervisors/managers must immediately refer all complaints involving harassment, discrimination, retaliation, or other prohibited conduct to the local Human Resources Business Partner or the Regional Human Resources Business Partner as well as immediately informing his/her supervisor so that Bombardier can try to resolve the complaint.

The revision level of this document must be validated with ExpressNet, Employee Services, Document Library section prior to its use.

Anti-Harassment Policy (USA)_Rev04                                                                 Page 5 of 7

# BOMBARDIER

### POLICY

### Americas Region, Transportation

| Anti-Harassment Policy (USA)<br><br>(This policy is applicable to Bombardier Transportation employees based in the United States except California.) | HUMAN RESOURCES |
| --- | --- |

## 5.1  Investigations and Confidentiality

When Bombardier receives allegations of misconduct, the Company will immediately undertake a fair, timely, thorough, and objective investigation of the allegations in accordance with all legal requirements. Bombardier will reach reasonable conclusions based on the evidence collected.

Bombardier will maintain confidentiality to the extent possible. However, Bombardier cannot promise complete confidentiality. Bombardier's duty to investigate and take corrective action may require the disclosure of information to individuals with a need to know.

The steps taken during the investigation cannot be defined in advance and will vary depending upon the nature of the allegations. Bombardier has a compelling interest in protecting the integrity of its investigations. In every investigation, Bombardier has a strong desire to protect witnesses from harassment, intimidation and retaliation; to keep evidence from being destroyed; to ensure that testimony is not fabricated; and to prevent a cover-up. Bombardier may decide in some circumstances that in order to achieve these objectives, it must maintain the investigation and employees' roles in it in strict confidence. If Bombardier reasonably imposes such a requirement and employees do not maintain such confidentiality, employees may be subject to disciplinary action up to and including immediate termination.

Complaints will be:

1.   Responded to in a timely manner

2.   Kept confidential to the extent possible

3.   Investigated by qualified, impartial personnel in a timely manner

4.   Documented and tracked for reasonable progress

5.   Given appropriate options for remedial action and resolution

6.   Resolved in a timely manner

If Bombardier determines that harassment, discrimination, retaliation, or other prohibited conduct has occurred, appropriate and effective corrective and remedial action will be taken in accordance with the circumstances involved. Bombardier will also take appropriate action to deter future misconduct.

Any employee determined to be responsible for harassment, discrimination, retaliation, or other prohibited conduct will be subject to appropriate disciplinary action, up to and including termination of employment. It is important to note that anyone having been found to have engaged in unlawful harassment can be held personally liable for the misconduct.

Bombardier will remove from property (including customer property) any personnel who engage in conduct that Bombardier considers unprofessional, or that otherwise compromises business performance quality,

The revision level of this document must be validated with ExpressNet, Employee Services, Document Library section prior to its use.

Anti-Harassment Policy (USA)_Rev01                                                                              Page 6 of 7

# BOMBARDIER

## POLICY

### Americas Region, Transportation

| **Anti-Harassment Policy (USA)**<br>(This policy is applicable to Bombardier Transportation employees based in the United States except California.) | **HUMAN RESOURCES** |
|---|---|

public image, or safety; or who Bombardier considers to be careless, incompetent, not qualified to perform the work, insubordinate, or otherwise objectionable, and whose continued employment on property is not in the best interest on Bombardier and its stakeholders.

### 5.2    Retaliation

No hardship, loss, benefit or penalty may be imposed on an employee in response to:

1. Filing or responding to a bona fide complaint of discrimination or harassment

2. Appearing as a witness in the investigation of a complaint

3. Serving as an investigator of a complaint

Bombardier will not retaliate against an employee for filing a complaint of harassment or discrimination or participating in any workplace investigation. In addition, Bombardier will not tolerate or permit retaliation by management or co-workers toward an employee who has filed a complaint or who has participated in any workplace investigation.

### 6    Training

As a best practice, all supervisors and managers will attend sexual harassment training on a regular basis. Newly hired supervisors or persons newly promoted to a supervisory position will attend sexual harassment training within 6 months of their hire or promotion date or sooner as required by state/local law.

Training will be required and provided to all Bombardier employees on Bombardier's Code of Ethics & Business Conduct and on Bombardier's Core Values & Leadership Attributes.

All required training outlined in this policy will be implemented and verified on a reoccurring basis by the local Human Resources Business Partner.

The revision level of this document must be validated with ExpressNet, Employee Services, Document Library section prior to its use.

Anti-Harassment Policy (USA)_Rev01                                                                 Page 7 of 7

**BOMBARDIER**

# Anti-Harassment Policy - New York State Addendum

I acknowledge the following:

- Receipt of the Anti-Harassment Policy - New York State Addendum

- I understand the steps that I should take should I feel that I have been subject to or witness any form of harassment.

- I understand that it is my responsibility to read and ensure that I understand all of the provisions contained in the Anti-Harassment Policy - New York State Addendum.

- I understand that any questions regarding these or any other policies should be directed to my local Human Resources Business Partner.

- If working in New York City, receipt of the "Stop Sexual Harassment Act Factsheet", confirming my rights under the New York City Human Rights Law.

I further understand that failure to comply with any policy regarding harassment and code of ethics will lead to disciplinary action.

MURAH Sn BAPTISTE
Print Name

MURAH Sn BAPTISTE
Employee Signature

01/03/2023
Date

Reference: New York State Anti-Harassment Policy _Rev00 (Americas Region, Transportation)_October 1, 2018

**BOMBARDIER**

## INTELLECTUAL PROPERTY AGREEMENT

AGREEMENT made by and between Bombardier Inc. and its associated divisions ("the Corporation") with:

Name, Position: *MURAH JN BAPTISTE, VEHICLE TECHNICIAN*

Location, Department: *JFK, ENGINEERING*

<center>(Please print legibly.)</center>

In consideration for my assignment, I agree that:

1) I will not disclose to or induce the Corporation or companies which it owns or controls to use Confidential Information or trade secrets of others, unless authorized by the owner.

2) During my assignment at the Corporation and thereafter, I will treat all Confidential Information as secret and confidential and I will never use or disclose or authorize anyone else to use or disclose such Confidential Information except as it is expressly permitted by the Corporation in performance of my designated duties at the Corporation. I will diligently protect all Confidential Information against loss by inadvertent or unauthorized use of disclosure.

   Since I have no right to use Confidential Information after the end of my assignment at the Corporation, in addition to other rights or remedies the Corporation may have, the Corporation shall have a perpetual, royalty-free, nonexclusive license to fully utilize for any purpose all inventions, computer programs, copyright works, and mask works made, conceived, or authored by me, alone or jointly with others, within one year of the termination of my assignment with the Corporation, related to work I performed by the Corporation, and which utilized Confidential Information.

3) All Developments are the property of the Corporation and I hereby assign to the Corporation all my rights to such Developments in all countries.

4) No provision in this Agreement is intended to require assignment of any of my rights in an invention for which I can prove no equipment, supplies, facilities, or trade secret information of the Corporation was used and was developed entirely on my own time; and which I can prove a) does not relate to the business of the Corporation or to the actual or demonstrably anticipated research or development of the Corporation; or b) does not result from any work performed by me and for the Corporation.

   To the extent compatible with applicable state law, the provisions of the preceding paragraph do not apply to an invention which is required to be assigned by the Corporation to the United States Government.

5) I will promptly submit to the Corporation written disclosures of all inventions, whether or not patentable which are made or conceived by me, alone or jointly with others, while I am assigned at the Corporation.

6) Upon request by the Corporation, at any time during my assignment with the Corporation and thereafter, I will:

   a) submit to the Corporation written disclosures of all intellectual property made, conceived, or authored, by me, alone or jointly with others; and

   b) provide proper assistance and execute all papers deemed by the Corporation to be necessary to preserve legal protection for all Developments without charge to the Corporation, but at the expense of the Corporation.

**BOMBARDIER**

## INTELLECTUAL PROPERTY AGREEMENT - ACKNOWLEDGEMENT

I acknowledge that I have read and that I understand this Agreement.  I understand that to the extent applicable it remains in effect after termination of my assignment with the Corporation.  I also understand this Agreement is legally binding upon me and upon my heirs that it may be transferred by the Corporation to any of its successors or assigns and that it shall become effective on the date that I execute it.

*MURAH JN BAPTISTE*
Employee Name – Please Print.

*MURAH SN BAPTISTE*
Employee Signature / Date

**Accepted by Bombardier Transportation:**

Human Resources Representative Name – Please Print.

Human Resources Representative Signature / Date

Page 3 of 3

**ALSTOM**

Please fill out information and return to HR

| NEW HIRE FORM USA |
|---|

*It is the employee's responsibility to ensure that Bombardier has accurate and up-to-date personal contact information at all times*

*It is mandatory to provide your full and legal name due to benefits and payroll purposes.*

| Form of add. | Last name | First name |
|---|---|---|
| Select | SN BAPTISTE | MURAH |

| Social Security Number | Date of birth (dd/mm/yyyy) | | | Nationality | Gender | Marit |
|---|---|---|---|---|---|---|
| 791-15-60(8) | Select | Select | Selec t | HAITI | MALE | SINGLE |

| Street Address | City | State |
|---|---|---|
| 1311 EAST 70TH STREET | BROOKLYN | NY 11234 |

| Zip Code | Home Area Code & Telephone Number | Cell Phone Area Code & Number ( |
|---|---|---|
| 11234 | 786-714 8363 | 786-714 8363 |

| Personal email address (Blue Collar only) | |
|---|---|

| Emergency Contact | Last name | First name |
|---|---|---|
| | S SAMUEL | MAGARET |
| Emergency contact relationship | FAMILY | |
| Telephone number | 347 596 7843 | |

**Payslip option**
Yes: You will need to ask the HR team for your access to HRConnect My personal Data. (HRteam@transport.bomb com)
No: You will receive a paper copy.

I wish to receive my payslip on line          ☒ Yes   ☐ No

| COMMENTS |
|---|
| |

Initial

lal status

e

(optional)

ardier.

## SECURITY QUESTIONS

HR Shared Services Organization (internal division within Bombardier HR) manages your employment information in a clo: access-controlled environment where only HR related employees have access to maintain the data and where we, as an C ensure your personal and sensitive information will not be shared with anybody outside of Human Resources and will be a only when it is needed to make any correction.

For the purpose of security, the security questions will be your identification when you request a change to some of your p details or personal information like a confirmation of employment, through the call center. The person who attends your cal ask your security questions before processing your request.

Please choose and answer ONLY THREE of the questions listed below:

1  What is your pet's name?  _____

2  What is your mother's maiden name?  _____

3  What city where you born in?  _____

4  In what city was your first job?  _____

5  What is the name of your favorite childhood friend?  _____

6  In what city did you meet your spouse/significant other?  _____

7  What was your childhood nickname?  _____

8  What is the name of your first school?  _____

## BANK DETAILS

"ANYONE WHO DOESN'T SUPPLY DETAILS FROM THE BANK, OR A CANCELLED CI WILL RECEIVE A PHYSICAL CHECK, WHICH WILL BE MAILED TO THE ADDRESS PR IN THE NEW HIRE DOCUMENTS".

TO BE COMPLETED BY EMPLOYEE – DIRECT DEPOSIT INFORMATION

A VOIDED CHECK MUST BE ATTACHED TO THIS FORM IN ORDER TO PROCESS DIRECT DEPOSIT.

Attach voided check

sed and
Organization
ccessed

ersonal
ll should.

HECK,
OVIDED



**Account 1**    Checking ☒    Savings ☐

    Bank Name        BANK OF AMERICA

    Bank Address      USA

    Account number   2290 5546 8245

    Transit Routing    063100277

    Deposit Amount
    Indicate dollar amount or
    all

**Account 2**    Checking ☐    Savings ☐

    Bank Name

    Bank Address

    Account number   N/A

    Transit Routing

    Deposit Amount
    Indicate dollar amount or
    all

I understand that I am responsible for the verification of all my account numbers. In addition, I realize that my signature au
Bombardier to set up a direct deposit and also gives authorization for reversing these deposits if any unforeseen error occt
understand that when I initiate or make any changes to my direct deposit or if I opt to cancel my direct deposit it will take 2
cycles to become effective.

Signature  MURAH JN BAPTISTE          Date (mm/dd/yyyy) 01/03/2023

| TO BE COMPLETED BY EMPLOYEE (US Government reporting requirements) |
| --- |

**Ethnicity / Race**

thorizes
urs, I
payroll

The Company is subject to certain governmental recordkeeping and reporting requirements for the administration of civil ri[...] and regulations. In order to comply with these laws, the Company invites employees to voluntarily self-identify their race o[...] Submission of this information is voluntary and refusal to provide it will not subject you to any adverse treatment. The infor[...] obtained will be kept confidential and may only be used in accordance with the provisions of applicable laws, executive ord[...] regulations, including those that require the information to be summarized and reported to the federal government for civil [...] enforcement. When reported, data will not identify any specific individual, but will be in the form of aggregate data.

It is the continuing policy of the Company to provide equal opportunity in employment, development and advancement for [...] persons without regard to age, ancestry, color, domestic partner status, gender identity or expression, HIV status, marital s[...] medical condition, national origin, disability status, race, religion, sex, sexual orientation, protected veteran status, or any o[...] characteristic protected by Federal, State, or Local Laws. This policy applies to every aspect of employment, including, bu[...] to hiring, advancement, transfer, demotion, lay-off, termination, compensation, benefits, training and working conditions. It [...] Company policy to provide equal benefits to employees with spouses and employees with domestic partners.

Is your ethnicity Hispanic or Latino? (Person of Cuban, Mexican, Puerto Rican, South or Central American, or other Sp[...] culture or origin regardless of race.

**Yes - No further identification is required**

**No - If your ethnicity is NOT Hispanic or Latino, please self-identify from the following race categories:**

☐ White (Not Hispanic or Latino) – Origins in any of the original peoples of Europe, the Middle East, or North Africa

☒ Black or African American (Not Hispanic or Latino) – Origins in any of the black racial groups of Africa.

Native Hawaiian or Other Pacific Islander (Not Hispanic or Latino) – Origins in any of the peoples of Hawaii, Guam, S[...] Other Pacific Islands.

American Indian or Alaska Native (Not Hispanic or Latino) – Origins in any of the original peoples of North & South A[...] (including Central America), and who maintain tribal affiliation or community attachment.

☐ Asian (Not Hispanic or Latino) – Origins in any original peoples of the Far East, Southeast Asia, or the Indian Subcor[...] including, for example, Cambodia, China, India, Japan, Korea, Malaysia, Pakistan, the Philippine Islands, Thailand, [...] Vietnam.

☐ Two or More Races (Not Hispanic or Latino) – Identifies with more than one of the above five races.

**Resident Status**

☐ Citizen

☐ Non-Citizen

☐ Non-Resident Alien

| MURAH IN BAPTISTE | MURAH IN BAPTISTE | 01/03/2023 |
|---|---|---|
| Employee's name | Employee's signature | Date (mm/dd/yyyy) |

**VETERAN STATUS – INVITATION TO SELF-IDENTIFY**

ghts laws
r ethnicity.
rmation
lers, and.
rights

all qualified
tatus,
ther
t not limited
; is also

anish

Samoa, or

merica

itinent,
ind



Bombardier Transportation is a Government contractor subject to the Vietnam Era Veterans' Readjustment As
Act of 1974, as amended by the Jobs for Veterans Act of 2002, 38 U.S.C. 4212 (VEVRAA), which requires Go
contractors to take affirmative action to employ and advance in employment: (1) disabled veterans; (2) recently
separated veterans; (3) active duty wartime or campaign badge veterans; and (4) Armed Forces service meda

As a Government contractor subject to VEVRAA, we are required to submit a report to the United States Depa
Labor each year identifying the number of our employees belonging to each specified "protected veteran" cate
you believe you belong to any of the categories of protected veterans, please indicate by checking the appropi
(choose all that apply).

☐ **DISABLED VETERAN**
A veteran of the US military, ground, naval or air service who is entitled to compensation (or who but for the receipt o
retired pay would be entitled to compensation) under laws administered by the Department of Veterans Affairs; or a p
was discharged or released from active duty because of a service-connected disability.

☐ **RECENTLY SEPARATED VETERAN**
A veteran during the three year period, beginning on the date of such veteran's discharge or release from active duty
military, ground, naval or air service.

☐ **ACTIVE DUTY WARTIME OR CAMPAIGN BADGE VETERAN**
A veteran who served on active duty in the U.S. military, ground, naval or air service during a war, or in a campaign c
expedition for which a campaign badge has been authorized under the laws administered by the Department of Defe

☐ **ARMED FORCES SERVICE MEDAL VETERAN**
A veteran who, while serving on active duty in the US military, ground, naval or air service, participated in a US milita
for which an Armed Forces service medal was awarded pursuant to Executive Order 19285.

I am a protected veteran, but I choose not to self-identify the classifications to which I belong.

I am NOT a protected veteran.

If you are a disabled veteran, it would assist us if you tell us whether there are accommodations we could mak
would enable you to perform the essential functions of the job, including special equipment, changes in the ph
layout of the job, changes in the way the job is customarily performed, provision of personal assistance service
accommodations. This information will assist us in making reasonable accommodations for your disability.

Submission of this information is voluntary and refusal to provide it will not subject you to any adverse treatmei
information provided will be used only in ways that are not inconsistent with the Vietnam Era Veterans' Readju
Assistance Act of 1974, as amended.

The information you submit will be kept confidential, except that (i) supervisors and managers may be informei
regarding restrictions on the work or duties of disabled veterans, and regarding necessary accommodations; (i
and safety personnel may be informed, when and to the extent appropriate, if you have a condition that might i
emergency treatment; and (iii) Government officials engaged in enforcing laws administered by the Office of Fi
Contract Compliance Programs, or enforcing the Americans with Disabilities Act, may be informed.

Employee's name            Employee's signature            Date (mm/dd/yyyy

sistance
vernment
y
l veterans.

rtment of
gory. If
riate box

f military
erson who

in the US

or
nse.

ry operation

e that
ysical
es or other

nt. The
stment

d.
i) first aid
require
ederal

)



**Employment Eligibility Verification**

**Department of Homeland Security**

U.S. Citizenship and Immigration Services

**USCIS**
**Form I-9**
OMB No. 1615-0047
Expires 10/31/2022

▶ **START HERE:** Read instructions carefully before completing this form. The instructions must be available, either in paper or electronically, during completion of this form. Employers are liable for errors in the completion of this form.

**ANTI-DISCRIMINATION NOTICE:** It is illegal to discriminate against work-authorized individuals. Employers **CANNOT** specify which document(s) an employee may present to establish employment authorization and identity. The refusal to hire or continue to employ an individual because the documentation presented has a future expiration date may also constitute illegal discrimination.

### Section 1. Employee Information and Attestation (Employees must complete and sign Section 1 of Form I-9 no later than the first day of employment, but not before accepting a job offer.)

| Last Name (Family Name) | First Name (Given Name) | Middle Initial | Other Last Names Used (if any) |
|---|---|---|---|
| JN BAPTISTE | MURAH | | |

| Address (Street Number and Name) | Apt. Number | City or Town | State | ZIP Code |
|---|---|---|---|---|
| 1311 EAST 70TH STREET | 2 | BROOKLYN | NY | 11234 |

| Date of Birth (mm/dd/yyyy) | U.S. Social Security Number | Employee's E-mail Address | Employee's Telephone Number |
|---|---|---|---|
| 01/16/1984 | 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 | murahjeanbaptiste@gmail.com | 786 714 8363 |

I am aware that federal law provides for imprisonment and/or fines for false statements or use of false documents in connection with the completion of this form.

I attest, under penalty of perjury, that I am (check one of the following boxes):

☐ 1. A citizen of the United States

☐ 2. A noncitizen national of the United States (See instructions)

☐ 3. A lawful permanent resident    (Alien Registration Number/USCIS Number): _____

☒ 4. An alien authorized to work    until (expiration date, if applicable, mm/dd/yyyy): EXTENTION 580 DAYS
   Some aliens may write "N/A" in the expiration date field. (See instructions)

*Aliens authorized to work must provide only one of the following document numbers to complete Form I-9:*
*An Alien Registration Number/USCIS Number OR Form I-94 Admission Number OR Foreign Passport Number.*

QR Code - Section 1
Do Not Write In This Space

1. Alien Registration Number/USCIS Number: A208922950
   **OR**
2. Form I-94 Admission Number: _____
   **OR**
3. Foreign Passport Number: _____

   Country of Issuance: _____

| Signature of Employee | Today's Date (mm/dd/yyyy) |
|---|---|
| MURAH JN BAPTISTE | 01/03/2023 |

### Preparer and/or Translator Certification (check one):

☒ I did not use a preparer or translator.    ☐ A preparer(s) and/or translator(s) assisted the employee in completing Section 1.
(Fields below must be completed and signed when preparers and/or translators assist an employee in completing Section 1.)

I attest, under penalty of perjury, that I have assisted in the completion of Section 1 of this form and that to the best of my knowledge the information is true and correct.

| Signature of Preparer or Translator | Today's Date (mm/dd/yyyy) |
|---|---|
| | |

| Last Name (Family Name) | First Name (Given Name) |
|---|---|
| | |

| Address (Street Number and Name) | City or Town | State | ZIP Code |
|---|---|---|---|
| | | | |

 *Employer Completes Next Page*

Form I-9  10/21/2019

Page 1 of 3



## Employment Eligibility Verification
### Department of Homeland Security
U.S. Citizenship and Immigration Services

**USCIS**
**Form I-9**
OMB No. 1615-0047
Expires 10/31/2022

### Section 2. Employer or Authorized Representative Review and Verification
*(Employers or their authorized representative must complete and sign Section 2 within 3 business days of the employee's first day of employment. You must physically examine one document from List A OR a combination of one document from List B and one document from List C as listed on the "Lists of Acceptable Documents.")*

| Employee Info from Section 1 | Last Name *(Family Name)* | First Name *(Given Name)* | M.I. | Citizenship/Immigration Status |
|---|---|---|---|---|
| | JN BAPTISTE | MURAH | | ALIEN |

| List A<br>Identity and Employment Authorization | OR | List B<br>Identity | AND | List C<br>Employment Authorization |
|---|---|---|---|---|
| Document Title | | Document Title | | Document Title |
| Issuing Authority | | Issuing Authority | | Issuing Authority |
| Document Number | | Document Number | | Document Number |
| Expiration Date *(if any) (mm/dd/yyyy)* | | Expiration Date *(if any) (mm/dd/yyyy)* | | Expiration Date *(if any) (mm/dd/yyyy)* |
| Document Title | | | | |
| Issuing Authority | | Additional Information | | QR Code - Sections 2 & 3<br>Do Not Write In This Space |
| Document Number | | | | |
| Expiration Date *(if any) (mm/dd/yyyy)* | | | | |
| Document Title | | | | |
| Issuing Authority | | | | |
| Document Number | | | | |
| Expiration Date *(if any) (mm/dd/yyyy)* | | | | |

**Certification:** I attest, under penalty of perjury, that (1) I have examined the document(s) presented by the above-named employee, (2) the above-listed document(s) appear to be genuine and to relate to the employee named, and (3) to the best of my knowledge the employee is authorized to work in the United States.

**The employee's first day of employment *(mm/dd/yyyy)*:** _____ *(See instructions for exemptions)*

| Signature of Employer or Authorized Representative | Today's Date *(mm/dd/yyyy)* | Title of Employer or Authorized Representative |
|---|---|---|
| Last Name of Employer or Authorized Representative | First Name of Employer or Authorized Representative | Employer's Business or Organization Name |
| Employer's Business or Organization Address *(Street Number and Name)* | City or Town | State / ZIP Code |

### Section 3. Reverification and Rehires *(To be completed and signed by employer or authorized representative.)*

| A. New Name *(if applicable)* | | | B. Date of Rehire *(if applicable)* |
|---|---|---|---|
| Last Name *(Family Name)* | First Name *(Given Name)* | Middle Initial | Date *(mm/dd/yyyy)* |

**C.** If the employee's previous grant of employment authorization has expired, provide the information for the document or receipt that establishes continuing employment authorization in the space provided below.

| Document Title | Document Number | Expiration Date *(if any) (mm/dd/yyyy)* |
|---|---|---|

I attest, under penalty of perjury, that to the best of my knowledge, this employee is authorized to work in the United States, and if the employee presented document(s), the document(s) I have examined appear to be genuine and to relate to the individual.

| Signature of Employer or Authorized Representative | Today's Date *(mm/dd/yyyy)* | Name of Employer or Authorized Representative |
|---|---|---|

Form I-9 10/21/2019

Page 2 of 3

## LISTS OF ACCEPTABLE DOCUMENTS
## All documents must be UNEXPIRED

Employees may present one selection from List A
or a combination of one selection from List B and one selection from List C.

| LIST A<br><br>Documents that Establish Both Identity and Employment Authorization | | LIST B<br><br>Documents that Establish Identity | LIST C<br><br>Documents that Establish Employment Authorization |
|---|---|---|---|
| **1.** U.S. Passport or U.S. Passport Card<br><br>**2.** Permanent Resident Card or Alien Registration Receipt Card (Form I-551)<br><br>**3.** Foreign passport that contains a temporary I-551 stamp or temporary I-551 printed notation on a machine-readable immigrant visa<br><br>**4.** Employment Authorization Document that contains a photograph (Form I-766)<br><br>**5.** For a nonimmigrant alien authorized to work for a specific employer because of his or her status:<br>a. Foreign passport; and<br>b. Form I-94 or Form I-94A that has the following:<br>(1) The same name as the passport; and<br>(2) An endorsement of the alien's nonimmigrant status as long as that period of endorsement has not yet expired and the proposed employment is not in conflict with any restrictions or limitations identified on the form.<br><br>**6.** Passport from the Federated States of Micronesia (FSM) or the Republic of the Marshall Islands (RMI) with Form I-94 or Form I-94A indicating nonimmigrant admission under the Compact of Free Association Between the United States and the FSM or RMI | **OR** | **1.** Driver's license or ID card issued by a State or outlying possession of the United States provided it contains a photograph or information such as name, date of birth, gender, height, eye color, and address<br><br>**2.** ID card issued by federal, state or local government agencies or entities, provided it contains a photograph or information such as name, date of birth, gender, height, eye color, and address<br><br>**3.** School ID card with a photograph<br><br>**4.** Voter's registration card<br><br>**5.** U.S. Military card or draft record<br><br>**6.** Military dependent's ID card<br><br>**7.** U.S. Coast Guard Merchant Mariner Card<br><br>**8.** Native American tribal document<br><br>**9.** Driver's license issued by a Canadian government authority<br><br>**For persons under age 18 who are unable to present a document listed above:**<br><br>**10.** School record or report card<br><br>**11.** Clinic, doctor, or hospital record<br><br>**12.** Day-care or nursery school record | **1.** A Social Security Account Number card, unless the card includes one of the following restrictions:<br>(1) NOT VALID FOR EMPLOYMENT<br>(2) VALID FOR WORK ONLY WITH INS AUTHORIZATION<br>(3) VALID FOR WORK ONLY WITH DHS AUTHORIZATION<br><br>**2.** Certification of report of birth issued by the Department of State (Forms DS-1350, FS-545, FS-240)<br><br>**3.** Original or certified copy of birth certificate issued by a State, county, municipal authority, or territory of the United States bearing an official seal<br><br>**4.** Native American tribal document<br><br>**5.** U.S. Citizen ID Card (Form I-197)<br><br>**6.** Identification Card for Use of Resident Citizen in the United States (Form I-179)<br><br>**7.** Employment authorization document issued by the Department of Homeland Security |

(Note: AND appears under List B header)

**Examples of many of these documents appear in the Handbook for Employers (M-274).**

**Refer to the instructions for more information about acceptable receipts.**

the principles of conflicts of laws.  Any action or proceeding arising out of or relating to this Agreement shall be commenced by Employee and may be commenced by the Company in the United States District Court for the Western District of Pennsylvania or the Court of Common Pleas of Allegheny County, Pennsylvania, and Employee hereby irrevocably agrees that all claims in respect of any such action or proceeding may be heard and determined in either court. Employee and the Company acknowledge that the forums designated herein present the most convenient forums for both parties.  In an action commenced in either of these courts, the Company and Employee waive any objections to inconvenience of forum, venue and personal jurisdiction of the Court.

18.    *Entire Agreement.*  This Agreement represents the entire agreement of the parties and supersedes, as of the date hereof, any prior agreement between the parties relating to the matters addressed herein.  No waiver or amendment of this Agreement shall be valid unless in writing and signed by an authorized representative of the Company.

**EMPLOYEE ACKNOWLEDGES THAT: EMPLOYEE HAS READ AND UNDERSTANDS THE PROVISIONS OF THIS AGREEMENT; EMPLOYEE HAS HAD THE OPPORTUNITY TO CONSULT WITH COUNSEL OF EMPLOYEE'S CHOOSING; THE PROVISIONS OF THIS AGREEMENT ARE REASONABLE; AND BY ENTERING INTO THIS AGREEMENT EMPLOYEE HAS INDUCED THE COMPANY TO EMPLOY EMPLOYEE AND PROVIDE CONFIDENTIAL INFORMATION TO EMPLOYEE.**

Witness:

_____

_MURAH SN BAPTISTE_
EMPLOYEE
Address: _1311 EAST 70TH STREET_
_BROOKLYN, NY 11234_
Date: _01/03/2023_

BOMBARDIER TRANSPORTATION
(HOLDINGS) USA, INC.

By:_____

Title:_____

Date:_____

Page 6 of 6

# BOMBARDIER

**Form of Acknowledgement on the use of private devices to access the ADP My Data (HRConnect) portal:**

Bombardier Transportation concluded a contract with the service provider ADP in accordance with European data protection regulations that stipulates the use of personal data and safety requirements regarding the processing of personal data based on the comprehensive European data protection standards.

The access to the ADP portal from private (mobile) devices is carried out at the user's own responsibility and risk. If the device is infected, third parties may intercept your data communication.

Bombardier Transportation has no influence on the safety settings of private devices and, therefore, cannot be held liable.

By providing my personal

- Mobile phone number
- E-mail address (only needed in case no BT user account exists)

to create a user for the ADP "My Data (HRConnect)" portal, I agree with the conditions specified above. I confirm to having received and read the "My Data (HRConnect)_Privacy Statement".

| CPID | | |
|---|---|---|
| Personal Email address | *Example: test.test@gmx.de* | |
| Personal Mobile Phone number | Format: +XXNNNzzzzzzzzzz Where XX = country code, length can vary (e.g. 44 for UK, or 1 for US) NNN = regional (area) code zzz = Phone number without spaces or other special characters, *Example: +44792649210* | |

01/03/2023

**Date**

MURAH JN BAPTISTE                MURAH JN BAPTISTE

**Signature**                **First Name, Last Name (in block capitals)**

b

## CONFIDENTIALITY, NON-COMPETITION
## AND NON-SOLICITATION AGREEMENT

This Confidentiality, Non-Competition and Non-Solicitation Agreement (the "Agreement") is entered into between Bombardier Transportation (Holdings) USA, Inc. (the "Company") and _ALSTOM_ ("Employee").

**WHEREAS**, the Company is engaged in the development, manufacture, sale, installation, operation and service of innovative total transit systems and transportation solutions, specifically rail and pedestrian transportation equipment and systems (the "Business");

**WHEREAS**, the Employee desires to be employed by the Company and the Company desires to employ, Employee, provided that as an express condition of such employment, Employee enters into this Agreement with the Company;

**NOW, THEREFORE**, the parties hereto, intending to be legally bound, and in consideration of the mutual covenants herein contained, agree as follows:

1.    *Duties.* During Employee's period of employment with the Company, Employee will devote Employee's best efforts to the interests of the Company and will not engage in other employment or in any activities determined by the Company to be detrimental to the best interest of the Company. Employee will not without the prior written consent of the Company engage in any employment or participate in, directly or indirectly, or derive any financial benefits whatever, whether as an officer, director, employee, partner, or consultant, from any profit or non-profit business which engages in competition with the Company.

2.    *Termination/At-Will Employment.* Nothing in this Agreement alters the at-will employment relationship between Employee and the Company, nor represents any guarantee or assurance of continued employment. The Company shall have the right to terminate Employee for any reason (not prohibited by law), at any time, with or without notice or cause.

3.    *Consideration.* In consideration of Employee's employment by the Company, the Company's disclosure of trade secrets and confidential information to Employee, and the Company's provision of compensation and benefits to Employee, Employee agrees to be bound by the terms and conditions of this Agreement.

4.    *Employee Representation/Warranty.* Employee represents that Employee is not a party to any agreement with a third party, or limited by a court order, containing a non-competition provision or other restriction which would preclude or limit Employee's employment with the Company or any of the services which Employee will provide on the Company's behalf. Employee further represents that Employee either does not have or shall not use confidential, proprietary, or trade-secret information of a former employer, not affiliated with the Company, in the performance of Employee's job duties.

5.    *Acknowledgments.* Employee recognizes and acknowledges that:

(a)    in the course of Employee's employment with the Company, Employee will acquire confidential and proprietary information and/or trade secrets of the Company, including, by way of illustration but not limitation, Company information regarding: inventions; processes; formulas; drawings; systems; computer programs; engineering data; plans; programs; studies; techniques; new products and services; processes or service plans; procedures for internal management and effective operation of

Page 1 of 6

the Company's business; the Company's standard operating procedures; business methods or practices; training and training programs and manuals; strategies; proposals; research and development data and information; improvements; enhancements; system documentation; Company databases; marketing and business plans and strategies; projections; bids; business opportunities; pricing information; invoices; sales history; client and customer contacts, correspondence and preferences; orders; contracts; mailing, telephone and customer or client lists; manufacturing and vendor lists; and Company information concerning costs, profits, markets, marketing, sales, personnel, finances, pricing policies and pricing strategy, sources of supply, identity of key purchasing personnel in the employ of customers, suppliers and vendors, margins, operational affairs, business affairs, methods and other information designated as confidential by the Company or deemed by law to be confidential or proprietary information, which is of value to the Company and not generally known by the Company's competitors (collectively "Confidential Information");

(b)    the Confidential Information is the sole property of the Company, its parent, subsidiary and/or affiliate companies;

(c)    the Company is engaged in a business that is extremely sensitive to the misuse of Confidential Information and highly competitive;

(d)    the use, misappropriation or disclosure of Confidential Information would constitute a breach of trust and would cause irreparable harm to the Company;

(e)    particularly in view of Employee's access to Confidential Information, Employee's services are special, unique and extraordinary;

(f)    it is essential for the protection of the Company's goodwill and to the maintenance of the Company's competitive position that Confidential Information be kept secret and that Employee not disclose Confidential Information to others, except in connection with Employee's work with the Company, or use the Confidential Information to Employee's own advantage or to the advantage of others; and

(g)    Employee has knowledge and experience in other businesses that will enable Employee to obtain satisfactory employment if injunctive relief is granted to enforce Employee's obligations under this Agreement and enforcement of this Agreement will not prevent Employee from earning a livelihood.

Employee further recognizes and acknowledges that: the Company has invested substantial time, effort and expense in compiling its Confidential Information, establishing and maintaining valuable customer relationships and goodwill associated with the Company's ongoing business within the geographic locations within which the Company does business, trades and/or markets its products and services and in assembling its present employees; and, Employee's association with the Company will allow Employee to have a level of access to, contact with and knowledge of the Company's products, customers and prospective customers that Employee would not otherwise have had. Accordingly, in order to protect the confidentiality of the Company's Confidential Information, the valuable customer relationships and goodwill established by the Company and the stability of the Company's workforce, it is essential for the proper protection of the business of the Company that Employee be restrained as set forth in this Agreement.

6.    *Non-Disclosure of Confidential Information.* Employee agrees to hold and safeguard the Confidential Information in trust for the Company, its successors and assigns, and agrees that Employee shall not, without the prior written consent of the Company, misappropriate, use, disclose or make available to anyone for use outside of the Company's organization at any time either during Employee's employment with the Company or subsequent to the termination of Employee's employment with the Company for any reason, including

Page 2 of 6

without limitation, termination by the Company for cause or without cause, any Confidential Information, except as required in the performance of Employee's duties to the Company.

7.     *Company Documents and Return of Information.* Employee agrees and acknowledges that Employee holds as the Company's property all memoranda, books, papers, letters, electronic information, and other data, including duplicates, relating to the Company's business and affairs ("Company Documents"). Immediately upon termination of Employee's employment with the Company, for whatever reason, or upon request of the Company, Employee agrees to return and surrender to the Company all Company Documents, including but not limited to, Confidential Information and any other information pertaining to the Company's business, including but not limited to, any customer information, any pricing information, computer files or disks, computers, correspondence, letters, notes (whether made by Employee or not), books, manuals, records, correspondence, drawings, software, and program discs, in any way relating to the business, customers or affairs of the Company, including any and all copies of the foregoing information, and any and all other things relating to the business of the Company. This includes any and all electronic or computer records and data and all Company Documents created or used by Employee or otherwise coming into Employee's possession in connection with the performance of Employee's job duties.

8.     *Restrictions on Competition.* Employee covenants and agrees that during the period of Employee's employment with the Company, Employee shall not engage in any activity which is directly or indirectly competitive with the Business of the Company. Employee covenants and agrees that for a period of one (1) year following the termination of Employee's employment for any reason, including, without limitation, termination by the Company for cause or without cause (the "Non-Compete Period"), Employee shall not, in the States of New York, New Jersey, and Connecticut, engage, directly or indirectly, whether as principal, agent, officer, director, employee, consultant, or managing shareholder, in any business:

> (i) engaged in the sale, design, installation, integration, operation, testing, research, development, engineering, manufacture, construction, and/or maintenance of automated people movers; automated people mover systems; monorails; monorail systems; light- or heavy- rail transit; light- or heavy- rail transit systems; rail cars; rail car systems; propulsion transit; and/or propulsion transit systems; and/or

> (ii) engaged in the sale, design, installation, integration, operation, testing, research, development, engineering, manufacture, construction, and/or maintenance of any other product or service of the Company, offered within the last (12) months prior to the end of Employee's employment with the Company, and/or, which the Company has in process over the last (12) months prior to the end of Employee's employment with the Company to be offered in the future;

and where Employee will be engaged in the management, sale, design, installation, strategy, integration, operation, testing, research, development, engineering, manufacture, construction, and/or maintenance of a product, or the provision of a service, which is the same as or similar to any product or service of the Company and during employment with the Company, Employee was privy to, given access to, or learned, Company Confidential Information about the Company's management, design, strategy, sale, installation, integration, engineering, operation, testing, research, development, construction, manufacture, and/or maintenance of the Company's product or the Company's provision of that service and/or was involved in maintaining the Company's customer relationships or goodwill.

Employee agrees that this restriction is reasonable and necessary to protect the Company's business advantage and Confidential Information. This Agreement shall not prohibit

an ownership interest as an inactive investor, which for purposes of this Agreement shall mean the beneficial ownership of less than one (1) percent of the outstanding shares of any series or class of securities of any competitor of the Company, which shares are publicly traded in the securities markets.

9.    *Non-Solicitation of Customers.*  Employee agrees that for a period of one (1) year following the termination of Employee's employment with the Company for any reason, including without limitation termination for cause or without cause, Employee shall not, directly or indirectly, solicit the business of, or do business with:

(i) any customer that Employee approached, solicited or accepted business from on behalf of the Company within the one (1) year period preceding Employee's separation from the Company, and/or was provided Confidential Information about while employed by the Company; and

(ii) any prospective customer of the Company who was identified to or by the Employee within the one (1) year period preceding Employee's separation from the Company and/or was provided Confidential Information about while employed by the Company;

for purposes of marketing, selling and/or attempting to market or sell products and services which are the same as or similar to any product or service of the Company offered within the last (12) months prior to the end of Employee's employment with the Company, and/or, which the Company had in process over the last (12) months prior to the end of Employee's employment with the Company to be offered in the future.

10.    *Non-Solicitation of Employees.*  Employee agrees that, during Employee's employment with the Company and for one (1) year following termination of Employee's employment with the Company, including without limitation termination by the Company for cause or without cause, Employee shall not, directly or indirectly, solicit or induce, or attempt to solicit or induce, any officer, manager, supervisor, technician, engineer, or salesperson of the Company who had access to or was privy to the Company's Confidential Information to leave the Company for any reason whatsoever.

11.    *Treatment of Intellectual Property and Assignment of Inventions.*  Without further consideration, Employee will promptly disclose and assign to the Company all right, title and interest in all intellectual property (including but not limited to all inventions, whether or not patentable, Confidential Information, computer programs, copyright works, mask works, trademarks, patents, trade secrets, trademarks, copyrights, works, inventions, improvements, ideas, discoveries, software and other works of authorship), whether or not patentable or otherwise protectable, conceived, created or made by Employee, either alone or with others, whether or not during normal business hours, during the term of Employee's employment, and pertaining directly or indirectly to the Company's business or any potential extension thereof. The Company in its sole discretion may make changes of any nature whatsoever to such intellectual property.  During the term of Employee's employment and thereafter, without further consideration, Employee will execute all papers and perform all other acts which may be reasonably requested by the Company to vest title in the Company to all such intellectual property or which may be requested by the Company to apply, for, obtain, maintain or enforce any United States or foreign right in any such intellectual property.  Employee understands that any application for protection of intellectual property which Employee may file or which may be filed on Employee's behalf within one year after the end of Employee's employment with the Company and which pertains directly or indirectly to work that Employee performed while employed by the Company shall be presumed to be based upon or arise out of intellectual property that Employee conceived, created or made while Employee was employed by the Company.  Employee agrees that because Employee has no right to use Confidential Information

after the end of employment with the Company, in addition to other rights or remedies that the Company may have, the Company shall have a perpetual, royalty-free, nonexclusive license to fully utilize for any purpose all inventions, computer programs, copyright works, and mask works made, conceived, or authored by Employee, alone or jointly with others, within one (1) year of the termination of Employee's employment with the Company, related to work Employee performed for the Company, and which utilized Confidential Information. No provision of this Agreement is intended to require Employee to assign any rights in an invention for which Employee can prove that no equipment, supplies, facilities, or trade secrets or Confidential Information of the Company was used and was developed entirely on Employee's own time; and which Employee can prove that said invention (a) does not relate to the business of the Company or to the actual or demonstrably anticipated research or development of the Company; and (b) does not result from any work performed by Employee for or by the Company. To the extent compatible with applicable state law, the provisions of this paragraph do not apply to an invention which is required to be assigned by the Corporation to the United States Government.

12.     *Injunctive Relief and Attorney Fees.* Employee acknowledges that irreparable injury to the Company would result if Employee violated the terms of this Agreement and that the Company shall be entitled to injunctive relief, restraining and enjoining Employee from violating the terms of this Agreement, in addition to the other rights and remedies available to the Company. If it should become desirable or necessary for the Company to seek compliance with this Agreement by judicial proceedings and if the Company shall be the prevailing party in any action to enforce the terms of this Agreement or with respect to any asserted or threatened breach by Employee thereof, the Company shall be entitled to recover all court costs, out-of-pocket costs and expenses, including reasonable attorney's fees and expert witness fees, incurred in enforcing or attempting to enforce any of the terms of this Agreement, including any such costs incurred prior to commencement of any action. The periods of the restrictive covenants set forth in Paragraphs 8, 9 and 10, including the Non-Compete Period, shall be extended for a period equal to the duration of any breach of the obligations set forth in those provisions.

13.     *Authorization to Modify Restrictions.* It is the intention of the parties that the provisions of this Agreement shall be enforceable to the fullest extent permissible under applicable law, but that the unenforceability (or modification to conform to such law) of any provision or provisions hereof shall not render unenforceable, or impair, the remaining provisions of this Agreement. If any provision or provisions of this Agreement shall be deemed illegal, invalid or otherwise unenforceable, either in whole or in part, this Agreement shall be deemed amended to delete or modify, as necessary, the offending provision or provisions and to alter the bounds thereof to render it valid and enforceable. Any court enforcing the terms of this Agreement is specifically authorized to modify the non-competition and non-solicitation restrictions contained in this Agreement in order to make it enforceable.

14.     *Binding Agreement.* The obligations of Employee under this Agreement shall continue after the termination of Employee's employment with the Company for any reason, with or without cause, and shall be binding on Employee's heirs, executors, legal representatives and assigns and shall inure to the benefit of any successors and/or assigns of the Company.

15.     *Waiver.* The failure of the Company to enforce any provision of this Agreement shall not in any way be construed as a waiver of any such provision or provisions; nor shall the Company be prevented from thereafter enforcing each and every provision of this Agreement.

16.     *Assignable.* This Agreement shall be freely assignable by the Company in its sole and exclusive discretion and without notice to Employee and Employee consents to the Company assigning this Agreement without notice or further consideration. This Agreement is personal to Employee and may not be assigned by Employee.

17.     *Governing Law and Jurisdiction.* This Agreement shall be interpreted, construed, and governed according to the laws of the Commonwealth of Pennsylvania, without reference to

Page 5 of 6

# ALSTOM

## Code of Ethics

I ___MURAH SN BAPTISTE___ the undersigned,
acknowledge having received a copy of the Code of Ethics of Alstom, having read and
understood all the provisions of the aforesaid Code and I hereby commit myself to understand
and comply with it.

Position: ___VEHICLE TECHNICIAN___

___MURAH SN BAPTISTE___  ___01/03/2023___
Employee Signature  Date

# ALSTOM

## ASSOCIATE BADGE HOLDER AGREEMENT

NAME (please print) _MURAH  SN  BAPTISTE_

Airport Badge # _____    Employee ID # _____

As part of your employment with Paradies Lagardere, you have been issued an airport security ID badge.   Under the airport ordinance associates issued a personal identification badge is responsible for maintaining and wearing the badge according to the airport regulations.  The identification badge that has been assigned to an associate is the property of the Airports Badging Office and <u>must be returned</u> to the airport upon revocation, suspension, ending of employment or upon demand of your immediate supervisor or an airport representative responsible for badge retrieval.

It is vital to airport security that badges are returned immediately upon termination of employment with Paradies Lagardere.

☐        Upon ending of employment, I agree that I will IMMEDIATELY return my security ID badge to my Manager/ company representative or directly to the Airport Badging Office.

☐        I understand that a receipt will be issued to me showing that the badge has been returned to a company representative.

☐        I understand that it is against the law for me to fail to return my security ID badge upon ending of employment.

☐        I acknowledge my understanding of the badging agreement and agree to return my assigned badge as required.

PLEASE NOTE:
In addition, <u>if your badge is lost or stolen, you must IMMEDIATELY report this to the Airport Badging Office and your immediate supervisor.</u>

Signature _MURAH  SN BAPTISTE_    DATE _01/03/2023_

Original to Personnel File

Department of Taxation and Finance

# Employee's Withholding Allowance Certificate

**IT-2104**

New York State • New York City • Yonkers

**2022**

| First name and middle initial | MURAH | Last name | SN BAPTISTE | Your Social Security number 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 |
| --- | --- | --- | --- | --- |

Permanent home address *(number and street or rural route)* 1311 EAST 70TH STREET

Apartment number APT#2

Single or Head of household [X]  Married [ ]
Married, but withhold at higher single rate [ ]

City, village, or post office BROOKLYN    State NY    ZIP code 11234

Note: If married but legally separated, mark an **X** in the *Single or Head of household* box.

Are you a resident of New York City? .......... Yes [X]   No [ ]
Are you a resident of Yonkers? ..................... Yes [ ]   No [X]

**Complete the worksheet on page 4 before making any entries.**

| | | |
| --- | --- | --- |
| 1 Total number of allowances you are claiming for New York State and Yonkers, if applicable *(from line 19)* .......... | 1 | 0 |
| 2 Total number of allowances for New York City *(from line 31)* ................................................................. | 2 | 0 |

**Use lines 3, 4, and 5 below to have additional withholding per pay period under special agreement with your employer.**

| | | |
| --- | --- | --- |
| 3 New York State amount ............................................................................................................... | 3 | 0 |
| 4 New York City amount ................................................................................................................. | 4 | 0 |
| 5 Yonkers amount ......................................................................................................................... | 5 | 0 |

I certify that I am entitled to the number of withholding allowances claimed on this certificate.

| Employee's signature MURAH SN BAPTISTE | Date 01/03/2023 |
| --- | --- |

**Penalty** – A penalty of $500 may be imposed for any false statement you make that decreases the amount of money you have withheld from your wages. You may also be subject to criminal penalties.

**Employee: detach this page and give it to your employer; keep a copy for your records.**

---

**Employer: Keep this certificate with your records.**

Mark an **X** in box A and/or box B to indicate why you are sending a copy of this form to New York State *(see instructions)*:

A  Employee claimed more than 14 exemption allowances for NYS ............ A [ ]

B  Employee is a new hire or a rehire ... B [ ]   First date employee performed services for pay *(mm-dd-yyyy)* *(see instr.)*: [        ]

Are dependent health insurance benefits available for this employee? ............. Yes [ ]   No [ ]

If *Yes*, enter the date the employee qualifies *(mm-dd-yyyy)*: [        ]

| Employer's name and address *(Employer: complete this section only if you are sending a copy of this form to the NYS Tax Department.)* | Employer identification number |
| --- | --- |
| | |

# Instructions

## Important information

The 2021-2022 New York State budget was signed into law on April 19, 2021. Changes to New York State personal income tax have caused withholding tax changes for taxpayers with taxable income:

- more than $2,155,350, and who are married filing jointly or a qualified widow(er);
- more than $1,077,550, and who are single or married filing separately; or
- more than $1,616,450, and who are head of household.

Accordingly, if you previously filed a Form IT-2104 and earn more than the amounts listed above, you should complete a new 2022 Form IT-2104 and give it to your employer.

## Changes effective for 2022

Form IT-2104 has been revised for tax year 2022. The worksheet on page 4 and the charts beginning on page 5, used to compute withholding allowances or to enter an additional dollar amount on line(s) 3, 4, or 5, have been revised. If you previously filed a Form IT-2104 and used the worksheet or charts, you should complete a new 2022 Form IT-2104 and give it to your employer.

## Who should file this form

This certificate, Form IT-2104, is completed by an employee and given to the employer to instruct the employer how much New York State (and New York City and Yonkers) tax to withhold from the employee's pay. The more allowances claimed, the lower the amount of tax withheld.

If the federal Form W-4 you most recently submitted to your employer was for tax year 2019 or earlier, and you did not file Form IT-2104, your employer may use the same number of allowances you claimed on your federal Form W-4. Due to differences in federal and New York State tax law, this may result in the wrong amount of tax withheld for New York State, New York City, and Yonkers.

For tax years 2020 or later, withholding allowances are no longer reported on federal Form W-4. Therefore, if you submit a federal Form W-4 to your employer for tax year 2020 or later, and you do not file Form IT-2104, your employer may use zero as your number of allowances. This may result in the wrong amount of tax withheld for New York State, New York City, and Yonkers.

Complete Form IT-2104 each year and file it with your employer if the number of allowances you may claim is different from federal Form W-4 or

**Page 2 of 8  IT-2104 (2022)**

has changed. Common reasons for completing a new Form IT-2104 each year include the following:

- You started a new job.
- You are no longer a dependent.
- Your individual circumstances may have changed (for example, you were married or have an additional child).
- You moved into or out of NYC or Yonkers.
- You itemize your deductions on your personal income tax return.
- You claim allowances for New York State credits.
- You owed tax or received a large refund when you filed your personal income tax return for the past year.
- Your wages have increased and you expect to earn $107,650 or more during the tax year.
- The total income of you and your spouse has increased to $107,650 or more for the tax year.
- You have significantly more or less income from other sources or from another job.
- You no longer qualify for exemption from withholding.
- You have been advised by the Internal Revenue Service that you are entitled to fewer allowances than claimed on your original federal Form W-4 (submitted to your employer for tax year 2019 or earlier), and the disallowed allowances were claimed on your original Form IT-2104.
- You are a covered employee of an employer that has elected to participate in the Employer Compensation Expense Program.

### Exemption from withholding

You cannot use Form IT-2104 to claim exemption from withholding. To claim exemption from income tax withholding, you must file Form IT-2104-E, *Certificate of Exemption from Withholding*, with your employer. You must file a new certificate each year that you qualify for exemption. This exemption from withholding is allowable only if you had no New York income tax liability in the prior year, you expect none in the current year, and you are over 65 years of age, under 18, or a full-time student under 25. You may also claim exemption from withholding if you are a military spouse and meet the conditions set forth under the Servicemembers Civil Relief Act as amended by the Military Spouses Residency Relief Act and the Veterans Benefits and Transition Act. If you are a dependent who is under 18 or a full-time student, you may owe tax if your income is more than $3,100.

### Withholding allowances

You may not claim a withholding allowance for yourself or, if married, your spouse. Claim the number of withholding allowances you compute in Part 1 and Part 4 of the worksheet on page 4. If you want more tax withheld, you may claim fewer allowances. **If you claim more than 14 allowances, your employer must send a copy of your Form IT-2104 to the New York State Tax Department.** You may then be asked to verify your allowances. If you arrive at negative allowances (less than zero) on lines 1 or 2 and your employer cannot accommodate negative allowances, enter 0 and see *Additional dollar amount(s)* below.

**Income from sources other than wages** – If you have more than $1,000 of income from sources other than wages (such as interest, dividends, or alimony received), reduce the number of allowances claimed on line 1 and line 2 (if applicable) of the IT-2104 certificate by one for each $1,000 of nonwage income. If you arrive at negative allowances (less than zero), see *Withholding allowances* above. You may also consider making estimated tax payments, especially if you have significant amounts of nonwage income. Estimated tax requires that payments be made by the employee directly to the Tax Department on a quarterly basis. For more information, see the instructions for Form IT-2105, *Estimated Tax Payment Voucher for Individuals*, or see *Need help?* on page 7.

**Other credits** (Worksheet line 14) – If you will be eligible to claim any credits other than the credits listed in the worksheet, such as an investment tax credit, you may claim additional allowances.

Find your filing status and your New York adjusted gross income (NYAGI) in the chart below, and divide the amount of the expected credit by the number indicated. Enter the result (rounded to the nearest whole number) on line 14.

| Single and NYAGI is: | Head of household and NYAGI is: | Married and NYAGI is: | Divide amount of expected credit by: |
|---|---|---|---|
| Less than $215,400 | Less than $269,300 | Less than $323,200 | 63 |
| Between $215,400 and $1,077,550 | Between $269,300 and $1,616,450 | Between $323,200 and $2,155,350 | 68 |
| Between $1,077,550 and $5,000,000 | Between $1,616,450 and $5,000,000 | Between $2,155,350 and $5,000,000 | 96 |
| Between $5,000,000 and $25,000,000 | Between $5,000,000 and $25,000,000 | Between $5,000,000 and $25,000,000 | 100 |
| Over $25,000,000 | Over $25,000,000 | Over $25,000,000 | 110 |

**Example:** *You are married and expect your New York adjusted gross income to be less than $323,200. In addition, you expect to receive a flow-through of an investment tax credit from the S corporation of which you are a shareholder. The investment tax credit will be $160. Divide the expected credit by 63. 160/63 = 2.5397. The additional withholding allowance(s) would be 3. Enter 3 on line 14.*

**Married couples with both spouses working** – If you and your spouse both work, you should each file a separate IT-2104 certificate with your respective employers. Your withholding will better match your total tax if the higher wage-earning spouse claims all of the couple's allowances and the lower wage-earning spouse claims zero allowances. Do not claim more total allowances than you are entitled to. If your combined wages are:

- less than $107,650, you should each mark an *X* in the box *Married, but withhold at higher single rate* on the certificate front, and divide the total number of allowances that you compute on line 19 and line 31 (if applicable) between you and your working spouse.
- $107,650 or more, use the chart(s) in Part 5 and enter the additional withholding dollar amount on line 3.

**Taxpayers with more than one job** – If you have more than one job, file a separate IT-2104 certificate with each of your employers. Be sure to claim only the total number of allowances that you are entitled to. Your withholding will better match your total tax if you claim all of your allowances at your higher-paying job and zero allowances at the lower-paying job. In addition, to make sure that you have enough tax withheld, if you are a single taxpayer or head of household with two or more jobs, and your combined wages from all jobs are under $107,650, reduce the number of allowances by seven on line 1 and line 2 (if applicable) on the certificate you file with your higher-paying job employer. If you arrive at negative allowances (less than zero), see *Withholding allowances* above.

If you are a single or a head of household taxpayer, and your combined wages from all of your jobs are between $107,650 and $2,263,265, use the chart(s) in Part 6 and enter the additional withholding dollar amount from the chart on line 3.

If you are a married taxpayer, and your combined wages from all of your jobs are $107,650 or more, use the chart(s) in Part 5 and enter the additional withholding dollar amount from the chart on line 3 (substitute the words *Higher-paying job* for *Higher earner's wages* within the chart).

**Dependents** – If you are a dependent of another taxpayer and expect your income to exceed $3,100, you should reduce your withholding allowances by one for each $1,000 of income over $2,500. This will ensure that your employer withholds enough tax.

Following the above instructions will help to ensure that you will not owe additional tax when you file your return.

**Heads of households with only one job** – If you will use the head-of-household filing status on your state income tax return, mark the *Single or Head of household* box on the front of the certificate. If you have only one job, you may also wish to claim two additional withholding allowances on line 15.

## Additional dollar amount(s)

You may ask your employer to withhold an additional dollar amount each pay period by completing lines 3, 4, and 5 on Form IT-2104. In most instances, if you compute a negative number of allowances and your employer cannot accommodate a negative number, for each negative allowance claimed you should have an additional $1.85 of tax withheld per week for New York State withholding on line 3, and an additional $0.80 of tax withheld per week for New York City withholding on line 4. Yonkers residents should use 16.75% (.1675) of the New York State amount for additional withholding for Yonkers on line 5.

Note: If you are requesting your employer to withhold an additional dollar amount on lines 3, 4, or 5 of this allowance certificate, the additional dollar amount, as determined by these instructions or by using the chart(s) in Part 5 or Part 6, is accurate for a weekly payroll. Therefore, if you are not paid on a weekly basis, you will need to adjust the dollar amount(s) that you compute. For example, if you are paid biweekly, you must double the dollar amount(s) computed.

## Avoid underwithholding

Form IT-2104, together with your employer's withholding tables, is designed to ensure that the correct amount of tax is withheld from your pay. If you fail to have enough tax withheld during the entire year, you may owe a large tax liability when you file your return. The Tax Department must assess interest and may impose penalties in certain situations in addition to the tax liability. Even if you do not file a return, we may determine that you owe personal income tax, and we may assess interest and penalties on the amount of tax that you should have paid during the year.

## Employers

Box A — If you are required to submit a copy of an employee's Form IT-2104 to the Tax Department because the employee claimed more than 14 allowances, mark an X in box A and send a copy of Form IT-2104 to: NYS Tax Department, Income Tax Audit Administrator, Withholding Certificate Coordinator, W A Harriman Campus, Albany NY 12227-0865. If the employee is also a new hire or rehire, see Box B instructions. See Publication 55, *Designated Private Delivery Services*, if not using U.S. Mail.

Due dates for sending certificates received from employees claiming more than 14 allowances are:

| Quarter | Due date | Quarter | Due date |
|---|---|---|---|
| January – March | April 30 | July – September | October 31 |
| April – June | July 31 | October – December | January 31 |

Box B — If you are submitting a copy of this form to comply with New York State's New Hire Reporting Program, mark an X in box B. Enter the first day any services are performed for which the employee will be paid wages, commissions, tips and any other type of compensation. For services based solely on commissions, this is the first day an employee working for commissions is eligible to earn commissions. Also, mark an X in the Yes or No box indicating if dependent health insurance benefits are available to this employee. If Yes, enter the date the employee qualifies for coverage. Mail the completed form, within 20 days of hiring, to: NYS Tax Department, New Hire Notification, PO Box 15119, Albany NY 12212-5119. To report newly-hired or rehired employees online instead of submitting this form, go to *https://www.nynewhire.com.*

*(continued)*

Page 4 of 8   IT-2104 (2022)

## Worksheet
### See the instructions before completing this worksheet.

**Part 1 – Complete this part to compute your withholding allowances for New York State and Yonkers (line 1).**

6  Enter the number of dependents that you will claim on your state return (*do not include yourself or, if married, your spouse*) ..... 6 _____
For lines 7, 8, and 9, enter 1 for each credit you expect to claim on your state return.
7  College tuition credit ................................................................................................................................ 7 _____
8  New York State household credit ............................................................................................................. 8 _____
9  Real property tax credit ........................................................................................................................... 9 _____
For lines 10, 11, and 12, enter 3 for each credit you expect to claim on your state return.
10  Child and dependent care credit .......................................................................................................... 10 _____
11  Earned income credit ............................................................................................................................ 11 _____
12  Empire State child credit ....................................................................................................................... 12 _____
13  New York City school tax credit: If you expect to be a resident of New York City for any part of the tax year, enter 2 ......... 13 _____
14  Other credits *(see instructions)* .......................................................................................................... 14 _____
15  Head of household status and only one job *(enter 2 if the situation applies)* ..................................... 15 _____
16  Enter an estimate of your federal adjustments to income, such as deductible IRA contributions you will make for the
tax year. Total estimate $ _____ . Divide this estimate by $1,000. Drop any fraction and enter the number ..... 16 _____
17  If you expect to be a covered employee of an employer who elected to pay the employer compensation expense tax in
2022, complete Part 3 below and enter the number from line 28 .......................................................... 17 _____
18  If you expect to itemize deductions on your state tax return, complete Part 2 below and enter the number from line 23.
All others enter 0 .................................................................................................................................. 18 _____
19  Add lines 6 through 18. Enter the result here and on line 1. If you have more than one job, or if you and your spouse both
work, see instructions for *Taxpayers with more than one job* or *Married couples with both spouses working.* ............ 19 _____

**Part 2 – Complete this part only if you expect to itemize deductions on your state return.**

20  Enter your estimated NY itemized deductions for the tax year (*see Form IT-196 and its instructions; enter the amount from line 49*) 20 _____
21  Based on your federal filing status, enter the applicable amount from the table below ........................... 21 _____

| ── Standard deduction table ── | | |
|---|---|---|
| Single (cannot be claimed as a dependent) .... $ 8,000 | Qualifying widow(er) ..................................... | $16,050 |
| Single (can be claimed as a dependent) ....... $ 3,100 | Married filing jointly ................................... | $16,050 |
| Head of household ................................... $11,200 | Married filing separate returns.................. | $ 8,000 |

22  Subtract line 21 from line 20 *(if line 21 is larger than line 20, enter 0 here and on line 18 above)* .................... 22 _____
23  Divide line 22 by $1,000. Drop any fraction and enter the result here and on line 18 above ..................... 23 _____

**Part 3 – Complete this part if you expect to be a covered employee of an employer that has elected to participate in the Employer Compensation Expense Program (line 17).**

24  Expected annual wages and compensation from electing employer in 2022 ............................................ 24 _____
25  Line 24 minus $40,000 (if zero or less, stop) ......................................................................................... 25 _____
26  Line 25 multiplied by .05 ......................................................................................................................... 26 _____
27  Line 26 multiplied by .935 ....................................................................................................................... 27 _____
28  Divide line 27 by 65. Drop any fraction and enter the result here and on line 17 above ......................... 28 _____

**Part 4 – Complete this part to compute your withholding allowances for New York City (line 2).**

29  Enter the amount from line 6 above ........................................................................................................ 29 _____
30  Add lines 15 through 18 above and enter total here ............................................................................... 30 _____
31  Add lines 29 and 30. Enter the result here and on line 2 ........................................................................ 31 _____

IT-2104 (2022)   Page 5 of 8

**Part 5** – These charts are only for married couples with both spouses working or married couples with one spouse working more than one job, and whose combined wages are between $107,650 and $2,263,265.

Enter the additional withholding dollar amount on line 3.

The additional dollar amount, as shown below, is accurate for a weekly payroll. If you are not paid on a weekly basis, you will need to adjust these dollar amount(s). For example, if you are paid biweekly, you must double the dollar amount(s) computed.

### Combined wages between $107,650 and $538,749

| Higher earner's wages | $107,650 – $129,249 | $129,250 – $150,749 | $150,750 – $172,289 | $172,300 – $193,849 | $193,850 – $236,949 | $236,950 – $280,099 | $280,100 – $323,199 | $323,200 – $377,099 | $377,100 – $430,949 | $430,950 – $484,899 | $484,900 – $536,749 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $53,800 – $76,299 | $12 | $17 | | | | | | | | | |
| $75,300 – $96,799 | $11 | $18 | $26 | $30 | | | | | | | |
| $96,800 – $118,399 | $7 | $15 | $23 | $32 | $43 | | | | | | |
| $118,400 – $129,249 | $2 | $10 | $17 | $26 | $38 | $36 | | | | | |
| $129,250 – $139,999 | | $4 | $14 | $23 | $35 | $33 | | | | | |
| $140,000 – $150,749 | | $2 | $10 | $19 | $32 | $33 | $29 | | | | |
| $150,750 – $161,549 | | | $4 | $16 | $28 | $33 | $26 | | | | |
| $161,550 – $172,499 | | | $2 | $11 | $24 | $30 | $26 | $25 | | | |
| $172,500 – $193,849 | | | | $4 | $17 | $24 | $24 | $38 | $52 | | |
| $193,850 – $236,949 | | | | | $5 | $12 | $19 | $37 | $50 | $51 | |
| $236,950 – $280,099 | | | | | | $5 | $12 | $42 | $69 | $53 | $56 |
| $280,100 – $323,199 | | | | | | | $5 | $36 | $66 | $84 | $67 |
| $323,200 – $377,099 | | | | | | | | $16 | $37 | $49 | $46 |
| $377,100 – $430,949 | | | | | | | | | $8 | $20 | $31 |
| $430,950 – $484,899 | | | | | | | | | | $8 | $20 |
| $484,900 – $538,749 | | | | | | | | | | | $8 |

### Combined wages between $538,750 and $1,185,399

| Higher earner's wages | $538,750 – $592,649 | $592,650 – $646,499 | $646,500 – $700,399 | $700,400 – $754,299 | $754,300 – $808,199 | $808,200 – $862,049 | $862,050 – $915,949 | $915,950 – $969,899 | $969,900 – $1,023,749 | $1,023,750 – $1,077,549 | $1,077,550 – $1,131,499 | $1,131,500 – $1,185,399 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $236,950 – $280,099 | $69 | | | | | | | | | | | |
| $280,100 – $323,199 | $62 | $55 | | | | | | | | | | |
| $323,200 – $377,099 | $39 | $46 | $52 | $34 | | | | | | | | |
| $377,100 – $430,949 | $28 | $22 | $28 | $35 | $5 | $5 | | | | | | |
| $430,950 – $484,899 | $31 | $28 | $22 | $28 | $34 | $5 | $5 | $5 | | | | |
| $484,900 – $538,749 | $20 | $31 | $28 | $22 | $28 | $35 | $6 | $5 | $6 | $5 | | |
| $538,750 – $592,649 | $8 | $20 | $31 | $28 | $22 | $28 | $35 | $5 | $5 | $5 | $3 | $2 |
| $592,650 – $646,499 | | $8 | $20 | $31 | $28 | $22 | $28 | $35 | $5 | $5 | $3 | $2 |
| $646,500 – $700,399 | | | $8 | $20 | $31 | $28 | $22 | $28 | $34 | $5 | $3 | $2 |
| $700,400 – $754,299 | | | | $8 | $20 | $31 | $28 | $22 | $28 | $35 | $3 | $2 |
| $754,300 – $808,199 | | | | | $8 | $20 | $31 | $28 | $22 | $28 | $36 | $2 |
| $808,200 – $862,049 | | | | | | $8 | $20 | $31 | $28 | $22 | $30 | $39 |
| $862,050 – $915,949 | | | | | | | $8 | $20 | $31 | $28 | $24 | $33 |
| $915,950 – $969,899 | | | | | | | | $8 | $20 | $31 | $30 | $27 |
| $969,900 – $1,023,749 | | | | | | | | | $8 | $20 | $33 | $33 |
| $1,023,750 – $1,077,549 | | | | | | | | | | $8 | $21 | $36 |
| $1,077,550 – $1,131,499 | | | | | | | | | | | $9 | $23 |
| $1,131,500 – $1,185,399 | | | | | | | | | | | | $9 |

**Combined wages between $1,185,400 and $1,724,299**

| Higher earner's wages | $1,185,400–$1,239,249 | $1,239,250–$1,293,199 | $1,293,200–$1,347,049 | $1,347,050–$1,400,949 | $1,400,950–$1,454,849 | $1,454,850–$1,508,699 | $1,508,700–$1,562,549 | $1,562,550–$1,616,449 | $1,616,450–$1,670,399 | $1,670,400–$1,724,299 |
|---|---|---|---|---|---|---|---|---|---|---|
| $592,650 – $646,499 | $5 | $8 | | | | | | | | |
| $646,500 – $700,399 | $5 | $8 | $11 | $14 | | | | | | |
| $700,400 – $754,299 | $5 | $8 | $11 | $14 | $17 | $20 | | | | |
| $754,300 – $808,199 | $5 | $8 | $11 | $14 | $17 | $20 | $24 | $27 | | |
| $808,200 – $862,049 | $5 | $8 | $11 | $14 | $17 | $20 | $24 | $27 | $30 | $33 |
| $862,050 – $915,949 | $42 | $8 | $11 | $14 | $17 | $20 | $24 | $27 | $30 | $33 |
| $915,950 – $969,899 | $36 | $45 | $11 | $14 | $17 | $20 | $24 | $27 | $30 | $33 |
| $969,900 – $1,023,749 | $30 | $39 | $48 | $14 | $17 | $20 | $24 | $27 | $30 | $33 |
| $1,023,750 – $1,077,549 | $36 | $35 | $42 | $52 | $17 | $20 | $22 | $25 | $28 | $31 |
| $1,077,550 – $1,131,499 | $38 | $38 | $34 | $44 | $53 | $19 | $22 | $25 | $28 | $31 |
| $1,131,500 – $1,185,399 | $23 | $38 | $38 | $35 | $44 | $53 | $19 | $22 | $25 | $28 |
| $1,185,400 – $1,239,249 | $9 | $23 | $38 | $38 | $35 | $44 | $53 | $19 | $22 | $25 |
| $1,239,250 – $1,293,199 | | $9 | $23 | $38 | $38 | $35 | $44 | $53 | $19 | $22 |
| $1,293,200 – $1,347,049 | | | $9 | $23 | $37 | $38 | $34 | $44 | $53 | $19 |
| $1,347,050 – $1,400,949 | | | | $9 | $23 | $36 | $38 | $35 | $44 | $53 |
| $1,400,950 – $1,454,849 | | | | | $9 | $23 | $38 | $38 | $35 | $44 |
| $1,454,850 – $1,508,699 | | | | | | $9 | $23 | $38 | $30 | $34 |
| $1,508,700 – $1,562,549 | | | | | | | $9 | $23 | $38 | $38 |
| $1,562,550 – $1,616,449 | | | | | | | | $9 | $23 | $36 |
| $1,616,450 – $1,670,399 | | | | | | | | | $9 | $23 |
| $1,670,400 – $1,724,299 | | | | | | | | | | $9 |

**Combined wages between $1,724,300 and $2,263,265**

| Higher earner's wages | $1,724,300–$1,778,149 | $1,778,150–$1,832,049 | $1,832,050–$1,885,949 | $1,885,950–$1,939,799 | $1,939,800–$1,993,699 | $1,993,700–$2,047,599 | $2,047,600–$2,101,499 | $2,101,500–$2,155,349 | $2,155,350–$2,209,299 | $2,209,300–$2,263,265 |
|---|---|---|---|---|---|---|---|---|---|---|
| $862,050 – $915,949 | $36 | $39 | | | | | | | | |
| $915,950 – $969,899 | $36 | $39 | $42 | $45 | | | | | | |
| $969,900 – $1,023,749 | $36 | $39 | $42 | $45 | $48 | $52 | | | | |
| $1,023,750 – $1,077,549 | $36 | $39 | $42 | $45 | $48 | $52 | $55 | $58 | | |
| $1,077,550 – $1,131,499 | $34 | $38 | $41 | $44 | $47 | $50 | $53 | $56 | $1,234 | $1,263 |
| $1,131,500 – $1,185,399 | $31 | $34 | $38 | $41 | $44 | $47 | $50 | $53 | $1,231 | $1,263 |
| $1,185,400 – $1,239,249 | $28 | $31 | $34 | $38 | $41 | $44 | $47 | $50 | $1,228 | $1,260 |
| $1,239,250 – $1,293,199 | $25 | $28 | $31 | $34 | $38 | $41 | $44 | $47 | $1,224 | $1,257 |
| $1,293,200 – $1,347,049 | $22 | $25 | $28 | $31 | $34 | $38 | $41 | $44 | $1,221 | $1,253 |
| $1,347,050 – $1,400,949 | $19 | $22 | $25 | $28 | $31 | $34 | $38 | $41 | $1,218 | $1,250 |
| $1,400,950 – $1,454,849 | $53 | $19 | $22 | $25 | $28 | $31 | $34 | $38 | $1,215 | $1,247 |
| $1,454,850 – $1,508,699 | $44 | $53 | $19 | $22 | $25 | $28 | $31 | $34 | $1,212 | $1,244 |
| $1,508,700 – $1,562,549 | $34 | $44 | $53 | $19 | $22 | $25 | $28 | $31 | $1,209 | $1,241 |
| $1,562,550 – $1,616,449 | $38 | $34 | $44 | $53 | $19 | $22 | $25 | $28 | $1,206 | $1,238 |
| $1,616,450 – $1,670,399 | $37 | $38 | $34 | $44 | $53 | $19 | $22 | $25 | $1,203 | $1,235 |
| $1,670,400 – $1,724,299 | $23 | $38 | $38 | $35 | $44 | $53 | $19 | $22 | $1,200 | $1,232 |
| $1,724,300 – $1,778,149 | $9 | $23 | $38 | $38 | $35 | $44 | $53 | $19 | $1,197 | $1,229 |
| $1,778,150 – $1,832,049 | | $9 | $23 | $38 | $38 | $35 | $44 | $53 | $1,193 | $1,225 |
| $1,832,050 – $1,885,949 | | | $9 | $23 | $38 | $38 | $35 | $44 | $1,228 | $1,222 |
| $1,885,950 – $1,939,799 | | | | $9 | $23 | $38 | $38 | $34 | $1,218 | $1,257 |
| $1,939,800 – $1,993,699 | | | | | $9 | $23 | $38 | $38 | $1,209 | $1,247 |
| $1,993,700 – $2,047,599 | | | | | | $9 | $23 | $38 | $1,212 | $1,238 |
| $2,047,600 – $2,101,499 | | | | | | | $9 | $23 | $1,212 | $1,241 |
| $2,101,500 – $2,155,349 | | | | | | | | $9 | $1,197 | $1,241 |
| $2,155,350 – $2,209,299 | | | | | | | | | $18 | $52 |
| $2,209,300 – $2,263,265 | | | | | | | | | | $18 |

**Note:** These charts do not account for additional withholding in the following instances:
- a married couple with both spouses working, where one spouse's wages are more than $1,131,632 but less than $2,263,265, and the other spouse's wages are also more than $1,131,632 but less than $2,263,265;
- married taxpayers with only one spouse working, and that spouse works more than one job, with wages from each job under $2,263,265, but combined wages from all jobs is over $2,263,265.

If you are in one of these situations and you would like to request an additional dollar amount of withholding from your wages, contact the Tax Department for assistance. (see *Need help?* on page 7.)

Case 1:24-cv-03032-AMD-LB   Document 1   Filed 04/19/24   Page 86 of 116 PageID #: 86

**Part 6** – These charts are only for single taxpayers and head of household taxpayers with more than one job, and whose combined wages are between $107,650 and $2,263,265.

Enter the additional withholding dollar amount on line 3.

The additional dollar amount, as shown below, is accurate for a weekly payroll. If you are not paid on a weekly basis, you will need to adjust these dollar amount(s). For example, if you are paid biweekly, you must double the dollar amount(s) computed.

| Higher wage | | Combined wages between $107,650 and $538,749 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | $107,650 $129,249 | $129,250 $150,749 | $150,750 $172,299 | $172,300 $193,849 | $193,850 $236,949 | $236,950 $280,099 | $280,100 $323,199 | $323,200 $377,099 | $377,100 $430,949 | $430,950 $484,899 | $484,900 $538,749 |
| $53,800 | $75,299 | $12 | $19 | | | | | | | | | |
| $75,300 | $96,799 | $12 | $20 | $28 | $29 | | | | | | | |
| $96,800 | $118,399 | $8 | $16 | $24 | $27 | $29 | | | | | | |
| $118,400 | $129,249 | $2 | $10 | $18 | $21 | $26 | $40 | | | | | |
| $129,250 | $139,999 | | $4 | $14 | $17 | $23 | $46 | | | | | |
| $140,000 | $150,749 | | $2 | $9 | $13 | $19 | $40 | $47 | | | | |
| $150,750 | $161,649 | | | $3 | $9 | $15 | $46 | $48 | $46 | | | |
| $161,550 | $172,499 | | | $1 | $7 | $12 | $46 | $48 | $46 | | | |
| $172,500 | $193,849 | | | | $3 | $10 | $44 | $51 | $49 | $52 | | |
| $193,850 | $236,949 | | | | | $12 | $36 | $53 | $53 | $55 | $45 | |
| $236,950 | $280,099 | | | | | | $10 | $20 | $39 | $31 | $35 | $18 |
| $280,100 | $323,199 | | | | | | | $7 | $18 | $31 | $26 | $32 |
| $323,200 | $377,099 | | | | | | | | $8 | $20 | $31 | $27 |
| $377,100 | $430,949 | | | | | | | | | $8 | $20 | $31 |
| $430,950 | $484,899 | | | | | | | | | | $8 | $20 |
| $484,900 | $538,749 | | | | | | | | | | | $8 |

| Higher wage | | Combined wages between $538,750 and $1,185,399 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | $538,750 $592,649 | $592,650 $646,499 | $646,500 $700,399 | $700,400 $754,299 | $754,300 $808,199 | $808,200 $862,049 | $862,050 $915,949 | $915,950 $969,899 | $969,900 $1,023,749 | $1,023,750 $1,077,549 | $1,077,650 $1,131,499 | $1,131,500 $1,185,399 |
| $236,950 | $280,099 | $11 | | | | | | | | | | | |
| $280,100 | $323,199 | $9 | $8 | | | | | | | | | | |
| $323,200 | $377,099 | $33 | $8 | $8 | $8 | | | | | | | | |
| $377,100 | $430,949 | $27 | $33 | $8 | $8 | $8 | $8 | | | | | | |
| $430,950 | $484,899 | $31 | $27 | $33 | $8 | $9 | $8 | $8 | $8 | | | | |
| $484,900 | $538,749 | $20 | $31 | $27 | $33 | $8 | $8 | $8 | $8 | $8 | $8 | | |
| $538,750 | $592,649 | $8 | $20 | $31 | $27 | $33 | $8 | $8 | $8 | $8 | $8 | $604 | $636 |
| $592,650 | $646,499 | | $8 | $20 | $31 | $27 | $33 | $8 | $8 | $8 | $8 | $604 | $636 |
| $646,500 | $700,399 | | | $8 | $20 | $31 | $27 | $33 | $8 | $8 | $8 | $604 | $636 |
| $700,400 | $754,299 | | | | $8 | $20 | $31 | $27 | $33 | $8 | $8 | $604 | $636 |
| $754,300 | $808,199 | | | | | $8 | $20 | $31 | $27 | $33 | $8 | $604 | $636 |
| $808,200 | $862,049 | | | | | | $8 | $20 | $31 | $27 | $33 | $604 | $636 |
| $862,050 | $915,949 | | | | | | | $8 | $20 | $31 | $27 | $628 | $636 |
| $915,950 | $969,899 | | | | | | | | $8 | $20 | $31 | $623 | $661 |
| $969,900 | $1,023,749 | | | | | | | | | $8 | $20 | $627 | $655 |
| $1,023,750 | $1,077,549 | | | | | | | | | | $8 | $616 | $659 |
| $1,077,650 | $1,131,499 | | | | | | | | | | | $16 | $52 |
| $1,131,500 | $1,185,399 | | | | | | | | | | | | $16 |

(Part 6 continued on page 8)

**Privacy notification**
See our website or Publication 54, *Privacy Notification*.

**Need help?**



Visit our website at *www.tax.ny.gov*
- get information and manage your taxes online
- check for new online services and features

**Telephone assistance**

| | |
|---|---|
| Automated income tax refund status: | 518-457-5149 |
| Personal Income Tax Information Center: | 518-457-5181 |
| To order forms and publications: | 518-457-5431 |
| Text Telephone (TTY) or TDD equipment users | Dial 7-1-1 for the New York Relay Service |

Page 8 of 8   IT-2104 (2022)

### Combined wages between $1,185,400 and $1,724,299

| Higher wage | $1,185,400 $1,239,249 | $1,239,250 $1,293,199 | $1,293,200 $1,347,049 | $1,347,050 $1,400,949 | $1,400,950 $1,454,849 | $1,454,850 $1,500,699 | $1,508,700 $1,562,549 | $1,562,550 $1,616,449 | $1,616,450 $1,670,399 | $1,670,400 $1,724,299 |
|---|---|---|---|---|---|---|---|---|---|---|
| $592,650 – $646,499 | $668 | $700 | | | | | | | | |
| $646,500 – $700,399 | $668 | $700 | $733 | $765 | | | | | | |
| $700,400 – $754,299 | $668 | $700 | $733 | $765 | $797 | $829 | | | | |
| $754,300 – $808,199 | $668 | $700 | $733 | $765 | $797 | $829 | $861 | $893 | | |
| $808,200 – $862,049 | $668 | $700 | $733 | $765 | $797 | $829 | $861 | $893 | $925 | $957 |
| $862,050 – $915,949 | $668 | $700 | $732 | $765 | $797 | $829 | $881 | $893 | $925 | $957 |
| $915,950 – $969,899 | $668 | $700 | $732 | $765 | $797 | $829 | $861 | $893 | $925 | $957 |
| $969,900 – $1,023,749 | $693 | $700 | $733 | $765 | $797 | $829 | $861 | $893 | $925 | $957 |
| $1,023,750 – $1,077,549 | $687 | $725 | $733 | $765 | $797 | $829 | $861 | $893 | $925 | $957 |
| $1,077,550 – $1,131,499 | $95 | $123 | $161 | $169 | $201 | $233 | $265 | $297 | $329 | $361 |
| $1,131,500 – $1,185,399 | $52 | $95 | $123 | $161 | $189 | $201 | $233 | $265 | $297 | $329 |
| $1,185,400 – $1,239,249 | $16 | $52 | $95 | $123 | $161 | $169 | $201 | $233 | $265 | $297 |
| $1,239,250 – $1,293,199 | | $16 | $52 | $95 | $123 | $161 | $169 | $201 | $233 | $265 |
| $1,293,200 – $1,347,049 | | | $16 | $52 | $95 | $123 | $161 | $169 | $201 | $233 |
| $1,347,050 – $1,400,949 | | | | $16 | $52 | $95 | $123 | $161 | $169 | $201 |
| $1,400,950 – $1,454,849 | | | | | $16 | $52 | $95 | $123 | $161 | $169 |
| $1,454,850 – $1,508,699 | | | | | | $16 | $52 | $95 | $123 | $161 |
| $1,508,700 – $1,562,549 | | | | | | | $16 | $52 | $95 | $123 |
| $1,562,550 – $1,616,449 | | | | | | | | $16 | $52 | $95 |
| $1,616,450 – $1,670,399 | | | | | | | | | $16 | $52 |
| $1,670,400 – $1,724,299 | | | | | | | | | | $16 |

### Combined wages between $1,724,300 and $2,263,265

| Higher wage | $1,724,300 $1,778,149 | $1,778,150 $1,832,049 | $1,832,050 $1,885,949 | $1,885,950 $1,939,799 | $1,939,800 $1,993,699 | $1,993,700 $2,047,599 | $2,047,600 $2,101,499 | $2,101,500 $2,155,349 | $2,155,350 $2,209,299 | $2,209,300 $2,263,265 |
|---|---|---|---|---|---|---|---|---|---|---|
| $862,050 – $915,949 | $989 | $1,022 | | | | | | | | |
| $915,950 – $969,899 | $989 | $1,021 | $1,054 | $1,086 | | | | | | |
| $969,900 – $1,023,749 | $989 | $1,022 | $1,054 | $1,088 | $1,118 | $1,150 | | | | |
| $1,023,750 – $1,077,549 | $989 | $1,022 | $1,054 | $1,086 | $1,118 | $1,150 | $1,182 | $1,214 | | |
| $1,077,550 – $1,131,499 | $393 | $426 | $458 | $490 | $522 | $554 | $586 | $618 | $650 | $682 |
| $1,131,500 – $1,185,399 | $361 | $393 | $426 | $458 | $490 | $522 | $554 | $586 | $618 | $650 |
| $1,185,400 – $1,239,249 | $329 | $361 | $393 | $426 | $458 | $490 | $522 | $554 | $586 | $618 |
| $1,239,250 – $1,293,199 | $297 | $329 | $361 | $393 | $426 | $458 | $490 | $522 | $554 | $586 |
| $1,293,200 – $1,347,049 | $265 | $297 | $329 | $361 | $393 | $426 | $458 | $490 | $522 | $554 |
| $1,347,050 – $1,400,949 | $233 | $265 | $297 | $329 | $361 | $393 | $426 | $458 | $490 | $522 |
| $1,400,950 – $1,454,849 | $201 | $233 | $265 | $297 | $329 | $361 | $393 | $425 | $456 | $490 |
| $1,454,850 – $1,508,699 | $169 | $201 | $233 | $265 | $297 | $329 | $361 | $393 | $425 | $458 |
| $1,508,700 – $1,562,549 | $161 | $169 | $201 | $233 | $265 | $297 | $329 | $361 | $393 | $425 |
| $1,562,550 – $1,616,449 | $123 | $161 | $169 | $201 | $233 | $265 | $297 | $329 | $361 | $383 |
| $1,616,450 – $1,670,399 | $95 | $123 | $161 | $169 | $201 | $233 | $265 | $297 | $329 | $361 |
| $1,670,400 – $1,724,299 | $52 | $95 | $123 | $161 | $169 | $201 | $233 | $265 | $297 | $329 |
| $1,724,300 – $1,778,149 | $16 | $52 | $95 | $123 | $161 | $169 | $201 | $233 | $265 | $297 |
| $1,778,150 – $1,832,049 | | $16 | $52 | $95 | $123 | $161 | $169 | $201 | $233 | $265 |
| $1,832,050 – $1,885,949 | | | $16 | $52 | $95 | $123 | $161 | $169 | $201 | $233 |
| $1,885,950 – $1,939,799 | | | | $16 | $52 | $95 | $123 | $161 | $169 | $201 |
| $1,939,800 – $1,993,699 | | | | | $16 | $52 | $95 | $123 | $161 | $169 |
| $1,993,700 – $2,047,599 | | | | | | $16 | $52 | $95 | $123 | $161 |
| $2,047,600 – $2,101,499 | | | | | | | $16 | $52 | $95 | $123 |
| $2,101,500 – $2,155,349 | | | | | | | | $16 | $52 | $95 |
| $2,155,350 – $2,209,299 | | | | | | | | | $16 | $52 |
| $2,209,300 – $2,263,265 | | | | | | | | | | $16 |

**Murah Jn Baptiste** <murahjeanbaptiste@gmail.com>
To: CARTER-MARK Christa <christa.carter-mark@alstomgroup.com>

Mon, Feb 5, 2024 at 3:22 AM

murahjeanbaptiste@gmail.com

Murah JN Baptiste

On Fri, Dec 23, 2022, 7:17 PM CARTER-MARK Christa <christa.carter-mark@alstomgroup.com> wrote:
[Quoted text hidden]

**12 attachments**

 **image001.png**
12K

**image002.png**
2K

**image003.png**
2K

**image004.png**
2K

**image005.png**
2K

**image006.png**
2K

**image002.png**
2K

**image006.png**
2K

 **image001.png**
12K

**image003.png**
2K

**image004.png**
2K

**image005.png**
2K

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>
To: murahjeanbaptiste@gmail.com

Mon, Feb 5, 2024 at 3:22 AM

 **Message blocked**

Your message to **christa.carter-mark@alstomgroup.com** has been blocked.
See technical details below for more information.

The response from the remote server was:

```
550 5.4.1 Recipient address rejected: Access denied. [AM3PEPF0000A798.eurprd04.prod.outlook.com
2024-02-05T08:22:54.067Z 08DC21FF915C2461]
```

Final-Recipient: rfc822; christa.carter-mark@alstomgroup.com
Action: failed
Status: 5.4.1
Remote-MTA: dns; alstomgroup-com.mail.protection.outlook.com. (52.101.73.12,
the server for the domain alstomgroup.com.)
Diagnostic-Code: smtp; 550 5.4.1 Recipient address rejected: Access denied. [AM3PEPF0000A798.eurprd04.
prod.outlook.com 2024-02-05T08:22:54.067Z 08DC21FF915C2461]
Last-Attempt-Date: Mon, 05 Feb 2024 00:22:54 -0800 (PST)

---------- Forwarded message ----------
From: Murah Jn Baptiste <murahjeanbaptiste@gmail.com>
To: CARTER-MARK Christa <christa.carter-mark@alstomgroup.com>
Cc:
Bcc:
Date: Mon, 5 Feb 2024 03:22:38 -0500
Subject: Re: New Hire Package
----- Message truncated -----

 NEW YORK STATE | Division of Human Rights

# Employment Discrimination Complaint Form

## (Includes Licensing, Contract Work, Internships, Volunteer Position, Discrimination by a Union)

### Instructions

1) Please fill out the complaint form, answering all of the questions. If you are filling out the form on a computer, please print it immediately when you are finished. ***You may not be able to save the completed form.*** If possible, please type. If you are filling out the form by hand, please print. ***Please do not write in the margins or on the back of this form.***

**Please note: A delay could occur in the filing and the investigation of your complaint if the form is not filled out properly or if the information you provide is not legible.**

2) Notarization is no longer a requirement for this form. For those not wanting to use a notary, you can complete the declaration section after you fill out the form. The declaration option does not require notarization; you need only fill in the blanks with the date and your location (city, state), and sign the declaration. The oath section is still available, but if you use this option you will need to sign in front of a notary.

3) Attach copies of any documents that you think will help the Division investigate your case (pay stubs, letter of termination, performance evaluations, disciplinary notices, etc.).

4) Return the complaint form to the office closest to you. See below for the list of office locations. You may return the complaint by postal mail or personal delivery. You may also email your complaint to **complaints@dhr.ny.gov** or fax it to (718) 741-8322.

5) Keep a copy of your complaint, and copies of any documents that you attach, for your own records.

6) The completed complaint must be returned to the Division promptly. After the Division accepts your complaint, this form will be sent to the company or person(s) whom you are charging with discrimination.

### Time Limit for Filing

Please note: You must file your complaint within ***one year*** of the most recent act of alleged discrimination. If you were terminated, you must file within one year of the date you were first informed you would be terminated. If you are alleging sexual harassment in the workplace that occurred after 8/12/2020, you may file within three years from the most recent incident.

***If you need further assistance or require an accommodation for a disability, please call one of our offices, make an appointment for a personal meeting or visit our website at www.dhr.ny.gov/complaint. Interpreter services are also available at no cost upon request.***

### NYS Division of Human Rights Offices

**Albany**
Agency Building 1, 2nd Floor
Empire State Plaza
Albany, New York 12220
Telephone No. (518) 474-2705

**Binghamton**
44 Hawley Street, Room 603
Binghamton, New York 13901
Telephone No. (607) 721-8467

**Bronx Central Office**
One Fordham Plaza, 4th Floor
Bronx, NY 10458
Telephone No. (718) 741-8400

**Brooklyn**
55 Hanson Place, Room 304
Brooklyn, New York 11217
Telephone No. (718) 722-2385

**Buffalo**
Main Place Tower
350 Main Street, 10th Floor, Suite 1000B
Buffalo, New York 14202
Telephone No. (716) 847-7632

**Long Island** (Nassau)
50 Clinton Street, Suite 301
Hempstead, New York 11550
Telephone No. (516) 539-6848

**Long Island** (Suffolk)
250 Veterans Memorial Highway,
Suite 2B-49
Hauppauge, New York 11788
Telephone No. (631) 952-6434

**Manhattan**
Adam Clayton Powell Jr. State Off. Bldg.
163 West 125th Street, 4th Floor
New York, New York 10027
Telephone No. (212) 961-8650

**Office of Sexual Harassment Issues/Queens**
55 Hanson Place, Room 900
Brooklyn, New York 11217
Telephone No. (718) 722-2060

**Rochester**
One Monroe Square
259 Monroe Avenue, Suite 308
Rochester, New York 14607
Telephone No. (585) 238-8250

**Syracuse**
John J. Hughes State Office Building
333 E. Washington Street, Room 543
Syracuse, New York 13202
Telephone No. (315) 428-4633

**White Plains**
7-11 South Broadway, Suite 314
White Plains, New York 10601
Telephone No. (914) 989-3120

## What is Covered by the Human Rights Law?

The Division of Human Rights investigates complaints of employment discrimination based on:

**Age** (if you are at least 18 years of age; those under 18 are protected for all other characteristics listed below)

**Arrest Record** (that was resolved in your favor or adjourned in contemplation of dismissal or youthful offender record or sealed conviction record)

**Conviction Record** (only for private employers; against public employers, you must file directly in state court)

**Creed / Religion** (religious membership, belief, practice, or observance, including sabbath or holy day observance, or wearing of attire, clothing or facial hair in accordance with your religion; or discrimination because you do not have a religious belief)

**Disability** (a physical or mental condition; includes denial of reasonable accommodation)

**Victim of Domestic Violence** (you or your child was a victim of domestic violence; including reasonable accommodation in the form of leave time needed because of the domestic violence including medical, psychological, legal or other services, or for safety)

**Familial Status** (if you are pregnant, have a child, or are in the process of obtaining custody of a child, or have a child or children under age 18 in your household)

**Gender Identity or Expression** (actual or perceived gender-related identity, appearance, behavior, expression, or other gender-related characteristic regardless of the sex assigned to that person at birth, including, but not limited to, the status of being transgender; complaints involving the need for accommodation of gender dysphoria or other related medical condition can also be filed under disability)

**Marital Status** (single, married, separated, divorced, widowed)

**Military Status** (including military reserves or being a veteran)

**National Origin** (the country where you or your ancestors were born)

**Predisposing Genetic Characteristics** (information from a genetic test)

**Pregnancy-Related Condition** (a medical condition related to pregnancy or childbirth, including lactation, or denial of reasonable accommodation of such condition)

**Race/Color** (because you are Asian, Black, White, etc.; includes ethnicity; includes traits historically associated with race such as hair texture or hairstyle)

**Retaliation** (if you filed a discrimination case before, were a witness or helped someone else with a discrimination case, or opposed or reported discrimination due to category listed on this page)

**Sex** (because of your gender; includes sexual stereotyping, sexual harassment, pregnancy)

**Sexual Orientation** (heterosexual, homosexual, bisexual, asexual, whether actual or perceived)

**Use of Guide Dog, Hearing Dog, or Service Dog** (use of a professionally trained dog for a disability)

**Relationship or Association** (with a member or members of a protected category(ies) listed above)

The Division investigates complaints only if the discrimination is based on one or more of the above reasons. The Division cannot investigate unfair treatment that does not involve one of these reasons. If you do not see anything in this list that applies to your situation, please contact the Division of Human Rights to speak to a staff member.

**New York State Division of Human Rights**
**Employment Complaint Form**

Although workers, interns and volunteers of all ages are protected, you must be 18 years or older to file a complaint. A parent, guardian or other person having legal authority to act in the minor's interests must file on behalf of a person under the age of 18.

**1. Your contact information:**

First Name _MURAH_    Middle Initial/Name _N/A_

Last Name _ST BAPTISTE_

Street Address/ PO Box _1311 EAST 70/H STREET_    Apt or Floor #: _APT/ 2_

City _BROOKLYN_    State _N Y_    Zip Code _11234_

If you are filing on behalf of another, provide the name of that person: _N/A_    Date of birth: _01/16/1984_    Relationship: ___

**2. Regulated Areas:** Check the area where the discrimination occurred:
(If you wish to file against multiple entities, for example employer and temp agency, please file a separate complaint against each.)

- ☐ Employment *(including paid internship)*
- ☐ Internship *(unpaid)*
- ☐ Contract Work *(independent contractor, or work for a contractor)*
- ☐ Volunteer Position
- ☐ by a Labor Organization
- ☐ Apprentice Training
- ☒ by a Temp or Employment Agency
- ☐ Licensing

**3. You are filing a complaint against:**

Employer, Worksite, Agency or Union Name

_ALSTON. (CAUSE RETALIATION AGAINST ME FROM MV TRANSPORT)_

Street Address/ PO Box

_402, PAN AM ROAD, JAMAICA/QUEENS_

City _QUEENS_    State _N Y_    Zip Code _11130_

Telephone Number:

In what *county or borough* did the violation take place? _KINGS COUNTY_

Individual people who discriminated against you:

Name: _MARCUS_    Title: _SUPERVISOR (MV-T)_

Name: ___    Title: ___

If you need more space, please list them on a separate piece of paper.

**4. Date of alleged discrimination** *(must be within one year of filing):*
The most recent act of discrimination happened on: _01_ _31_ _2023_
          month    day    year

**5. For employment and internships, how many employees does this company have?**
- ☐ 1-14
- ☐ 15-19
- ☐ 20 or more
- ☒ Don't know

1
Complaint

| 6. Are you currently working for this company? | |
|---|---|
| ☐ Yes. Date of hire: <br>    month    day    year | What is your position? |
| ☒ No. Last day of work: _O1_ _J1_ _2023_ <br>    month    day    year | What was your position? *TECHNICIAN M.* |
| ☐ I was never hired. <br> Date of application: _____ _____ _____ <br>    month    day    year | What position did you apply for? |

**7. Basis of alleged discrimination:**

Check **ONLY** the boxes that you believe were the reasons for discrimination, and fill in specifics only for those reasons. Please look at page 2 of "Instructions" for an explanation of each type of discrimination.

| | |
|---|---|
| ☒ **Age:** <br> *39* Date of Birth: *01/16/1984* | ☒ **Familial Status:** |
| ☐ **Arrest Record** *NEVER, NO 9 N/A* | ☐ **Military Status:** *NO a N/A* <br> ☐ Active Duty   ☐ Reserves   ☐ Veteran |
| ☐ **Conviction Record** | ☐ **Marital Status** <br> ☐ Single   ☐ Married   ☐ Separated <br> ☒ Divorced   ☐ Widowed |
| ☐ **Creed/ Religion:** <br> Please specify: _____ | ☒ **National Origin:** <br> Please specify: *HAITI* |
| ☐ **Disability:** <br> Please specify: *NO 9 N/A* | ☐ **Predisposing Genetic Characteristic:** |
| ☐ **Domestic Violence Victim Status** | ☐ **Pregnancy-Related Condition:** <br> Please specify: _____ |
| ☐ **Gender Identity or Expression, Including the Status of Being Transgender** | ☐ **Sexual Orientation:** <br> Please specify: _____ |
| ☒ **Race/Color or Ethnicity:** <br> Please specify: *BLACK* <br> ☐ Trait historically associated with race such as hair texture or hairstyle | ☐ **Sex:** <br> Please specify: *MALE* <br> Specify if the discrimination involved: <br> ☐ Pregnancy   ☐ Sexual Harassment |
| ☐ **Use of Guide Dog, Hearing Dog, or Service Dog** | |

If you believe you were treated differently after you filed or helped someone file a discrimination complaint, participated as a witness to a discrimination complaint, or opposed or reported discrimination due to any category above, check below:

☒ **Retaliation:** How did you oppose discrimination: *BECAUSE I DEFEND MY RIGHT*

If you believe you were discriminated against because of your relationship or association with a member or members of a protected category listed above, indicate the relevant category(ies) above, and check below.

☐ **Relationship or association**

**8. Acts of alleged discrimination**: *What did the person/company you are complaining against do? Check all that apply*

| | | | |
|---|---|---|---|
| ☐ Refused to hire me | ☐ Gave me a disciplinary notice or negative performance review | ☐ Denied my request for an accommodation for my disability, or pregnancy-related condition | ☐ Sexual harassment |
| ☒ Fired me/laid me off | ☐ Suspended me | ☐ Denied me an accommodation for domestic violence | ☐ Harassed or intimidated me on any basis indicated above |
| ☐ Demoted me | ☒ Did not call back after lay-off | ☐ Denied me an accommodation for my religious practices | ☐ Denied services or treated differently by a temp or employment agency |
| ☐ Denied me promotion/ pay raise | ☒ Paid me a lower salary than other co-workers doing the same job | ☐ Denied me leave time or other benefits | ☐ Denied a license by a licensing agency |
| ☐ Denied me training | ☐ Gave me different or worse job duties than other workers doing the same job | ☐ Discriminatory advertisement or inquiry or job application | ☐ Other: *BLOCK MY ACCESS TO FILE PAPER WORK,* |

3

Complaint

**9. Description of alleged discrimination**

*Tell us more about each act of discrimination that you experienced. Please include dates, names of people involved, and explain why you think it was discriminatory. TYPE OR PRINT CLEARLY.*

ALSTON HR, EXCLUDE ME IN THE EMPLOYMENT PROCESS PAPERWORK, EMPLOYMENT ACCOUNTS, EMPLOYMENT BENEFITS CAUSE OF MY NATIONALITY OF COUNTRY ORIGIN. ALSO, I FEEL I GOT DISCRIMINATION FOR MY RACE, BECAUSE THEY REMOVE ME IN THE TRAINING FROM DAYTIME TO OVERNIGHT (NIGHT TIME) WHITE EMPLOYEE IN THE DAYTIME, ME AND ANOTHER BLACK EMPLOYEE IN THE NIGHT TIME, IT WAS 7 PEOPLE IN THE TRAINING. THEY DID NOT PROVIDE ME BADGE COMPANY TO GET ACCESS TO CLOCK IN AND CLOCK OUT, ALSO, TO GET ACCESS TO THE DOOR GETTING IN. ALL OTHERS HAVE IT. IN CONCLUSION: THE MAIN CAUSE OF ALL THESE DISCRIMINATION, THAT'S THE RETALIATION AGAINST ME FROM COMPANY MV TRANSPORTATION I WILL SEND YOU MORE DOCUMENTS SUPLEMENTARY TO SEE HOW THEY VIOLATE MY RIGHT. MURAH JN BAPTISTE.

*If you need more space to write, please continue writing on a separate sheet of paper and attach it to the complaint form.* **DO NOT WRITE IN THE MARGINS OR ON THE BACK OF THIS FORM.**

## Signature (Declaration or Oath)

Based on the information contained in this form, I charge the herein named respondent(s) with an unlawful discriminatory practice, in violation of the New York State Human Rights Law.

By filing this complaint, I understand that I am also filing my employment complaint with the United States Equal Employment Opportunity Commission under the Americans With Disabilities Act (covers disability related to employment), Title VII of the Civil Rights Act of 1964, as amended (covers race, color, religion, national origin, sex relating to employment), and/or the Age Discrimination in Employment Act, as amended (covers ages 40 years of age or older in employment). This complaint will protect my rights under federal law.

I hereby authorize the New York State Division of Human Rights to accept this complaint on behalf of the U.S. Equal Employment Opportunity Commission, subject to the statutory limitations contained in the aforementioned law.

I have not filed any other civil action, nor do I have an action pending before any administrative agency, under any state or local law, based upon this same unlawful discriminatory practice. (If you have another action pending and still wish to file, please contact our office to discuss.)
**PLEASE INITIAL** _M.S_

Human Rights Law § 297.1 requires that a complaint filed with the Division of Human Rights must be "under oath or by declaration." **You must complete either the "declaration" or "oath" sections below.** The declaration requires only your signature and does not need to be notarized. The oath requires that you sign it before a notary.

### DECLARATION

I affirm this _25_ day of _OCToBER_ (month), _2023_ (year) at _BRooKLyN_ (city), _N/Y_ (state), under penalties of perjury, that I am the complainant herein; that I have read (or had read to me) the foregoing complaint and know the content thereof; that the same is true of my own knowledge except as to the matters therein stated on information and belief; and that as to those matters, I believe the same to be true.

_MURAH SN BAPTISTE_
[Complainant name]

### OATH

STATE OF NEW YORK )
COUNTY OF _King_ ) SS:

_MURAH SN BAPTISTE_ being duly sworn, deposes and says: that I am the complainant herein; that I have read (or had read to me) the foregoing complaint and knows the content thereof; that the same is true of my own knowledge except as to the matters therein stated on information and belief; and that as to those matters, I believes the same to be true.

_MURAH SN BATISTE_
Complainant signature

Subscribed and sworn to
before me this _25_ day
of _October_, 20 _23_

JUDE HYPPOLITE
Notary Public, State of New York
Commission No. 01HY6253601
Kings County Exp. 12-27-2023

Signature of Notary Public

***Please note: Once this form is completed and returned to the New York State Division of Human Rights, it becomes a legal document and an official complaint with the Division.***

**Additional Information, Page Two**

**5. Did you report or complain about the discrimination to someone else?** ☒ Yes    ☐ No

**If yes, how exactly did you complain about the discrimination?** *(To whom did you complain?)*

DOJ, EEOC, DIVISION D.OL STANDARD, NYSIG, NY COURT ADMINISTRATION. AND MORE...

**Date you reported or complained about discrimination:** _____ _____ _____
                                                          month    day    year

**What happened after you complained?** ALL AGENCIES TOLD ME MAKE A COMPLAINT TO HUMAN RIGHT. BECAUSE MY SITUATION COMPLICATED, TOO MUCH VIOLATION, FRAUD, ABUSE, AND MY LIFE IS IN PERIL.

**If you did not report the discrimination, please explain why:**

N/A    N/A

**6. Were other people treated the same as you? How?**
*(For example, people who were harassed by the same manager, disciplined or terminated for the same reasons, did not receive an accommodation for the same reasons, etc.).*
*If you are complaining about discrimination relating to race, national origin, age, religion, etc. please describe their races, national origins, religions, etc.*

BLACK, HAITI ORIGIN, NON CITIZEN STATUS IMMIGRATION.

**7. Were other people treated better than you? How?**
*(For example, people who were not fired for doing the same thing you were fired for, people who were doing the same job but making more money, etc.).*
*If you are complaining about discrimination relating to race, national origin, age, religion, etc. please describe their races, national origins, religions, etc.*

I SUFFER PERSECUTION IN EVERYTHING, AND EVERYWHERE...

**Additional Information, Page 1:** *This page is for the Division's records and **will not be sent to the** company or person(s) whom you are filing against.*

**1. Contact information**

**My primary telephone number:** 786-714-8363

**My secondary telephone number:** _____

**My date of birth:** 01/16/1984

**(Required) My email address:** murahjeanbaptiste@gmail.com

*The Division uses email, whenever possible, to communicate with the parties to complaints. This avoids delays and lost mail, and increases the efficiency of Division case processing. Therefore, you are required to provide an email address, if you have one, and to keep us advised of any change of your email address. The Division will not use your email address for any non-case related matters.*

Contact person *(Someone who does not live with you but will know how to contact you if we cannot reach you)*

| | |
|---|---|
| **Contact person's name:** | MURAH JN BAPTISTE |
| **Contact person's telephone number:** | MURAH JN BAPTISTE |
| **Contact person's address** | |
| **Contact person's email address:** | murahjeanbaptiste@gmail.com |
| **Contact person's relationship to me:** | THAT'S ME... |

**2. Special needs:** I am in need of:

- ☐ Interpretation (if so what language?): _____
- ☐ Accommodations for a disability: _____
- ☐ Privacy. Keep my contact information confidential as I am a victim of domestic violence
- ☒ Other: __JUSTICE__

**3. Settlement / Conciliation:** To settle this complaint, I would accept:
*(Explain what you want to happen as a result of this complaint. Do you want a letter of apology, job offer, return to the job, an end to the harassment, compensation, etc.?)* RESTITUTION...,
JOB, OFFER, RETURN.

**4. Witnesses** *(information about witnesses may be shared with the parties as necessary for the investigation)* The following people saw or heard the discrimination and can act as witnesses:

Name: _____   Title _____
Telephone Number: _____   Relationship to me: _____
What did this person witness?

Name: _____   Title: _____
Telephone Number: _____   Relationship to me: _____
What did this person witness?



**New York State Department of Labor**
Kathy Hochul, *Governor*
Roberta Reardon, *Commissioner*

April 26, 2022

Murah Jn Baptiste
1194 East 98th Street
Apt 2F
Brooklyn, NY 11236

1954812

**Subject: Case Assigned**

| LCT# | 1908512 |
|---|---|
| CASE ID# | LS20 2022001417 |
| Employer Name | L & M Bus Corp and Pride |

Dear Claimant:

We have assigned your case to a New York State Department of Labor Investigator in the Task Force district. The investigator will make an unannounced visit to your employer at some point in the next few months.

You are free to call us to ask about your case, but please remember that investigators are usually in the field working on cases. If they receive too many telephone calls, it slows down their work on cases. If we need more information from you, we will contact you at the address or phone number you gave us when you filed your claim.

**PLEASE keep us informed of any changes to your address or phone number.** Use the "Change of Address Chart" at the bottom of this letter and return a copy to us. We need this information in case we have to contact you during the investigation.

If you have more details that would help us investigate your case, please contact our office. Use the address given below or this email address: Wages.LS20.ATTF2@labor.ny.gov. Please send only *copies* of any documents and keep the original documents for yourself.

Sincerely,

JORGE GORDILLO-ALVARADO
IO2 (SL)

**Change of Address Chart: complete and return to DOL**

| Name | | SSN (optional) XXX - XX - |
|---|---|---|
| Address | | Email address |
| Address | | Home phone |
| City | | Cell phone |
| State | Zip | Other phone |

75 Varick Street, 7th Floor, New York, NY 10013

LS19 (11/12)                                                                www.labor.ny.gov





Note:   I send my abstract to investigate on my driving record, because I worked for some company report accident at no fault on my driver license such as:

MV Transportation ( Access a Ride bus ),  report accident at no fault on driving record, none damage, none injury, on June 20th, 2020.

L & M bus Corp ( school bus ), ) report accident at no fault on my driving record on December 15th, 2021, another vehicle hit my school bus in the back when I was stopping waiting for green light, but my bus didn't have any damage and none injury.

On September 13th, 2019, that was my car, I was at Flushing corona park in Queens, when I was trying to get a parking I hit a pole. I don't know who report that on my record?

So I would like you investigate on those report for me, Please!

Sincerely:  Murah Jn Baptiste.

REMARQUE: NOTE: * CAUSE OF THE ACCIDENT REPORT OTHERS COMPANY DOESN'T WANT HIRE ME.

* CAUSE OF COMPANY MV TRANSPORTATION, THAT'S MAKE OTHERS COMPANY DISCRIMINATE ME.

* I MADE A COMPLAINT FOR DISCRIMINATION TO: EEOC.

INQUIRY CLAIM #: 520-2023-02047



**Coach USA**

October 12, 2022

Murah Jn Baptiste
1194 East 98th Street
Brooklyn, NY 11236

Re: Community Coach Employee Work Status

Dear Mr. Jn Baptiste

This letter is to inform you of the termination of your employment with Community Coach, Inc. for the following reason: you missed your motor vehicle road test on **Monday October 10, 2022** in Erie, Pennsylvania Therefore you job at Community Coach/ Coach USA has been terminated effective October 10, 2022. You can reach me at 201-225-7536. We want to wish you success in your future endeavors.

Sincerely,

Maritza Ibarra
Human Resources Manager
Community Coach USA

160 S. Route 17 North, Paramus, NJ 07652 (201) 225-7500 • Fax (201) 225-7590



## NEW YORK STATE
## COMMISSION ON JUDICIAL CONDUCT

JOSEPH W. BELLUCK, CHAIR
TAA GRAYS, VICE CHAIR
HON. FERNANDO M. CAMACHO
HON. JOHN A. FALK
HON. ROBERT J. MILLER
NINA M. MOORE
MARVIN RAY RASKIN
RONALD J. ROSENBERG
GRAHAM B. SEITER
HON. ANIL C. SINGH
AKOSUA GARCIA YEBOAH
MEMBERS

CELIA A. ZAHNER, CLERK

61 BROADWAY, SUITE 1200
NEW YORK, NEW YORK 10006

646-386-4800    518-299-1757
TELEPHONE        FACSIMILE
www.cjc.ny.gov

### CONFIDENTIAL

September 19, 2023

ROBERT H. TEMBECKJIAN
ADMINISTRATOR & COUNSEL

MARK LEVINE
DEPUTY ADMINISTRATOR

BRENDA CORREA
JENNIFER L. LOWRY
PRINCIPAL ATTORNEYS

MELISSA DIPALO
VICKIE MA
ERIC ARNONE
SENIOR ATTORNEYS

KELVIN S. DAVIS
STELLA E. GILLILAND
ADAM B. KAHAN
STAFF ATTORNEYS

ALAN W. FRIEDBERG
SPECIAL COUNSEL

Mr. Murah Jn Baptiste
1311 East 70th Street, Apt. 2
Brooklyn, NY 11234

Re: File No. 2023/N-1123

Dear Mr. JnBaptiste:

This is to acknowledge receipt of your complaint dated August 28, 2023.

Your letter will be presented to the Commission. However, please note that the subject of your complaint is not a judge or justice of the Unified Court System, and is therefore not within our jurisdiction.

For your information, we have enclosed some background material about the Commission, its jurisdiction and its limitations.

Very truly yours,

*Lee Kiklier*

Lee Kiklier
Senior Administrative Assistant

Enclosure

Revised 2/20



# NEW YORK STATE UNIFIED COURT SYSTEM
# OFFICE *of the* INSPECTOR GENERAL

## COMPLAINT FORM

Please complete this form to file a general complaint with the Inspector General's Office. Following receipt of your complaint, you will be contacted by a member of our staff responsible for investigating your complaint.

## Your Information:

| Name | How Would You Like To Be Addressed? (Ms., Mr. or Other) |
|---|---|
| Murah Jn Baptiste | Mr |

**Mailing Address**
1311 E 70th street, APT #2

| City | State | ZIP |
|---|---|---|
| Brooklyn | NY | 11234 |

| Home Phone | Cell Phone | Work Phone | E-mail |
|---|---|---|---|
| 7867148363 | 7867148363 | N/A | murahjeanbaptiste@gmail.com |

## Information About Complaint:

**Name of Subject of Complaint**
MV Transportation,      Persecution and Retaliation against me.

**Address**
1882 Atlantic Avenue

| City | State | ZIP |
|---|---|---|
| Brooklyn | NY | 11233 |

| Home Phone | Cell Phone | Work Phone | E-mail |
|---|---|---|---|
| 7182451349 | | 7182451349 | N/A |

Is the Subject a Court Employee?   ☐ Yes   ☒ No

If "Yes":

| Where is the Subject Assigned | Title of Employee |
|---|---|
| N/A | N/A |

| Location of Complaint | Court | County |
|---|---|---|
| N/A | N/A | N/A |

**Please Provide Information About Your Complaint.**
Company: MV Transportation doing retaliation against me because i defend my right about Fraud and suffer a lot of Abuse in my employment such as, Federal Tax, IRS W4 Tax Refurt, NY state registration identity, ID driver license, Abuse and Fraud all my account in Browser website from T-mobile cellphone Network, they create false Application account in ADP, PAYcom, Report accident to collect money in my name and my identity, then Threat my life for that. Company MV Transportation make me got a lot of wrongfull termination from the Job for more than 7th Company i got Job after MV Transportation fired me. In my cellphone Network and other,.. they track me in everything, everywhe

---

I authorize the New York State Unified Court System's Office of the Inspector General to use my name in investigating this claim.

Signature *MURAH JN BAPTISTE*

Date 08/25/2023

Please attach any additional information you may have about the claim and mail, fax or email this form or a copy to:

Office of the Inspector General
Office of Court Administration
25 Beaver Street
New York, NY 10004
Phone: 646-386-3600 or Fax: 212-514-7158
E-Mail: ig@nycourts.gov

Name:   Murah Jn Baptiste                    Email: murahjeanbaptiste@gmail.com

Address: 1311 East 70th street APT #2, Brooklyn, NY, 11234    Phone: 7867148363

Statement for Retaliation against me.

Company MV Transportation Retaliation against me, Make me suffer a lot of abuse and discrimination from others companies.I was working for MV Transportation From: 01/06/2020 To: 03/09/2021. Fired me on 03/09/2021, Cause of i defend my right for fraud they do in my employment, violate my right, they didn't pay me my benefits; Vacation, sick day. And abuse me in my New York State driver license ID registration, abuse me in IRS federal tax return. Report false accident report on: 06/20/2020, to Geico Insurance and DMV.

1- MV Transportation retaliation against me make me suffer a lot of wrongful Job termination from others companies, more than 8 companies terminations, track me in my job application, and abuse me in the job interviews with all companies I applied job.

2- MV Transportation retaliation against me make me suffer abuse in network T-mobil and others, abuse me in all my network account online. They create ADP APP account fraud in my name and in my identity ID. They discriminate me and prohibit me in my cellphone number: 7867148363 and in my email: murahjeanbaptiste@gmail.com for verification code in PayCOM APP, so I can't get a job from any companies use PayCom Application for paper work employment. They make companies to force me use incorrect Name in ADP APP. As ( Murah Baptiste ) that name is incorrect. Please, investigate in all Bank in America if the false name: Murah Baptiste, received any payment benefits, if do, that's a fraud.

My Correct name: ( First Name: MURAH        Last Name: JN BAPTISTE )

My correct full name:  MURAH JN BAPTISTE

3- Company MV Transportation retaliation against me make me suffer abuse and discrimination from School bus companies Such as: Total Transportation school bus Corp, Pride Transportation. L&M school bus Transportation, Hoyt transportation. First step school bus, ( Thomas school bus ) said to me all companies school bus will never hire me ,because I made a complaint to NYS DOL Division, Case #: LS20 2022001417.I think that's a discrimination.

4- Company MV Transportation retaliation against me make me suffer discrimination at: USTA, US Open, ( Levy Restaurant ) for my immigration Status, they refuse Federal order of work permit application extension receipt.

5- I will send or attach all documents for verification.

DRIVER LICENSE NYS #: 883 906 983
SSN: 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

DATE: 08/25/2023

# GEICO.

GEICO Indemnity Company

One GEICO Boulevard
Fredericksburg, VA 22412-0001

December 20, 2021

MURAH JNBAPTISTE
1194 E 98TH ST APT F2
BROOKLYN NY 11236-4006



Policy Number: 4626854071

Dear Murah Jnbaptiste:

We are writing because we need additional information about the loss with Murah on June 20, 2020.

In an effort to ensure accurate information on your policy, please provide details about the loss by completing the enclosed questionnaire and returning it by February 3, 2022.

Failure to provide this information by February 3, 2022 may result in further action regarding your policy.

For your convenience, you may send the requested information in the enclosed envelope, or, if you prefer, you may fax it to 516-704-2578. Be sure to include your policy number on each page.

If you have already provided this information, you may disregard this notice.

Thank you for your attention to this matter. We look forward to hearing from you soon.

Sincerely,

| Underwriting Department | 1-800-827-8051

Enclosure(s):      E429
                   AccInfo(12-14)

FUSAccInfo (12-14)

## Accident Information Questionnaire

Policy Number: 4626854071

Driver:      Murah

Date of accident:      6/20/2020

Time of accident: _____      ☐ AM      ☐ PM

Conviction ☐ Yes      ☐ No  If yes, type of conviction: _____

_____

Driver determined to be at-fault: _____

Percentage driver was at-fault: _____ % (Indicate 0-100%)

Damage amount to your vehicle $ _____

Damage amount to the other party's vehicle $ _____

Bodily Injury? ☐ Yes    ☐ No If yes, yours $ _____ Other party $ _____

Were any pedestrians or other parties injured? ☐ Yes    ☐ No  $ _____

Insurance company that paid for damages (yours or other party's): _____

_____

Description of accident: _____

_____

_____

_____

*CALIFORNIA ONLY:* If the accident was determined to be not at-fault or less than 51% at-fault, please also provide documentation in the form of a claim history letter from the insurance company or police report showing the accident was not at-fault.





Acoinfo (12-14)

**ACCESS-A-RIDE PARATRANSIT DRIVER'S STATEMENT**

CARRIER: MV TRANSPORTATION ROUTE 406526(474) VEHICLE 5217

DATE OF INCIDENT/ACCIDENT 06/20/2020 TIME 15:00   PASSENGERS ON VEHICLE NO

DRIVER NAME MURAH Jn BAPTISTE DRIVER ID# 39678

LOCATION OF INCIDENT/ACCIDENT 2816 CHURCH AVE, BROOKLYN, NY 11226

DRIVER'S STATEMENT:

THE INCIDENT HAPPENED WHEN I GO BUY MY FOOD I MAKE DOUBLE PARK, THE BUS WAS CLOSE TO ANOTHER VEHICLE IN THE PASSENGER SIDE TO THE BUS AND IN THE DRIVER SIDE TO ANOTHER VEHICLE, CAUSE THE DOOR TO ANOTHER VEHICLE DOESN'T OPEN AND CLOSE PROPRELY WHEN THE BUS WAS CLOSE TO THE OTHER VEHICLE, WHEN POLICE CAME SHE MOVED THE CAR. NOW THE DOOR WORKING PROPRELY.

POLICE TAKE REPORT, AFER 5 BUSINESS DAYS.

DRIVER'S SIGNATURE _____ PRINT NAME MURAH Jn BAPTISTE

DATE 06/20/2020

<u>Note:</u>  I send my abstract to investigate on my driving record, because I worked for some company report accident at no fault on my driver license such as:

MV Transportation ( Access a Ride bus ),  report accident at no fault on driving record, none damage, none injury, on June 20th, 2020.

L & M bus Corp ( school bus ), ) report accident at no fault on my driving record on December 15th, 2021, another vehicle hit my school bus in the back when I was stopping waiting for green light, but my bus didn't have any damage and none injury.

On September 13th, 2019, that was my car, I was at Flushing corona park in Queens, when I was trying to get a parking I hit a pole. I don't know who report that on my record?

So I would like you investigate on those report for me, Please!

Sincerely:  Murah Jn Baptiste.



**New York State Department of Labor**
Kathy Hochul, *Governor*
Roberta Reardon, *Commissioner*

April 26, 2022

1954812

Murah Jn Baptiste
1194 East 98th Street
Apt 2F
Brooklyn, NY 11236

Subject: Case Assigned

| LCT# | 1908512 |
|---|---|
| CASE ID# | LS20 2022001417 |
| | L & M Bus Corp and Pride |
| Employer Name | |

Dear Claimant:

We have assigned your case to a New York State Department of Labor Investigator in the Task Force district. The investigator will make an unannounced visit to your employer at some point in the next few months.

You are free to call us to ask about your case, but please remember that investigators are usually in the field working on cases. If they receive too many telephone calls, it slows down their work on cases. If we need more information from you, we will contact you at the address or phone number you gave us when you filed your claim.

**PLEASE keep us informed of any changes to your address or phone number.** Use the "Change of Address Chart" at the bottom of this letter and return a copy to us. We need this information in case we have to contact you during the investigation.

If you have more details that would help us investigate your case, please contact our office. Use the address given below or this email address: Wages.LS20.AITF2@labor.ny.gov. Please send only *copies* of any documents and keep the original documents for yourself.

Sincerely,

JORGE GORDILLO-ALVARADO
IO2 (SL)

Change of Address Chart: complete and return to DOL

| Name | | SSN (optional) XXX – XX – _____ |
|---|---|---|
| Address | | Email address |
| Address | | Home phone |
| City | | Cell phone |
| State | Zip | Other phone |

75 Varick Street, 7th Floor, New York, NY 10013

LS18 (11/12)                                          www.labor.ny.gov





EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC<br>FEPA | 520-2023-07042 |

| New York State Division Of Human Rights | and EEOC |
|---|---|
| State or local Agency, if any | |

| I Name (indicate Mr., Ms., Mrs., Miss, Mx., Dr., Hon., Rev.) | Home Phone | Year of Birth |
|---|---|---|
| Mr. Murah Jn Baptiste | 786-714-8363 | |

**Street Address**

1311 East 70th, Apt #2

BROOKLYN, NY 11234

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| ALSTOM Group | 15 - 100 Employees | (212) 692-5323 |

**Street Address**

Pan Am Road, Building 402

QUEENS, NY 11430

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

Street Address                    City, State and ZIP Code

| DISCRIMINATION BASED ON | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| | Earliest          Latest |
| Retaliation | 03/09/2021          01/06/2023 |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I am a Male of Haitian National origin who has worked at the above-mentioned entity since January 09, 2023, until January 31, 2023, when I was terminated.

I believe that I was discriminated and retaliated against because of my national origin, my race, my immigrant status and for filing an EEOC complaint.

Specifically, the MV Transportation company Retaliated against me, and made me suffer a lot of abuse and discrimination from other companies as well. I was working for MV Transportation from January 06, 2020, until I was terminated on March 09, 2021, and the cause for my termination was of that I defended my right against fraud that they were doing regarding my employment. As part of these acts of discrimination, they violated my

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **Digitally Signed By: Mr. Murah Jn Baptiste**<br>11/29/2023 | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |
| Charging Party Signature | Page 1 of 4 |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC<br><br>FEPA | 520-2023-07042 |

| New York State Division Of Human Rights | and EEOC |
|---|---|
| _State or local Agency, if any_ | |

right, I was not pay for my benefits, vacation time or sick days. Since this date they start retaliating against me through my last employer "Alston" around January of 2023.

This entity also abused my New York State driver license ID registration, and my IRS federal tax returns. A false accident report was filed on June 20, 2020, to Geico insurance and the DMV (Department of Motor Vehicles). As a result of MV Transportation company's retaliation against me, I've suffered several acts of wrongful termination from others, companies, more than 8 to be exact. I was tracked down in all my job application and abused during these job interviews with all companies that I had applied to.

I've suffered abuse in networks like T-Mobile and others and all my network accounts online as my former employer created ADP and APP account fraud using my name and in my Identity by prohibiting me from using my cellphone number: 786-714-8363 and in my email: murahjeanbaptiste@gmail.com for verification code in Paycom APP, so that I cannot get a job from any companies using the PayCom Application for paperwork employment.

They made companies to force me to use an incorrect name under the ADP APP. As my name was listed as (Murah Baptiste) which it's an incorrect name. Please, investigate in all Bank in America if the false name: Murah Baptiste, received any payment benefits, if do, that is fraud. My Correct full name is MURAH JN BAPTISTE. MV Transportation's retaliation against me has made me suffer abuse and discrimination from School bus companies Such as, Total Transportation school bus Corp, Pride Transportation, L&M school bus Transportation and Hoyt transportation. First step school bus, (Thomas school bus) told me that no school bus company will ever hire me again, because I made a complaint to the NYS DOL Division, Case #: LS20 2022001417. I think that this was discrimination.

I also suffered retaliation against me at USTA, US Open, (Levy Restaurant) for my immigration status, as they refused Federal order of work permit application extension receipt, and I can send or attach all documents for verification. MV Transportation company is retaliating against me because I defended my right about Fraud and abuse in my employment such as, Federal Tax, IRS W4 Tax Return, NY state registration Identity, ID driver license. Abuse and Fraud all my account in Browser website from T-Mobile cellphone Network, they create false Application account in ADP, PAY.com, Report accident to collect money in my name and my Identity. MV Transportation company made me get a lot of wrongful termination for more than seven companies I was hired to work after MV Transportation fired me. The manager use, my work email, and others App access that he blocked me, from modifying the work that I had completed, removed my comments I entered in the site, made other people use my account when I was off or when I was working on another site on my Name. In the training class in Texas company Local, they teach me all rules and company policy to follow when I am in the Site, about vandalism, unsafe area, threat, and unusually technical issues, I must report any of those issue immediately to S O C, must be in Uniform and Badge in the Site work. Also, about the Bank of America key, each key from Bank of America (BOFA) I had to scan it to the company Tag (Hyosung) and put my information like my Name, my Employee ID, my area I work and the BOFA address, send them to CENCON. The Manager prevented me from following the company's policy, and wanted me to follow illegal policy that will become beneficial for him and I that would result in me being in trouble by myself, and I told the manager that I was not going to follow illegal policy, because I was instructed to follow the companys policy, As a result the manager got upset, and called me to tell me that if followed the company's policy, that he was going to terminate my employment.

I called the SOC several time to report about the illegal policy that the manager wanted to force me to follow and as a result, he stopped me from working and asked me to give him back the company's tools and equipment, because he offered me a master key to Bank of America, he told me to not let anyone in the company in Texas know if he has master key Bank of America.

I made a complaint to NYS DOL Division, Case #: LS20 2022001417. I think that's a discrimination. 4- Company MV Transportation retaliation against me make me suffer discrimination at: USTA, US Open, ( Levy Restaurant ) for my immigration Status, they refuse Federal order of work permit application extension receipt. 5- I will send or attach all documents for verification. Note: Date of discrimination took place, need to be corrected.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – _When necessary for State and Local Agency Requirements_ |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>**Digitally Signed By: Mr. Murah Jn Baptiste**<br><br>11/29/2023<br><br>_Charging Party Signature_ | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>_(month, day, year)_ |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974.  See enclosed Privacy Act Statement and other information before completing this form. | EEOC<br><br>FEPA | 520-2023-07042 |

| New York State Division Of Human Rights | and EEOC |
|---|---|
| *State or local Agency, if any* | |

Based on the above, I believe I was discriminated against in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>**Digitally Signed By: Mr. Murah Jn Baptiste**<br><br>11/29/2023 | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED   AND   SWORN   TO   BEFORE   ME   THIS   DATE<br>(*month, day, year*) |
| *Charging Party Signature* | |

Page 3 of 4

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

## NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

## NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.